IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION



MAURA O'NEILL,

Plaintiff,

v.

NORTHEAST GEORGIA
MEDICAL CENTER,

Defendant.

CIVIL ACTION FILE NO.
~~1:20-cv-04632-JPB~~

1:22-CV-0011

## LR 7.1(D) FONT COMPLIANCE CERTIFICATION

The undersigned certifies that the within and foregoing **COMPLAINT** was prepared using Times New Roman 14 point font in accordance with Local Rule 5.1 of the United States District Court for the Northern District of Georgia.

Dated: Atlanta, GA
January 3, 2022

Respectfully submitted,

BY: /s/ Maura O'Neill
Maura O'Neill, Plaintiff
712 H Street NE, #1707
Washington, DC 20002
moneill@rahillco.com/(752) 228-9105

62