AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:22-CV-0011

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **New York Presbyterian Hospital**
was received by me on *(date)* **4/1/22**.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* **Ruben** _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* **NY Presbyterian hospital**
**56-45 Main Street Flushing NY 11355** on *(date)* **4/4/2022** ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ **25.00** for travel and $ **0** for services, for a total of $ **125.00** ~~0.00~~ .

I declare under penalty of perjury that this information is true.

Date: **4/4/2022**

*Server's signature*

**James Osgood**
*Printed name and title*

**1430 Noel Ave Hewlett NY 11557**
*Server's address*

Additional information regarding attempted service, etc:

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta
APR 15 2022
KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk