AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:22-CV-0011

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

APR 15 2022

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

This summons for *(name of individual and title, if any)* NYU Langone Medical Center
was received by me on *(date)* 4/1/2022.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Laura Rossignulo, who is designated by law to accept service of process on behalf of *(name of organization)* NYU Langone Medical Center 550 First Ave. NY NY 10016 on *(date)* 4/4/2022 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ 125 for travel and $ 0 for services, for a total of $ 125.00 / 0.00

I declare under penalty of perjury that this information is true.

Date: 4/4/2022

Patricia McNulty
*Server's signature*

Patricia McNulty
*Printed name and title*

1430 Noel Ave, Hewlett NY 11557
*Server's address*

Additional information regarding attempted service, etc: