FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

APR 15 2022

KEVIN P. WEIMER, Clerk
By: _____, Deputy Clerk

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:22-CV-0011

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Mt Sinai Beth Israel
was received by me on *(date)* 4/1/2022 .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Fritz Fils-aime , who is
designated by law to accept service of process on behalf of *(name of organization)* Mt. Sinai Beth Israel
281 first Ave., NY NY 10003   on *(date)* 4/4/2022 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ 125.00 for travel and $ 0 for services, for a total of $ 125.00

I declare under penalty of perjury that this information is true.

Date: 4/4/2022

Patricia Mculty
Server's signature

Patricia McNulty
Printed name and title

1430 Noel Ave. Hewlett NY 11557
Server's address

Additional information regarding attempted service, etc:





PRESS FIRMLY TO SEAL

U.S. POSTAGE PAID
PM 2-Day
WASHINGTON, DC
20004
APR 11, 22
AMOUNT
R2305M145744-99

UNITED STATES POSTAL SERVICE®

PRIORITY MAIL

PRIORITY ★ MAIL ★
UNITED STATES POSTAL SERVICE®
VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

FROM:
Maura O'Neill
712 H Street, NE
#1707
Washington, DC 20002

TO:
Clerk of Court
U.S. Courthouse
75 Ted Turner Dr., SW
Atlanta, GA 30303

CLEARED DATE
APR 15 2022
U.S. Marshals Service
Atlanta, GA 30303

EXPECTED DELIVERY DAY: 04/14/22
USPS TRACKING® #