# AFFIDAVIT OF SERVICE

| Case: 1:22-CV-0011 | Court: IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA ATLANTA DIVISION | County: | Job: 6891695 |
|---|---|---|---|
| **Plaintiff / Petitioner:** MAURA O'NEILL | | **Defendant / Respondent:** NYU LANGONE MEDICAL CENTER, NEW YORK PRESBYERIAN QUEENS, et. al | |
| **Received by:** Margaret Ruddock | | **For:** MAURA O' NEILL | |
| **To be served upon:** Grady Health System | | | |

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta
APR 15 2022
By _____ Deputy Clerk

I, Margaret Ruddock, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** Grady Health System, COMPANY: 80 Jesse Hill Jr Drive SE 30303, Atlanta, GA 30303

**Manner of Service:** Business, Apr 4, 2022, 12:55 pm EDT

**Documents:** SUMMONS, LR 7.I(D) FONT COMPLIANCE CERTIFICATION,,CIVIL COVER SHEET, COMPLAINT (Received Mar 31, 2022 at 12:00am EDT)

**Additional Comments:**
1) Successful Attempt: Apr 4, 2022, 12:55 pm EDT at COMPANY: 80 Jesse Hill Jr Drive SE 30303, Atlanta, GA 30303 received by Grady Health System. Age: 50+; Ethnicity: African American; Gender: Female; Weight: 170; Height: 5'9"; Hair: Black; Other: Served documents to Selma Owens Policy Administrator Risk Management. Authorize to accept.;
Served

_Margaret Ruddock_     Date: 4/5/22

Subscribed and sworn to before me by the affiant who is personally known to me.

_Denine Jordan_
Notary Public
Date: 4/5/22     Commission Expires: Sept 1, 2023

[Seal: DENINE JORDAN, NOTARY PUBLIC, DEKALB COUNTY, GEORGIA, MY COMMISSION EXPIRES SEPTEMBER 1, 2023]