## AFFIDAVIT OF SERVICE

### UNITED STATES DISTRICT COURT
### NORTHERN District of Georgia

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

APR 15 2022

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

Case Number: 1:22-CV-0011

Plaintiff:
**MAURA O'NEILL**

vs.

Defendant:
**NYU LANGONE MEDICAL CENTER, et al**

For:
N/A

Received by ATLANTA PROCESS SERVERS on the 4th day of April, 2022 at 8:24 am to be served on **Northside hospital Forsyth, 200 Northside Forsyth drive, Cumming, GA 30041.**

I, Jason Garmon GA CPS #356, being duly sworn, depose and say that on the **4th day of April, 2022** at **8:47 am, I:**

served a **CORPORATION** by delivering a true copy of the **SUMMONS IN A CIVIL ACTION, COMPLAINT, CIVIL COVER SHEET.** with the date and hour of service endorsed thereon by me, to: **Cheryl Pruitt SECRETARY, ADMIN OFFICE** as **SECRETARY** for **Northside hospital Forsyth**, at the address of: **200 Northside Fosyth Drive, Cumming, GA 30041**, and informed said person of the contents therein, in compliance with state statutes.

**Additional Information pertaining to this Service:**
4/4/2022  8:36 am  Cheryl Pruitt, Secretary Admin Office.

**Description** of Person Served: Age: 51-56, Sex: F, Race/Skin Color: CAUCASIAN, Height: 5'3-5'6, Weight: 175-180, Hair: AUBURN, Glasses: Y, Eyes: BROWN, Other: SECRETARY, ADMIN OFFICE

**Jason Garmon GA CPS #356**
Process Server

Subscribed and Sworn to before me on the 4th day of April, 2022 by the affiant who is personally known to me.

NOTARY PUBLIC

**ATLANTA PROCESS SERVERS**
**730 Peachtree Street Ne, # 570**
**ATLANTA, GA 30308**
**(678) 391-4770**

Our Job Serial Number: PTU-2022000159

Copyright © 1992-2022 Database Services, Inc. - Process Server's Toolbox V8.2l