UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| MAURA O'NEILL, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | Civil Action File No.: |
| NYU LANGONE MEDICAL | : | 1:22-cv-00011-JPB |
| CENTER, NEW YORK - | : | |
| PRESBYTERIAN QUEENS, | : | |
| LENOX HILL HOSPITAL, | : | |
| GRADY HEALTH SYSTEM, | : | |
| MOUNT SINAI BETH ISRAEL, | : | |
| NORTHSIDE HOSPITAL | : | |
| FORSYTH, COLLEGE PARK | : | |
| POLICE DEPARTMENT, | : | |
| | : | |
| Defendants. | : | |

## DEFENDANT NYU LANGONE'S MOTION TO DISMISS AND MOTION FOR PREFILING SCREENING REQUIREMENT

COMES NOW, NYU Langone Hospitals ("NYU Langone"), improperly named NYU Langone Medical Center, and within the time prescribed by law, moves this Court to dismiss Plaintiff Maura O'Neill's Complaint for lack of personal jurisdiction under Fed. R. Civ. P. 12(b)(3) and failure to state a claim under Fed. R. Civ. P. 12(b)(6). NYU also moves this Court to enter a prefiling screening

requirement that Plaintiff must satisfy prior to filing a subsequent lawsuit against NYU Langone.

In support of this Motion, NYU relies upon the following:

1. Defendant NYU Langone's supporting Memorandum of Law; and
2. All other pleadings and matters of record.

NYU Langone respectfully requests that its Motion to Dismiss be **GRANTED** and that Plaintiff's claims against it be dismissed. NYU Langone also respectfully requests that its Motion for a Prefiling Screening Requirement be **GRANTED** to prevent the frivolous multiplicity of lawsuits for the facts that underly this civil action.

This 21st day of April, 2022.

                                          WATSON SPENCE LLP

                                          */s/ Michael R. Boorman*
                                          Michael R. Boorman
                                          Georgia Bar No. 067798
                                          999 Peachtree Street, N.E.
                                          Suite 1130
                                          Atlanta, Georgia, 30309
                                          Telephone: (229) 436-1545
                                          mboorman@watsonspence.com
                                          **Attorney for Defendant NYU Langone Hospitals**

## FONT CERTIFICATION

Pursuant to Local Rule 7.1D, I hereby certify that this pleading was prepared using a font and point selection approved by the Court in Local Rule 5.1C.

Watson Spence LLP

*/s/ Michael R. Boorman*
Michael R. Boorman
Georgia Bar No. 067798

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will automatically send email notification of such filing to the following participant:

> Maura O'Neill
> 712 H Street, NE, #1707
> Washington, DC 20002
> moneill@rahillco.com

This 21st day of April, 2022.

>  *s/ Michael R. Boorman*
> Michael R. Boorman
> Georgia Bar No. 067798