# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| MAURA O'NEILL,<br><br>    Plaintiffs,<br><br>v.<br><br>NYU LANGONE MEDICAL CENTER, NEW YORK-PRESBYTERIAN QUEENS, LENOX HILL HOSPITAL, GRADY HEALTH SYSTEM, MOUNT SINAI BETH ISRAEL, NORTHSIDE HOSPITAL FORSYTH, COLLEGE PARK POLICE DEPARTMENT,<br><br>    Defendant. | CIVIL ACTION NO.:<br><br>1:22-CV-0011 |

## DEFENDANT LENOX HILL HOSPITAL'S LOCAL RULE 3.3, FRCP 7.1 and RULE 26.1 CERTIFICATE OF CORPORATE DISCLOSURES AND INTERESTS DISCLOSURE

COMES NOW Lenox Hill Hospital, Defendant in the above-styled case and discloses the following interested persons pursuant to Federal Rule 7.1:

1. The undersigned counsel of record for a party to this action certifies that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party: Lenox Hill is a wholly-owned subsidiary of Northwell

Health, Inc. There are no other entities or individuals holding more than 10% or more of its stock;

2. The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case: There are no other entities, persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case.

3. The undersigned certifies that this is a full list of attorneys acting as counsel for Defendant Lenox Hill in this matter: S. Chase Parker, Esq. and Brantley Rowlen, Esq.

Respectfully submitted this 21st day of April, 2022.

*/s/S. Chase Parker*
Brantley C. Rowlen
GA Bar No.: 153031
S. Chase Parker
GA Bar No.: 155875

*Counsel for Defendant Lenox Hill Hospital*

**LEWIS BRISBOIS BISGAARD & SMITH LLP**
24 Drayton Street, Suite 300
Savannah, Georgia  31401
912.525.4960 (Telephone)
912.525.4961 (Facsimile)
brantley.rowlen@lewisbrisbois.com
chase.parker@lewisbrisbois.com

## CERTIFICATE OF SERVICE

This is to certify that we have this day served on all counsel of record the within and foregoing ***Defendant Lenox Hill Hospital's Local Rule 3.3, FRCP 7.1 and Rule 26.1 Certificate of Corporate Disclosures and Interests Disclosure*** via e-mail and by depositing a copy of the same in the United States Mail, proper postage prepaid, to the following:

>Maura O'Neill
>712 H Street NE, #1707
>Washington, DC 20002
>moneill@rahillco.com
>
>*Plaintiff*

Respectfully submitted this 21st day of April, 2022.

|  |  |
|---|---|
| | /s/S. Chase Parker |
| | Brantley C. Rowlen |
| | GA Bar No.: 153031 |
| LEWIS BRISBOIS BISGAARD & SMITH LLP | S. Chase Parker |
| 24 Drayton Street, Suite 300 | GA Bar No.: 155875 |
| Savannah, Georgia  31401 | |
| 912.525.4960 (Telephone) | *Counsel for Defendant Lenox* |
| 912.525.4961 (Facsimile) | *Hill Hospital* |
| brantley.rowlen@lewisbrisbois.com | |
| chase.parker@lewisbrisbois.com | |