# EXHIBIT A

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| MAURA O'NEILL,<br><br>Plaintiffs,<br><br>v.<br><br>NYU LANGONE MEDICAL CENTER, NEW YORK-PRESBYTERIAN QUEENS, LENOX HILL HOSPITAL, GRADY HEALTH SYSTEM, MOUNT SINAI BETH ISRAEL, NORTHSIDE HOSPITAL FORSYTH, COLLEGE PARK POLICE DEPARTMENT,<br><br>Defendant. | CIVIL ACTION NO.:<br><br>**1:22-CV-0011** |

## AFFIDAVIT OF MARK A. GLOADE

STATE OF NEW YORK
COUNTY OF NASSAU

BEFORE ME, Joshua D. Rose, this day personally appeared Mark A. Gloade, Esq., who, being first duly sworn, deposes and says:

1. I am the Senior Vice President and Deputy General Counsel at Lenox Hill Hospital. I make this declaration based on personal knowledge and am competent to testify to the matters stated in this affidavit.

2. I am over the age of 18.

3. Lenox Hill Hospital is a domestic not-for-profit corporation based in New York State, and located at 100 East 77th Street, in the borough of Manhattan, City of New York.

4. Lenox Hill Hospital is not incorporated in Georgia.

5. Lenox Hill Hospital has never had a principal place of business in Georgia.

6. Lenox Hill Hospital has no employees in Georgia.

7. Lenox Hill Hospital does not transact any business in Georgia.

8. Lenox Hill Hospital has no substantial contacts with Georgia, nor does it solicit a substantial amount of business within the state, nor does it derive significant revenue from any goods or services there.

9. Lenox Hill Hospital does not own real property in the State of Georgia.

10. Lenox Hill Hospital conserves no property in Georgia.

11. Lenox Hill Hospital does not maintain any offices in Georgia.

I HEREBY attest upon my oath, under penalty of perjury, that the statements contained in this Affidavit are made by me, based upon personal knowledge, and are true and correct to the best of my knowledge.

*[signature contained on the following page]*

_____
Mark A. Gloade, Esq.
NY State Bar # 2439552

Sworn to before me this 21st day of April, 2022.

_____
Notary Public
My Commission Expires:

JOSHUA D ROSE
Notary Public, State of New York
No. 02RO6051188
Qualified in Queens County
My Commission Expires 5/14/23