UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| MAURA O'NEILL,<br><br>　　Plaintiffs,<br><br>v.<br><br>NYU LANGONE MEDICAL CENTER, NEW YORK-PRESBYTERIAN QUEENS, LENOX HILL HOSPITAL, GRADY HEALTH SYSTEM, MOUNT SINAI BETH ISRAEL, NORTHSIDE HOSPITAL FORSYTH, COLLEGE PARK POLICE DEPARTMENT,<br><br>　　Defendant. | CIVIL ACTION NO.:<br><br>1:22-CV-0011 |

## NOTICE OF APPEARANCE OF BRANTLEY C. ROWLEN

COMES NOW Brantley C. Rowlen of the law firm Lewis Brisbois Bisgaard & Smith LLP, and enters his appearance as counsel in the above-captioned civil action on behalf of Defendant Lenox Hill Hospital. All further pleadings, correspondence, notices, and other documents to be served on Defendant shall be sent to the attention of its counsel at the address listed below:

Brantley C. Rowlen
LEWIS BRISBOIS BISGAARD & SMITH LLP
24 Drayton Street, Suite 300
(912) 525.4960 Telephone
(912) 525.4961 Facsimile
Brantley.Rowlen@lewisbrisbois.com

1

Respectfully submitted this 22ⁿᵈ day of April, 2022.

                                                                                                                    <u>/s/Brantley c. Rowlen</u>
                                                                                                                     Brantley C. Rowlen
                                                                                                                     GA Bar No.: 153031

**LEWIS BRISBOIS BISGAARD & SMITH LLP**
24 Drayton Street, Suite 300                                   *Counsel for Defendant Lenox*
Savannah, Georgia  31401                                       *Hill Hospital*
912.525.4960 (Telephone)
912.525.4961 (Facsimile)
<u>brantley.rowlen@lewisbrisbois.com</u>

## CERTIFICATE OF SERVICE

This is to certify that I have this day served a true and accurate copy of the foregoing *Notice of Appearance of Brantley C. Rowlen* has been filed with the Clerk of Court utilizing its electronic filing via CM/ECF system, which will provide an electronic copy of same to all counsel of record as follows:

Maura O'Neill
712 H Street NE, #1707
Washington, DC 20002
moneill@rahillco.com

*Plaintiff*

Respectfully submitted this 22nd day of April, 2022.

                                                                /s/Brantley c. Rowlen
                                                                Brantley C. Rowlen
                                                                GA Bar No.: 153031

**LEWIS BRISBOIS BISGAARD & SMITH LLP**
24 Drayton Street, Suite 300                  *Counsel for Defendant Lenox*
Savannah, Georgia 31401                     *Hill Hospital*
912.525.4960 (Telephone)
912.525.4961 (Facsimile)
brantley.rowlen@lewisbrisbois.com