# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| Maura O'Neill, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 1:22-cv-0011(SEG) |
| | ) | |
| v. | ) | |
| | ) | |
| NYU Langone Medical Center | ) | |
| New York-Presbyterian Queens, | ) | |
| Lenox Hill Hospital, | ) | |
| Grady Health System, | ) | |
| Mount Sinai Beth Israel | ) | |
| Northside Hospital Forsyth | ) | |
| College Park Police Department | ) | |
| | ) | |
| Defendants. | ) | |

## Defendant New York-Presbyterian Hospital/ Queens' Motion to Dismiss

Defendant New York-Presbyterian Hospital/Queens (s/h/a New York-Presbyterian Queens) hereby moves for an order pursuant to Rules 12(b)(2), (b)(6), and (c) of the Federal Rules of Civil Procedure dismissing the complaint against it and for such further relief as the court deems just and necessary. In support of this Motion, Defendant relies on its brief in support and the evidence submitted herewith. Defendant further requests all such other and further relief as may be proper under the circumstances.

*Signature on following page*

1

Respectfully submitted, this 25th day of April, 2022.

                **WILSON, ELSER, MOSKOWITZ,**
                **EDELMAN & DICKER LLP**

        By:  *Parks K. Stone*
             Parks K. Stone, Esq.
             *Attorney for Defendant*
             *New York-Presbyterian*
             *Hospital/Queens*
             3348 Peachtree Rd. NE Suite 1400
             Atlanta, GA 30326
             470.419.6656 (Direct)
             470.419.6650 (Main)
             470.419.6651 (Fax)
             parks.stone@wilsonelser.com

## CERTIFICATE OF SERVICE

This is to certify that I have this day electronically filed the within and foregoing **Defendant New York-Presbyterian Hospital/ Queens' Motion to Dismiss** with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record and a copy of same was served upon pro-se plaintiff via U.S. mail and e-mail:

| | |
|---|---|
| Michael R. Boorman<br>Watson Spence LLP<br>999 Peachtree Street, N.E.<br>Suite 1130<br>Atlanta, GA 30309<br>mboorman@watsonspence.com<br>*Attorney for NYU Langone Medical Center* | Brantley Cole Rowlen<br>Lewis Brisbois Bisgaard & Smith<br>600 Peachtree Street, NE<br>Suite 4700<br>Atlanta, GA<br>30308rowlen@lbbslaw.com<br>*Attorney for Lenox Hill Hospital* |
| Maura O'Neill<br>712 H Street, NE<br>Apt. 1707<br>Washington, DC 20002<br>moneill@rahillco.com<br>*PRO SE*<br>(Served by U.S Mail & E-mail) | Steven Parker<br>Lewis Brisbois Bisgaard & Smith<br>24 Drayton St.<br>Ste 300<br>Savannah, GA 31401<br>chase.parker@lewisbrisbois.com<br>*Attorney for Lenox Hill Hospital* |

DATED:  April 25, 2022

                                            */s/ Park K. Stone*
                                            Parks K. Stone