IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| MAURA O'NEILL, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | |
| | * | |
| NYU LANGONE MEDICAL CENTER, | * | Civil Action No. |
| NEW YORK PRESBYTERIAN QUEENES, | * | |
| LENOK HILL HOSPITAL, | * | 1:22-CV-0011-SEG |
| GRADY HEALTH SYSTEM, | * | |
| MOUNT SINAI BETH ISRALE, | * | |
| NORTHSIDE HOSPITAL FORSYTH, and | * | |
| COLLEGE PARK POLICE DEPARTMENT, | * | |
| | * | |
| Defendants. | * | |

**DEFENDANT GRADY MEMORIAL HOSPITAL CORPORATION'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT**

COMES NOW Grady Memorial Hospital Corporation ("Grady"), incorrectly identified as "Grady Health System" in Plaintiff's Complaint, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, and hereby moves to dismiss Plaintiff's Complaint on the grounds that Plaintiff has failed to state a claim upon which relief can be granted. Grady relies on the allegations contained in Plaintiff's Complaint and the Memorandum of Law filed contemporaneously herewith showing that Plaintiff's Complaint should be dismissed for failure to state a claim.

WHEREFORE, Defendant respectfully prays that the Court grant this Motion, dismiss the Complaint with prejudice, and grant Defendant such other and further relief as the Court deems just and proper.

This 25th day of April, 2022.

                      Respectfully submitted,
                      THOMAS KENNEDY SAMPSON & TOMPKINS LLP

                      /s/ *Jeffrey E. Tompkins*
                      JEFFREY E. TOMPKINS
                      Georgia Bar No. 714608
                      CANDANCE J. RODGERS
                      Georgia Bar No. 142004
                      EBONEI B. SIMPKINS
                      Georgia Bar No. 837066
                      Attorneys for Defendant
                      Grady Memorial Hospital Corporation

3355 Main Street
Atlanta, Georgia 30337
(404) 688-4503 Telephone
(404) 761-3224 Telecopier
j.tompkins@tkstlaw.com
c.rodgers@tkstlaw.com
e.simpson@tkstlaw.com

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| MAURA O'NEILL, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | |
| | * | |
| NYU LANGONE MEDICAL CENTER, | * | Civil Action No. |
| NEW YORK PRESBYTERIAN QUEENES, | * | |
| LENOK HILL HOSPITAL, | * | 1:22-CV-0011-SEG |
| GRADY HEALTH SYSTEM, | * | |
| MOUNT SINAI BETH ISRALE, | * | |
| NORTHSIDE HOSPITAL FORSYTH, and | * | |
| COLLEGE PARK POLICE DEPARTMENT, | * | |
| | * | |
| Defendants. | * | |

## **CERTIFICATE OF FONT, TYPE AND SERVICE**

This is to certify that on this 25th day of April, 2022, the undersigned counsel presented this document in Times New Roman, 14 point type in accordance with L.R. 5.1(C). I further certify that I electronically filed this certificate of service with the Clerk of Court using the CM/ECF system and served a copy of the foregoing **Defendant Grady Memorial Hospital Corporation's Motion to Dismiss Plaintiff's Complaint** upon Plaintiff by depositing a true and correct copy of same in the United States Mail with adequate postage affixed thereto, addressed as follows:

Ms. Maura O'Neill
712 H Street, N.E.
Apt. 1707
Washington, D.C. 20002

Michael R. Boorman, Esq.
Watson Spence LLP
999 Peachtree Street, N.E.
Suite 1130
Atlanta, Georgia, 30309

This 25th day of April, 2022.

*/s/ Jeffrey E. Tompkins*
JEFFREY E. TOMPKINS