FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta
MAY 05 2022
KEVIN P. WEIMER, Clerk
By: Deputy Clerk

**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| **MAURA O'NEILL,**<br><br>Plaintiff,<br>v.<br><br>**NYU LANGONE MEDICAL CENTER, NEW YORK-PRESBYTERIAN QUEENS, LENOX HILL HOSPITAL, GRADY HEALTH SYSTEM, MOUNT SINAI BETH ISRAEL, NORTHSIDE HOSPITAL FORSYTH, COLLEGE PARK POLICE DEPARTMENT,**<br><br>Defendants. | **CIVIL ACTION FILE NO. 1:22-cv-00011-SEG** |

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that I have this day caused to be served a true and correct copy of the foregoing by emailing and mailing a copy of the foregoing to each Defendant at the following addresses:

**LEWIS BRISBOIS BISGAARD & SMITH LLP**
Brantley Rowlen, Esq.
Chase Parker, Esq.
24 Drayton Street, Suite 300
Savannah, GA 31401
Telephone: 912.525.4960
E-Mail: rowlen@lbbslaw.com
E-Mail: chase.parker@lewisbrisbois.com

**WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP**
Parks Kalervo Stone, Esq.
3348 Peachtree Road NE
Suite 1400
Atlanta, GA 30326
Telephone: 470.419.6651
E-Mail: parks.stone@wilsonelser.com

**WATSON SPENCE LLP**
Michael R. Boorman, Esq.
999 Peachtree Street, N.E.
Suite 1130
Atlanta, GA 30309
Telephone: 229.436.1545
E-Mail: mboorman@watsonspence.com

**THOMAS KENNEDY SAMPSON & TOMPKINS, LLP**
Jeffrey Emery Tompkins, Esq.
Candance J. Rodgers, Esq.
Ebonei B. Simpkins, Esq.
3355 Main Street
Atlanta, GA 30337
Telephone: 404.688.4503
E-Mail: j.tompkins@tkstlaw.com
E-Mail: c.rodgers@tkstlaw.com
E-Mail: e.simpson@tkstlaw.com

in accordance with Rule 5(b)(2)(E).

Dated: Washington, DC			Respectfully submitted,
May 3, 2022


BY: *Maura O'Neill*
Maura O'Neill, Plaintiff
712 H Street NE, #1707
Washington, DC 20002
moneill@rahillco.com




U.S. POSTAGE PAID
PME 2-Day
WASHINGTON, DC
20002
MAY 03, 22
AMOUNT
$26.95
R2305H130108-19

1007    30303

PRESS FIRMLY TO SEAL    PRESS FIRMLY T[...]

# PRIORITY
## ★ MAIL ★
# EXPRESS™

OUR FASTEST SERVICE IN THE U.S.

UNITED STATES POSTAL SERVICE ®  |  PRIORITY MAIL EXPRESS®

EI 187 708 053 US

**CUSTOMER USE ONLY**
FROM: (PLEASE PRINT)  PHONE ( 954 ) 228-9105
Maura O'Neill
712 H Street, NE, #707
Washington, DC 20002

PAYMENT BY ACCOUNT (if applicable)
USPS® Corporate Acct. No.    Federal Agency Acct. No. or Postal Service™ Acct. No.

**ORIGIN (POSTAL SERVICE USE ONLY)**
☐ 1-Day  ☒ 2-Day  ☐ Military  ☐ DPO
PO ZIP Code: 20013
Scheduled Delivery Date: 5/5/22
Postage: $26.95
Date Accepted: 5/3/22
Scheduled Delivery Time: 6:00 PM
Insurance Fee: $
COD Fee: $
Time Accepted: 6:48 PM

**DELIVERY OPTIONS (Customer Use Only)**
☐ SIGNATURE REQUIRED
☐ No Saturday Delivery (delivered next business day)
☐ Sunday/Holiday Delivery Required

TO: (PLEASE PRINT)  PHONE ( 404 ) 215-1600

Clerk of Court MAY 5 2022
2211 United States Courthouse
75 Ted Turner Drive, GAve, SW
Atlanta, GA 30303-3309
ZIP + 4® (U.S. ADDRESSES ONLY)
3 0 3 0 3 - 3 3 0 9

Return Receipt Fee: $
Live Animal Transportation Fee: $
Special Handling/Fragile: $
Sunday/Holiday Premium Fee: $
Total Postage & Fees: $26.95
Weight: ☐ Flat Rate
lbs.  ozs.
Acceptance Employee Initials

**DELIVERY (POSTAL SERVICE USE ONLY)**
Delivery Attempt (MM/DD/YY)  Time  ☐ AM ☐ PM   Employee Signature
Delivery Attempt (MM/DD/YY)  Time  ☐ AM ☐ PM   Employee Signature

WHEN USED INTERNATIONALLY,
A CUSTOMS DECLARATION
LABEL MAY BE REQUIRED.



EP13F July 2013  OD: 12.5 x 9.5

PS10001000006

■ For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
■ $100.00 insurance included.

↙ PEEL FROM THIS CORNER

LABEL 11-B, MAY 2021  PSN 7690-02-000-9996

VISIT US AT USPS.COM
ORDER FREE SUPPLIES ONLINE

 
POSTAL SERVIC[E]