# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| MAURA O'NEILL, : | |
| : | |
|     Plaintiff, : | |
| : | |
| v. : | |
| : | Civil Action File No.: |
| NYU LANGONE MEDICAL : | 1:22-cv-00011-SEG |
| CENTER, NEW YORK - : | |
| PRESBYTERIAN QUEENS, : | |
| LENOX HILL HOSPITAL, : | |
| GRADY HEALTH SYSTEM, : | |
| MOUNT SINAI BETH ISRAEL, : | |
| NORTHSIDE HOSPITAL : | |
| FORSYTH, COLLEGE PARK : | |
| POLICE DEPARTMENT, : | |
| : | |
|     Defendants. : | |

## APPEARANCE OF COUNSEL

TO: The Clerk of Court and All Parties of Record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for NYU Langone Hospitals (improperly named as NYU Langone Medical Center).

This 6th day of May, 2022.

        WATSON SPENCE LLP

        */s/ Erika J. Harris*
        Erika J. Harris
        Georgia Bar No. 483730
        999 Peachtree Street, N.E.
        Suite 1130
        Atlanta, Georgia, 30309
        Telephone: (229) 436-1545
        eharris@watsonspence.com
        ***Attorney for Defendant NYU Langone Hospitals***

## **CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will automatically send email notification of such filing to the following participants and served a copy upon Plaintiff via U.S. Mail and e-mail:

Maura O'Neill
712 H Street, NE, #1707
Washington, DC 20002
moneill@rahillco.com
*Plaintiff*

Parks K. Stone
WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
3348 Peachtree Road NE, Suite 1400
Atlanta, GA 30326
parks.stone@wilsonelser.com
*Attorney for New York Presbyterian Hospital/Queens*

S. Chase Parker
Brantley C. Rowlen
LEWIS BRISBOIS BISGAARD & SMITH LLP
24 Drayton Street, Suite 300
Savannah, GA 31401
Chase.parker@lewisbrisbois.com
Brantley.rowlen@lewisbrisbois.com
*Attorneys for Lenox Hill Hospital*

Jeffrey E. Tompkins
Candance J. Rodgers
Ebonei B. Simpkins
THOMAS KENNEDY SAMPSON & TOMPKINS LLP
3355 Main Street
Atlanta, GA 30337
j.tompkins@tkstlaw.com
c.rodgers@tkstlaw.com
e.simpson@tkstlaw.com
*Attorneys for Grady Memorial Hospital*

This 6th day of May, 2022.

*s/ Erika J. Harris*
Erika J. Harris
Georgia Bar No. 067798