UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MAURA O'NEILL, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : |
| | : Civil Action File No.: |
| NYU LANGONE MEDICAL | : 1:22-cv-00011-SEG |
| CENTER, NEW YORK - | : |
| PRESBYTERIAN QUEENS, | : |
| LENOX HILL HOSPITAL, | : |
| GRADY HEALTH SYSTEM, | : |
| MOUNT SINAI BETH ISRAEL, | : |
| NORTHSIDE HOSPITAL | : |
| FORSYTH, COLLEGE PARK | : |
| POLICE DEPARTMENT, | : |
| | : |
| Defendants. | : |

## CERTIFICATE OF SERVICE

I hereby certify that I served via First Class U.S. Mail and e-mail ***Defendant NYU Langone's Motion to Dismiss and Motion for Prefiling Screening Requirement*** to the following recipient:

Maura O'Neill
712 H Street, NE, #1707
Washington, DC 20002
moneill@rahillco.com

This 6th day of May, 2022.

                                            WATSON SPENCE LLP

                                            *s/ Michael R. Boorman*
                                            Michael R. Boorman
                                            Georgia Bar No. 067798
                                            Erika J. Harris
                                            Georgia Bar No. 483730
                                            999 Peachtree Street, N.E.
                                            Suite 1130
                                            Atlanta, Georgia, 30309
                                            Telephone: (229) 436-1545
                                            mboorman@watsonspence.com
                                            eharris@watsonspence.com
                                            **Attorney for Defendant NYU Langone Hospitals**