**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | | |
|---|---|---|
| Maura O'Neill, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 1:22-cv-0011(SEG) |
| | ) | |
| v. | ) | |
| | ) | |
| NYU Langone Medical Center | ) | |
| New York-Presbyterian Queens, | ) | |
| Lenox Hill Hospital, | ) | |
| Grady Health System, | ) | |
| Mount Sinai Beth Israel | ) | |
| Northside Hospital Forsyth | ) | |
| College Park Police Department | ) | |
| | ) | |
| Defendants. | ) | |

**Defendant New York-Presbyterian Hospital/ Queens'
Response to Plaintiff's Motion for Extension of Time**

Defendant New York-Presbyterian Hospital/Queens (s/h/a New York-Presbyterian Queens) hereby files this response to Plaintiff's motion for extension of time (Doc. # 26), respectfully stating as follows:

As the Court is aware, this case involves allegations, including ones sounding in civil RICO violations, of a conspiracy between the defendant hospitals and the *pro se* Plaintiff's alleged repeat sexual assailant to cover up his crimes and ongoing criminal enterprise. Motions to dismiss are pending. Plaintiff's motion now informs this Court that she has a concussion that may, apparently indefinitely, keep her from responding to the motions.

1

NYP-Queens has no objection to a two week extension for Plaintiff's response to its motion to dismiss or something similar, in order to permit Plaintiff time to arrange for counsel or to allow some time for her to recuperate sufficiently to respond to the motion to dismiss.

However, if a longer extension is to be granted, NYP-Queens respectfully requests that this Court conduct the *in camera* review of Plaintiff's medical records and police report which she has offered to provide to the court (Doc. # 26, at para 7) to determine whether a longer adjournment is really warranted. This request is made without waiver of the right to demand disclosure of these same records, should the litigation continue into discovery.

But, NYP-Queens opposes any sort of blanket stay of this matter, as it has the right to bring this litigation to an end within a reasonable time frame and without undue and indefinite delay. If Plaintiff is actually indefinitely incapacitated, then guardianship or other alternatives may be appropriate, but not an indefinite stay of a case that Plaintiff herself filed.

*Signature on following page*

Respectfully submitted, this 16th day of May, 2022.

**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER, LLP**

3348 Peachtree Rd. NE
Suite 1400
Atlanta, GA 30326
Telephone: (470) 419-6650
Facsimile:  (470) 419-6651
parks.stone@wilsonelser.com

*/s/ Parks K. Stone*
Parks K. Stone
Georgia Bar No. 547930

*Attorney for Defendant*
*New York-Presbyterian*
*Hospital/Queens*

## <u>CERTIFICATE OF SERVICE</u>

This is to certify that I have this day electronically filed the within and foregoing **Defendant New York-Presbyterian Hospital/ Queens' Response to Plaintiff's Motion for Extension of Time** with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record and a copy of same was served upon pro-se plaintiff via U.S. mail:

| | | |
|---|---|---|
| Michael R. Boorman<br>Watson Spence LLP<br>999 Peachtree Street, N.E.<br>Suite 1130<br>Atlanta, GA 30309<br>mboorman@watsonspence.com | Brantley Cole Rowlen<br>Lewis Brisbois Bisgaard &<br>Smith<br>600 Peachtree Street, NE<br>Suite 4700<br>Atlanta, GA 30308<br>rowlen@lbbslaw.com | Maura O'Neill<br>712 H Street, NE<br>Apt. 1707<br>Washington, DC<br>20002<br>moneill@rahillco.com<br>PRO SE |
| Steven Parker<br>Lewis Brisbois Bisgaard & Smith<br>24 Drayton St., Ste 300<br>Savannah, GA 31401<br>chase.parker@lewisbrisbois.com<br>*Attorney for Lenox Hill Hospital* | Jeffrey Emery Tompkins<br>Candance J. Rodgers<br>Ebonei B. Simpkins<br>Thomas Kennedy<br>Sampson & Tompkins,<br>LLP<br>3355 Main Street<br>Atlanta, GA 30337<br>j.tompkins.tkstlaw.com<br>c.rodgers@tkslaw.com<br>e.simpson@tkslaw.com | |

DATED:  May 16, 2022

/s/ Parks K. Stone
Parks K. Stone