## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| Maura O'Neill, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 1:22-cv-0011(SEG) |
| | ) | |
| v. | ) | |
| | ) | |
| NYU Langone Medical Center | ) | |
| New York-Presbyterian Queens, | ) | |
| Lenox Hill Hospital, | ) | |
| Grady Health System, | ) | |
| Mount Sinai Beth Israel | ) | |
| Northside Hospital Forsyth | ) | |
| College Park Police Department | ) | |
| | ) | |
| Defendants. | ) | |

### Defendant New York-Presbyterian Hospital/ Queens'
### Certificate of Interested Persons

Defendant New York-Presbyterian Hospital/Queens (s/h/a New York-Presbyterian Queens) ("NYP/Queens") submits the following:

(1) The undersigned counsel of record for a party to this action certifies that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party:

**<u>Plaintiff</u>**

Maura O'Neill

1

**<u>Defendants</u>**

Mount Sinai Beth Israel

Northside Hospital Forsyth

College Park Police Department

Grady Health System

Lenox Hill Hospital

NYU Langone Medical Center

New York-Presbyterian Queens

Defendant NYP/Queens is wholly owned by NYP Community Programs, Inc. No other entities or individuals own more than 10% of its stock.

(2) The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

(3) No other entities or individuals, associations, firms, partnerships or corporations have a financial or other interest which could be substantially affected by the outcome of this case, other than NYP/Queens.

(4) The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

2

My firm and its attorneys, including myself, are the sole attorneys acting as counsel for Defendant NYP/Queens.

Other attorneys in this case based on the online court docket list are:

**Jeffrey Emery Tompkins**
Thomas Kennedy Sampson & Tompkins,
3355 Main Street
Atlanta, GA 30337
404-688-4503
E-mail: j.tompkins@tklaw.com

**Erika Janae Harris**
Watson Spence LLP
999 Peachtree Street
Suite 1130
Atlanta, GA 30309
Fax: 229-436-6358
E-mail:eharris@watsonspence.com

**Michael R. Boorman**
Watson Spence LLP
999 Peachtree Street, N.E.
Suite 1130
Atlanta, 30309
229-436-1545
E-mail: mboorman@watsonspence.com

**Brantley Cole Rowlen**
Lewis Brisbois Bisgaard & Smith LLP
24 Drayton Street
Suite 300
Savannah, GA 31401
404-348-8586
Fax: 404-348-8845
E-mail: rowlen@lbbslaw.com

**Steven Parker**
Lewis Brisbois Bisgaard & Smith LLP
24 Drayton Street
Suite 300
Savannah, GA 31401
404-348-8586
912-525-4966
E-mail: chase.parker@lewisbrisbois.com


Respectfully submitted, this 16th day of May, 2022.


**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER, LLP**

3348 Peachtree Rd. NE
Suite 1400
Atlanta, GA 30326
Telephone: (470) 419-6650
Facsimile:  (470) 419-6651
parks.stone@wilsonelser.com

*/s/ Parks K. Stone*
Parks K. Stone
Georgia Bar No. 547930

*Attorney for Defendant*
*New York-Presbyterian*
*Hospital/Queens*

## <u>CERTIFICATE OF SERVICE</u>

This is to certify that I have this day electronically filed the within and foregoing **Certificate of Interested Persons** with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record and a copy of same was served upon pro-se plaintiff via U.S. mail:

| | | |
|---|---|---|
| Michael R. Boorman<br>Watson Spence LLP<br>999 Peachtree Street, N.E.<br>Suite 1130<br>Atlanta, GA 30309<br>mboorman@watsonspence.com | Brantley Cole Rowlen<br>Lewis Brisbois Bisgaard &<br>Smith<br>600 Peachtree Street, NE<br>Suite 4700<br>Atlanta, GA 30308<br>rowlen@lbbslaw.com | Maura O'Neill<br>712 H Street, NE<br>Apt. 1707<br>Washington, DC<br>20002<br>moneill@rahillco.com<br>PRO SE |
| Steven Parker<br>Lewis Brisbois Bisgaard & Smith<br>24 Drayton St., Ste 300<br>Savannah, GA 31401<br>chase.parker@lewisbrisbois.com<br>*Attorney for Lenox Hill Hospital* | Jeffrey Emery Tompkins<br>Candance J. Rodgers<br>Ebonei B. Simpkins<br>Thomas Kennedy<br>Sampson & Tompkins,<br>LLP<br>3355 Main Street<br>Atlanta, GA 30337<br>j.tompkins.tkstlaw.com<br>c.rodgers@tkslaw.com<br>e.simpson@tkslaw.com | |

*(Signature on next page)*

5

DATED:  May 16, 2022.

*/s/ Parks K. Stone*
Parks K. Stone