IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| MAURA O'NEILL, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | |
| | * | |
| NYU LANGONE MEDICAL CENTER, | * | Civil Action No. |
| NEW YORK PRESBYTERIAN QUEENES, | * | |
| LENOK HILL HOSPITAL, | * | 1:22-CV-0011-SEG |
| GRADY HEALTH SYSTEM, | * | |
| MOUNT SINAI BETH ISRALE, | * | |
| NORTHSIDE HOSPITAL FORSYTH, and | * | |
| COLLEGE PARK POLICE DEPARTMENT, | * | |
| | * | |
| Defendants. | * | |

**DEFENDANT GRADY MEMORIAL HOSPITAL CORPORATION'S
RESPONSE TO PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO
FILE OPPOSING PAPERS AND AMEND COMPLAINT**

COMES NOW Grady Memorial Hospital Corporation ("Grady"), incorrectly

identified as "Grady Health System" in Plaintiff's Complaint, pursuant to Local Rule

7.1(B), and respectfully submits this response in opposition to Plaintiff's Motion for

Extension of Time to File Opposing Papers and Amend Complaint [Doc. 26],

showing the Court as follows:

PROCEDURAL HISTORY

Plaintiff instituted this action on January 4, 2022, by filing a 61-page

complaint containing 195 paragraphs [Doc. 1].  Plaintiff alleges in the Complaint

claims sounding in fraud and violation of the Racketeer Influenced and Corrupt

Organizations Act.   Grady timely moved to dismiss the complaint [Doc. 24].

Plaintiff now seeks an indefinite extension of time within which to respond to

Grady's motion to dismiss [Doc. 26, ¶¶ 5-6].

ARGUMENT

A. <u>Plaintiff's Motion for an Indefinite Extension or Stay Should be Denied</u>.

Plaintiff's motion for an indefinite extension of time to respond to Grady's

motion to dismiss should be denied.   Plaintiff has burdened Grady with the

responsibility of defending and addressing a complaint that alleges a series of

incomprehensible and salacious events dating back years but now seeks to be

relieved indefinitely from having to respond to Grady's motion to dismiss that

Complaint.   And although Plaintiff seeks the extension because of an unfortunate

criminal assault, she notably neglects to say when the alleged assault occurred.

Thus, it is unclear whether the assault occurred before or after Plaintiff's instituted

this action.   If the assault happened before Plaintiff's Complaint was filed, it is

difficult to see how the assault prevents her from responding to Grady's motion to

dismiss.   Further, while Plaintiff claims responding to the motion to dismiss and/or

amending her Complaint would cause her to suffer headaches and other physical

pain, she has nonetheless been able to access the court docket, review pleadings, and

file a motion seeking an extension wherein she advances arguments in support of same.

Grady does not object to a reasonable, but limited, extension of time for Plaintiff to respond to the motion to dismiss.  Grady opposes, however, an indefinite extension or stay as requested by Plaintiff.

B.  Grady's Motion to Dismiss was Served Via E-filing and U.S. Mail

Grady's motion to dismiss was served via the CM/ECF electronic filing system and the U.S. Mail.  Plaintiff obviously has reviewed the motion as she now seeks additional time to respond to same.

## CONCLUSION

Grady does not oppose a reasonable, but limited, extension of time for Plaintiff to respond to Grady's motion to dismiss.  Based, however, on the record as it currently exists, Grady respectfully requests that Plaintiff's motion for an indefinite extension of time and/or stay be denied.

This 17th day of May, 2022.

Respectfully submitted,
THOMAS KENNEDY SAMPSON & TOMPKINS LLP

/s/ *Jeffrey E. Tompkins*
JEFFREY E. TOMPKINS
Georgia Bar No. 714608
EBONEI B. SIMPKINS
Georgia Bar No. 837066
Attorneys for Defendant
Grady Memorial Hospital Corporation

3

3355 Main Street
Atlanta, Georgia 30337
(404) 688-4503 Telephone
(404) 761-3224 Telecopier
j.tompkins@tkstlaw.com
e.simpson@tkstlaw.com

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| MAURA O'NEILL, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | |
| | * | |
| NYU LANGONE MEDICAL CENTER, | * | Civil Action No. |
| NEW YORK PRESBYTERIAN QUEENES, | * | |
| LENOK HILL HOSPITAL, | * | 1:22-CV-0011-SEG |
| GRADY HEALTH SYSTEM, | * | |
| MOUNT SINAI BETH ISRALE, | * | |
| NORTHSIDE HOSPITAL FORSYTH, and | * | |
| COLLEGE PARK POLICE DEPARTMENT, | * | |
| | * | |
| Defendants. | * | |

## **CERTIFICATE OF FONT, TYPE AND SERVICE**

This is to certify that on this 17th day of May, 2022, the undersigned counsel presented this document in Times New Roman, 14 point type in accordance with Local Rule 5.1(C). I further certify that I electronically filed **Defendant Grady Memorial Hospital Corporation's Response in Opposition to Plaintiff's Motion for Extension of Time to File Opposing Papers and Amend Complaint** with the Clerk of Court using the CM/ECF system and served a copy of the foregoing upon Plaintiff by depositing a true and correct copy of same in the United States Mail with adequate postage affixed thereto, addressed as follows:

Ms. Maura O'Neill
712 H Street, N.E.
Apt. 1707
Washington, D.C. 20002

Michael R. Boorman, Esquire
Erika J. Harris, Esquire
Watson Spence LLP
999 Peachtree Street, N.E.
Suite 1130
Atlanta, Georgia, 30309

Parks K. Stone, Esquire
Wilson, Elser, Moskowitz, Edelman & Dicker, LLP
3348 Peachtree Rd. NE
Suite 1400
Atlanta, Georgia 30326
parks.stone@wilsonelser.com


This 17th day of May, 2022.


                        */s/ Jeffrey E. Tompkins*
                        JEFFREY E. TOMPKINS