UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MAURA O'NEILL, : <br> : <br> Plaintiff, : <br> : <br> v. : <br> : <br> : <br> NYU LANGONE MEDICAL : <br> CENTER, NEW YORK - : <br> PRESBYTERIAN QUEENS, : <br> LENOX HILL HOSPITAL, : <br> GRADY HEALTH SYSTEM, : <br> MOUNT SINAI BETH ISRAEL, : <br> NORTHSIDE HOSPITAL : <br> FORSYTH, COLLEGE PARK : <br> POLICE DEPARTMENT, : <br> : <br> Defendants. : | Civil Action File No.: <br> 1:22-cv-00011-SEG |

**DEFENDANTS' JOINT MOTION TO STAY PROCEEDINGS UNDER LOCAL RULES 3.3, 16.1, 16.2, AND 26.1 AND MEMORANDUM OF LAW**

Pursuant to Fed. R. Civ. P. 26, the Defendants jointly request that the Court stay the deadlines for: (1) filing of Certificate of Interested Persons and Corporate Disclosure Statement (LR 3.3), (2) holding the Rule 26(f) Conference (LR 16.1), (3) submitting the Joint Preliminary Report and Discovery Plan (LR 16.2), and (4)

exchanging initial disclosures (LR 26.1) until the Court issues its ruling on the Defendants' Motions to Dismiss.

Specifically, Defendants request that the deadline for filing of the Certificate of Interested Persons be extended until fourteen (14) days after the Court enters its order resolving the Motions to Dismiss, that the time for holding the Rule 26(f) conference be extended until twenty-three (23) days after the Court enters its order resolving the Motions to Dismiss, and that the deadlines for submitting the Joint Preliminary Report and Discovery Plan and for exchanging Initial Disclosures be extended until thirty-seven (37) days after the Court enters its order resolving the Motions to Dismiss.

A proposed order granting this motion is attached hereto.

## BACKGROUND

Plaintiff instituted this action on January 4, 2022 against these Defendants by filing a 61-page complaint containing 195 paragraphs. [Doc. 1]. In her Complaint, Plaintiff claims that over a course of several months she was repeatedly drugged and raped by non-party Christopher Wilder. [Doc. 1, ¶ 10]. Plaintiff further claims that she sought treatment from Defendant hospitals. Plaintiff's theory of this case is that the Defendant hospitals and police department conspired with Mr. Wilder to "aid and abet a sex trafficking operation." [Doc. 1, ¶¶10, 35]. The undersigned

Defendants filed Motions to Dismiss for lack of personal jurisdiction in this Court and failure of Plaintiff to state a claim for which relief can be granted. [Docs. 16, 20, 23, 24]. The Motions to Dismiss, if granted, may limit the amount of or discharge the need for discovery with the Defendants in this case.

## ARGUMENT

This Court has authority to extend the discovery-related deadlines provided in Fed. R. Civ. P. 16 and 26. *E.g.*, *Hayes v. Bank of New York Mellon*, 1:14-cv-338, 2014 WL 3887922, at *1 (N.D. Ga. Aug. 6, 2014) (approving and adopting Magistrate's Report and Recommendation, including extension of deadlines), *aff'd*, 592, Fed. Appx. 891 (11th Cir. 2015). Indeed, Eleventh Circuit rulings support such an extension where claims that would enlarge the scope of discovery might be dismissed before discovery commences. *E.g.*, *Chudasama v. Mazda Motor Corp.*, 123 F.3d 1353, 1368 (11th Cir. 1997). An extension is further supported when the face of the complaint provides a sufficient basis to grant a motion to stay. *See Lawrence v. Governor of Georgia*, 721 Fed. App'x. 862, 864-65 (11th Cir. 2018) (*pro se* plaintiffs' 73-page complaint did not comply with pleading requirements of a short and plain statement and court likely lacked subject matter jurisdiction).

The undersigned Defendants' respective Motions to Dismiss would, if granted or granted in part, eliminate or curtail discovery with respect to them. The outcome

of the pending motions will affect the scope and costs of discovery. Good cause thus exists to extend the deadlines for planning and beginning discovery pending resolution of those motions.

## CONCLUSION

For the reasons set forth above, Defendants respectfully request that the Court grant this Joint Motion, extend the deadline for the parties to: (1) file their Certificate of Interested Persons and Corporate Disclosure until fourteen (14) days after the Court's order on the Motions to Dismiss, (2) hold their Rule 26(f) Conference and file Certificate of Interested Persons until twenty-three (23) days after this Court's ruling on the pending Motions to Dismiss, and (3) extend the deadlines for submitting the Joint Preliminary Report and Discovery Plan and for exchanging Initial Disclosures until thirty-seven (37) days after this Court's ruling on the pending Motions to Dismiss.

Respectfully submitted this 7th day of June, 2022.

WATSON SPENCE LLP

*/s/ Erika J. Harris*
Michael R. Boorman
Georgia Bar No. 067798
Erika J. Harris
Georgia Bar No. 483730
999 Peachtree Street, N.E.
Suite 1130
Atlanta, Georgia 30309

Telephone: (229) 436-1545
mboorman@watsonspence.com
eharris@watsonspence.com
***Attorneys for NYU Langone Hospitals***


WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

***/s/ Parks K. Stone***
(*w/ express permission by E. Harris*)
Parks K. Stone
Georgia Bar No.
3348 Peachtree Road NE, Suite 1400
Atlanta, GA 30326
parks.stone@wilsonelser.com
***Attorney for New York Presbyterian Hospital/Queens***


LEWIS BRISBOIS BISGAARD & SMITH LLP

***/s/ Brantley C. Rowlen***
(*w/ express permission by E. Harris*)
S. Chase Parker
Georgia Bar No. 155875
Brantley C. Rowlen
Georgia Bar No. 153031
24 Drayton Street, Suite 300
Savannah, GA 31401
Chase.parker@lewisbrisbois.com
Brantley.rowlen@lewisbrisbois.com
***Attorneys for Lenox Hill Hospital***

2

THOMAS KENNEDY SAMPSON &
TOMPKINS LLP

***/s/ Jeffrey E. Tompkins***
(*w/ express permission by E. Harris*)
Jeffrey E. Tompkins
Georgia Bar No. 714608
Ebonei B. Simpkins
Georgia Bar No. 837066
3355 Main Street
Atlanta, GA 30337
j.tompkins@tkstlaw.com
e.simpkins@tkstlaw.com
***Attorneys for Grady Memorial***
***Hospital Corporation***

2

## FONT CERTIFICATION

Pursuant to Local Rule 7.1D, I hereby certify that this pleading was prepared using a font and point selection approved by the Court in Local Rule 5.1C.

WATSON SPENCE LLP

*/s/ Erika J. Harris*
Erika J. Harris
Georgia Bar No. 483730

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will automatically send email notification of such filing to the following participants and served a copy upon Plaintiff via U.S. Mail and e-mail:

| | |
|---|---|
| Maura O'Neill<br>712 H Street, NE, #1707<br>Washington, DC 20002<br>moneill@rahillco.com<br>***Plaintiff*** | S. Chase Parker<br>Brantley C. Rowlen<br>LEWIS BRISBOIS BISGAARD & SMITH LLP<br>24 Drayton Street, Suite 300<br>Savannah, GA 31401<br>Chase.parker@lewisbrisbois.com<br>Brantley.rowlen@lewisbrisbois.com<br>***Attorneys for Lenox Hill Hospital*** |
| Parks K. Stone<br>WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP<br>3348 Peachtree Road NE, Suite 1400<br>Atlanta, GA 30326<br>parks.stone@wilsonelser.com<br>***Attorney for New York Presbyterian Hospital/Queens*** | Jeffrey E. Tompkins<br>Ebonei B. Simpkins<br>THOMAS KENNEDY SAMPSON & TOMPKINS LLP<br>3355 Main Street<br>Atlanta, GA 30337<br>j.tompkins@tkstlaw.com<br>e.simpson@tkstlaw.com<br>***Attorneys for Grady Memorial Hospital Corporation*** |

This 7th day of June, 2022.

                                         ***/s/ Erika J. Harris***
                                         Erika J. Harris
                                         Georgia Bar No. 483730