UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MAURA O'NEILL, : | |
| : | |
|     Plaintiff, : | |
| : | |
| v. : | |
| : | Civil Action File No.: |
| NYU LANGONE MEDICAL : | 1:22-cv-00011-SEG |
| CENTER, NEW YORK - : | |
| PRESBYTERIAN QUEENS, : | |
| LENOX HILL HOSPITAL, : | |
| GRADY HEALTH SYSTEM, : | |
| MOUNT SINAI BETH ISRAEL, : | |
| NORTHSIDE HOSPITAL : | |
| FORSYTH, COLLEGE PARK : | |
| POLICE DEPARTMENT, : | |
| : | |
|     Defendants. : | |

**ORDER GRANTING DEFENDANTS' JOINT MOTION TO STAY PROCEEDINGS UNDER LOCAL RULES 3.3, 16.1, 16.2 AND 26.1**

Upon the Defendants' Joint Motion to Stay Proceedings Under Local Rules 3.3, 16.1, 16.2, and 26.1, and for good cause shown, the Court hereby ORDERS that the Motion is GRANTED. The deadline for the parties to file their Certificate of Interested Persons and Corporate Disclosure is extended until fourteen (14) days after this Court's ruling on the pending Motions to Dismiss. The deadline for the

2

parties to hold their Rule 26(f) Conference is extended until twenty-three (23) days after this Court's ruling on the pending Motions to Dismiss. The deadlines for the parties to submit the Joint Preliminary Report and Discovery Plan and to exchange Initial Disclosures are extended until thirty-seven (37) days after this Court's ruling on the pending Motions to Dismiss.

_____
Sarah Geraghty
United States District Judge
Northern District of Georgia