# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| MAURA O'NEILL, : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | |
| : | Civil Action File No.: |
| NYU LANGONE MEDICAL : | 1:22-cv-00011-SEG |
| CENTER, NEW YORK - : | |
| PRESBYTERIAN QUEENS, : | |
| LENOX HILL HOSPITAL, : | |
| GRADY HEALTH SYSTEM, : | |
| MOUNT SINAI BETH ISRAEL, : | |
| NORTHSIDE HOSPITAL : | |
| FORSYTH, COLLEGE PARK : | |
| POLICE DEPARTMENT, : | |
| : | |
| Defendants. : | |

## CERTIFICATE OF SERVICE

COMES NOW, Defendant NYU Langone Hospitals ("NYU Langone"), by and through the undersigned counsel and certifies that it served true and correct copies of the following via First Class U.S. Mail and e-mail to Plaintiff Maura O'Neill at 712 H Street, NE, #1707, Washington, DC 20002, moneill@rahillco.com. Although NYU Langone disagrees with Plaintiff's claim that she was improperly

served, NYU Langone serves the below and files this Certificate of Service out of an abundance of caution.

1. Doc. 16 Motion to Dismiss and Motion for Prefiling Screening Requirement with Brief in Support and accompanying Notice of Electronic Filing of [Doc. 16];

2. Doc. 30 Certificate of Service by NYU Langone and accompanying Notice of Electronic Filing of [Doc. 30];

3. Doc. 33 NYU Langone Hospital's Response to Plaintiff's Motion for Extension of Time to File Opposing Papers and Amended Complaint and accompanying Notice of Electronic Filing of [Doc. 33].

This 9th day of June, 2022.

WATSON SPENCE LLP

*/s/ Erika J. Harris*
Michael R. Boorman
Georgia Bar No. 067798
Erika J. Harris
Georgia Bar No. 483730
999 Peachtree Street, N.E.
Suite 1130
Atlanta, Georgia, 30309
Telephone: (229) 436-1545
mboorman@watsonspence.com
eharris@watsonspence.com
**Attorney for Defendant NYU Langone Hospitals**

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will automatically send email notification of such filing to the following participants and served a copy upon Plaintiff via U.S. Mail and e-mail:

| | |
|---|---|
| Maura O'Neill<br>712 H Street, NE, #1707<br>Washington, DC 20002<br>moneill@rahillco.com<br>***Plaintiff*** | S. Chase Parker<br>Brantley C. Rowlen<br>LEWIS BRISBOIS BISGAARD & SMITH LLP<br>24 Drayton Street, Suite 300<br>Savannah, GA 31401<br>Chase.parker@lewisbrisbois.com<br>Brantley.rowlen@lewisbrisbois.com<br>***Attorneys for Lenox Hill Hospital*** |
| Parks K. Stone<br>WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP<br>3348 Peachtree Road NE, Suite 1400<br>Atlanta, GA 30326<br>parks.stone@wilsonelser.com<br>***Attorney for New York Presbyterian Hospital/Queens*** | Jeffrey E. Tompkins<br>Ebonei B. Simpkins<br>THOMAS KENNEDY SAMPSON & TOMPKINS LLP<br>3355 Main Street<br>Atlanta, GA 30337<br>j.tompkins@tkstlaw.com<br>e.simpson@tkstlaw.com<br>***Attorneys for Grady Memorial Hospital Corporation*** |

This 9th day of June, 2022.

*/s/ Erika J. Harris*
Erika J. Harris
Georgia Bar No. 483730