IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION



FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

JUL -5 2022

KEVIN P. WEIMER, Clerk
By: Cheryl ___ Deputy Clerk

| | |
|---|---|
| MAURA O'NEILL,<br><br>　　　　Plaintiff,<br>v.<br><br>NYU LANGONE MEDICAL CENTER, NEW YORK-PRESBYTERIAN QUEENS, LENOX HILL HOSPITAL, GRADY HEALTH SYSTEM, MOUNT SINAI BETH ISRAEL, NORTHSIDE HOSPITAL FORSYTH, COLLEGE PARK POLICE DEPARTMENT,<br><br>　　　　Defendants. | CIVIL ACTION FILE NO.<br>1:22-cv-00011-SEG |

**CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT OF PLAINTIFF MAURA O'NEILL**

**COMES NOW** Plaintiff Maura O'Neill, and, pursuant to Local Rule 3.3, hereby files her Certificate of Interested Persons showing this court as follows:

1

(1) The undersigned certifies that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party:

**Plaintiff:**        Maura O'Neill

**Defendant:**    Unknown to Plaintiff – Defendants are deliberately breaking laws to withhold this information.

(2) The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

**Plaintiff:**     N/A

**Defendant:**    Unknown to Plaintiff – Defendants are deliberately breaking laws to withhold this information.

(3) The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

**Plaintiff:**        Maura O'Neill
                          712 H Street NE, #1707
                          Washington, D.C. 20002
                          E-Mail: moneill@rahillco.com

**Defendant:**

**LEWIS BRISBOIS BISGAARD & SMITH LLP**
Brantley Rowlen, Esq.
Chase Parker, Esq.
24 Drayton Street, Suite 300
Savannah, GA 31401
Telephone: 912.525.4960
E-Mail:  rowlen@lbbslaw.com
E-Mail:  chase.parker@lewisbrisbois.com

**WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP**
Parks Kalervo Stone, Esq.
3348 Peachtree Road NE
Suite 1400
Atlanta, GA 30326
Telephone: 470.419.6651
E-Mail: parks.stone@wilsonelser.com

**WATSON SPENCE LLP**
Michael R. Boorman, Esq.
999 Peachtree Road, N.E.
Suite 1130
Atlanta, GA 30309
Telephone: 229.436.1545
E-Mail: mboorman@watsonspence.com

**THOMAS KENNEDY SAMPSON & TOMPKINS, LLP**
Jeffrey Emery Tompkins, Esq.
Candance J. Rodgers, Esq.
Ebonei B. Simpkins, Esq.
3355 Main Street
Atlanta, GA 30337
Telephone: 404.688.4503
E-Mail: j.tompkins@tkstlaw.com
E-Mail: c.rodgers@tkstlaw.com

Dated: Washington, DC  
June 27, 2022

Respectfully submitted,

BY: /s/ Maura O'Neill  
Maura O'Neill, Plaintiff  
712 H Street NE, #1707  
Washington, DC 20002  
moneill@rahillco.com

4



IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MAURA O'NEILL,<br><br>　　　　　Plaintiff,<br>v.<br><br>NYU LANGONE MEDICAL CENTER, NEW YORK-PRESBYTERIAN QUEENS, LENOX HILL HOSPITAL, GRADY HEALTH SYSTEM, MOUNT SINAI BETH ISRAEL, NORTHSIDE HOSPITAL FORSYTH, COLLEGE PARK POLICE DEPARTMENT,<br><br>　　　　　Defendants. | CIVIL ACTION FILE NO.<br>1:22-cv-00011-SEG |

## LR 7.1(D) FONT COMPLIANCE CERTIFICATION

The undersigned certifies that the within and foregoing **CERTIFICATE OF INTERESTED PERSONS** was prepared using Times New Roman 14 point font in accordance with Local Rule 5.1 of the United States District Court for the Northern District of Georgia.

5

Dated: Washington, DC  
June 27, 2022

Respectfully submitted,

BY: /s/ Maura O'Neill  
Maura O'Neill, Plaintiff  
712 H Street NE, #1707  
Washington, DC 20002  
moneill@rahillco.com

6

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MAURA O'NEILL,<br><br>Plaintiff,<br>v.<br><br>NYU LANGONE MEDICAL CENTER, NEW YORK-PRESBYTERIAN QUEENS, LENOX HILL HOSPITAL, GRADY HEALTH SYSTEM, MOUNT SINAI BETH ISRAEL, NORTHSIDE HOSPITAL FORSYTH, COLLEGE PARK POLICE DEPARTMENT,<br><br>Defendants. | CIVIL ACTION FILE NO.<br>1:22-cv-00011-SEG |

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that I have this day caused to be served a true and correct copy of the foregoing by emailing and mailing a copy of the foregoing to each Defendant at the following addresses:

7

Case 1:22-cv-00011-SEG   Document 40   Filed 07/05/22   Page 8 of 11


**LEWIS BRISBOIS BISGAARD & SMITH LLP**
Brantley Rowlen, Esq.
Chase Parker, Esq.
24 Drayton Street, Suite 300
Savannah, GA 31401
Telephone: 912.525.4960
E-Mail: rowlen@lbbslaw.com
E-Mail: chase.parker@lewisbrisbois.com

**WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP**
Parks Kalervo Stone, Esq.
3348 Peachtree Road NE
Suite 1400
Atlanta, GA 30326
Telephone: 470.419.6651
E-Mail: parks.stone@wilsonelser.com

**WATSON SPENCE LLP**
Michael R. Boorman, Esq.
999 Peachtree Road, N.E.
Suite 1130
Atlanta, GA 30309
Telephone: 229.436.1545
E-Mail: mboorman@watsonspence.com

**THOMAS KENNEDY SAMPSON & TOMPKINS, LLP**
Jeffrey Emery Tompkins, Esq.
Candance J. Rodgers, Esq.
3355 Main Street
Atlanta, GA 30337
Telephone: 404.688.4503
E-Mail: j.tompkins@tkstlaw.com
E-Mail: c.rodgers@tkstlaw.com

Dated: Washington, DC
June 27, 2022

Respectfully submitted,

BY: /s/ Maura O'Neill
Maura O'Neill, Plaintiff
712 H Street NE, #1707
Washington, DC 20002
moneill@rahillco.com

9

CAPITAL DISTRICT

29 JUN 2022 PM

FOREVER / USA   FOREVER / USA

CLEARED DATE

JUL 0 5 2022

U.S. Marshals Service
Atlanta, GA 30303

Clerk of Court
U.S. Courthouse
75 Ted Turner Dr, SW
Atlanta, GA 30303

30303-330999

O'Neill
712 H St, NE, #707
Washington, DC 20002