UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MAURA O'NEILL, : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | |
| : | |
| : | Civil Action File No.: |
| NYU LANGONE MEDICAL : | 1:22-cv-00011-SEG |
| CENTER, NEW YORK - : | |
| PRESBYTERIAN QUEENS, : | |
| LENOX HILL HOSPITAL, : | |
| GRADY HEALTH SYSTEM, : | |
| MOUNT SINAI BETH ISRAEL, : | |
| NORTHSIDE HOSPITAL : | |
| FORSYTH, COLLEGE PARK : | |
| POLICE DEPARTMENT, : | |
| : | |
| Defendants. : | |

**NYU LANGONE HOSPITALS' CERTIFICATE OF INTERESTED
PERSONS AND CORPORATE DISCLOSURE STATEMENT**

Pursuant to Fed. R. Civ. P. 7.1 and Local Rule 3.3, NYU Langone Hospital

(improperly named as "NYU Langone Medical Center") hereby certifies as follows:

**(1) The undersigned counsel of record for a party to this action certifies

that the following is a full and complete list of all parties in this action, including**

1

**any parent corporation and any publicly held corporation that owns 10% or more of the stock of NYU Langone Hospitals:**

Plaintiff:

Maura O'Neill

Defendants:

NYU Langone Hospitals

New York Presbyterian Queens

Lenox Hill Hospital

Grady Memorial Hospital

Mount Sinai Beth Israel

Northside Hospital Forsyth

College Park Police Department

NYU Langone states that the following corporations own 10% or more of the stock of NYU Langone Hospitals: NYU Langone Hospitals is a not-for-profit entity and there is no corporate ownership of it. However, it is an affiliate of NYU Langone Health System.

**(2) The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or**

**corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:**

There are no other entities, persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case.

**(3) The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for NYU Langone Hospitals in this proceeding:**

Michael R. Boorman, Esq.; and

Erika J. Harris, Esq.

Respectfully submitted this 22nd day of July, 2022.

WATSON SPENCE LLP

*/s/ Michael R. Boorman*
Michael R. Boorman
Georgia Bar No. 067798
Erika J. Harris
Georgia Bar No. 483730
999 Peachtree Street, N.E.
Suite 1130
Atlanta, Georgia, 30309
Telephone: (229) 436-1545
mboorman@watsonspence.com
eharris@watsonspence.com
**Attorney for Defendant NYU Langone Hospitals**

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will automatically send email notification of such filing to the following participants and served a copy upon Plaintiff via U.S. Mail and e-mail:

Maura O'Neill
712 H Street, NE, #1707
Washington, DC 20002
moneill@rahillco.com
*Plaintiff*

Parks K. Stone
WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
3348 Peachtree Road NE, Suite 1400
Atlanta, GA 30326
parks.stone@wilsonelser.com
*Attorney for New York Presbyterian Hospital/Queens*

S. Chase Parker
Brantley C. Rowlen
LEWIS BRISBOIS BISGAARD & SMITH LLP
24 Drayton Street, Suite 300
Savannah, GA 31401
Chase.parker@lewisbrisbois.com
Brantley.rowlen@lewisbrisbois.com
*Attorneys for Lenox Hill Hospital*

Jeffrey E. Tompkins
Candance J. Rodgers
Ebonei B. Simpkins
THOMAS KENNEDY SAMPSON & TOMPKINS LLP
3355 Main Street
Atlanta, GA 30337
j.tompkins@tkstlaw.com
c.rodgers@tkstlaw.com
e.simpson@tkstlaw.com
*Attorneys for Grady Memorial Hospital*

This 22nd day of July, 2022.

*/s/ Michael R. Boorman*
Michael R. Boorman
Georgia Bar No. 067798