

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MAURA O'NEILL,<br><br>Plaintiff,<br>v.<br><br>NYU LANGONE MEDICAL CENTER, NEW YORK-PRESBYTERIAN QUEENS, LENOX HILL HOSPITAL, GRADY HEALTH SYSTEM, MOUNT SINAI BETH ISRAEL, NORTHSIDE HOSPITAL FORSYTH, COLLEGE PARK POLICE DEPARTMENT,<br><br>Defendants. | CIVIL ACTION FILE NO.<br>1:22-cv-00011-SEG |

## STIPULATION REGARDING SERVICE

**IT IS HEREBY STIPULATED AND AGREED** by and between Plaintiff Maura O'Neill ("Plaintiff") and the attorneys for the Defendant Lenox Hill Hospital ("Defendant") that, pursuant to Federal Rule of Civil Procedure 5(b)(2)(E), the parties agree to accept service by email for all papers in the above-captioned proceeding in lieu of service of hard copies by mail, overnight

1

delivery service, personal service, or any other form of service authorized by the Federal Rules of Civil Procedure and the Local Rules of the United States District Court for the Northern District of Georgia; and

**IT IS FURTHER STIPULATED AND AGREED** that email service toPlaintiff shall be made as follows:

moneill@rahillco.com

**IT IS FURTHER STIPULATED AND AGREED** that email service to Defendant shall be made as follows:

rowlen@lbbslaw.com

chase.parker@lewisbrisbois.com; and

**IT IS FURTHER STIPULATED AND AGREED** that this Stipulation maybe filed without further notice to the Clerk of Court.

This 14th day of July, 2022.

Respectfully submitted,

**MAURA O'NEILL**

*Maura O'Neill*
Maura O'Neill
Plaintiff
712 H Street, NE, #1707
Washington, D.C. 20002
Phone: (754) 228-9105
E-Mail: moneill@rahillco.com

**LEWIS BRISBOIS BISGAARD & SMITH LLP**

s/ Brantley Rowlen
Brantley Rowlen, Esq.
Georgia Bar No. 153031
24 Drayton Street, Suite 300
Savannah, GA 31401
Telephone:912.525.4960
E-Mail: rowlen@lbbslaw.com
E-Mail: chase.parker@lewisbrisbois.com

3

Maura O'Neill
712 H Street NE, #1707
Washington, DC 20002

CAPITAL DISTRICT 208
18 JUL 2022 PM 3 L

CLEARED DATE

JUL 21 2022

U.S. Marshals Service
Atlanta, GA 30303

Clerk of Court
U.S. Courthouse
75 Ted Turner Dr., SW
Atlanta, GA 30303

30303-330999