IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MAURA O'NEILL, | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * |
| | * |
| NYU LANGONE MEDICAL CENTER, | *   Civil Action No. |
| NEW YORK PRESBYTERIAN QUEENS, | * |
| LENOK HILL HOSPITAL, | *   1:22-CV-0011-SEG |
| GRADY HEALTH SYSTEM, | * |
| MOUNT SINAI BETH ISRALE, | * |
| NORTHSIDE HOSPITAL FORSYTH, and | * |
| COLLEGE PARK POLICE DEPARTMENT, | * |
| | * |
| Defendants. | * |

## NOTICE OF LEAVE OF ABSENCE

TO:     All Judges, Clerks of Court and Counsel of Record

FROM:   Jeffrey E. Tompkins

RE:     Notice of Leave of Absence

DATE:   July 22, 2022

COMES NOW Jeffrey E. Tompkins and respectfully notifies all judges before whom he has cases pending, all affected clerks of court, and all opposing counsel, that he will be on leave pursuant to LR 8312.E(3), NDGa.

1. The periods of leave which time applicant will be away from the practice of law is as follows:  August 24-29, 2022; September 30, 2022; October 3-4, 2022; November 9-15 and 28-29, 2022; and December 21-23, 2022.

2. The purpose of this leave is college drop off (August 24-29) and vacation.

3. All affected judges and opposing counsel shall have ten (10) days form the date of this Notice to object to it.  If no objections are filed, the leave shall be granted without entry of an order.

Respectfully submitted this 22nd of July 2022.

                THOMAS KENNEDY SAMPSON & TOMPKINS LLP

                /s/ Jeffrey E. Tompkins
                JEFFREY E. TOMPKINS
                Georgia Bar No. 714608
                Attorneys for Defendant Macy's Systems and Technology, Inc.

3355 Main Street
Atlanta, Georgia 30337
Telephone: (404) 688-4503
Telecopier: (404) 761-3224
j.tompkins@tkstlaw.com

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MAURA O'NEILL, | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * |
| | * |
| NYU LANGONE MEDICAL CENTER, | *   Civil Action No. |
| NEW YORK PRESBYTERIAN QUEENS, | * |
| LENOK HILL HOSPITAL, | *   1:22-CV-0011-SEG |
| GRADY HEALTH SYSTEM, | * |
| MOUNT SINAI BETH ISRALE, | * |
| NORTHSIDE HOSPITAL FORSYTH, and | * |
| COLLEGE PARK POLICE DEPARTMENT, | * |
| | * |
| Defendants. | * |

## CERTIFICATE OF SERVICE

I hereby certify that I have this date served a copy of the foregoing **NOTICE OF LEAVE OF ABSENCE** upon all judges, clerks and opposing counsel listed on the attached Exhibit "A" by filing same with the Court's CM/ECF document filing system, which will deliver electronic notification of same.

This 22nd day of July 2022.

THOMAS KENNEDY SAMPSON & TOMPKINS LLP

/s/ Jeffrey E. Tompkins
JEFFREY E. TOMPKINS
Georgia Bar No. 714608
Attorneys for Defendant Macy's Systems and

Technology, Inc.
3355 Main Street
Atlanta, Georgia 30337
Telephone: (404) 688-4503
j.tompkins@tkstlaw.com

## **EXHIBIT A**

| | | |
|---|---|---|
| O'Neill v. NYU Langone Medical Center et al<br>U.S. District Court, Northern District of GA, Atlanta Division<br>Civil Action File No. 1:22-cv-00011-SEG | Hon. Judge Sarah E. Geraghty<br>Magistrate Judge<br>2142 Richard B. Russell Federal Building<br>75 Ted Turner Drive, SW<br>Atlanta, GA 30303-3309 | Maura O'Neill<br>712 H. Street, NE<br>Apt. 1707<br>Washington, DC 20002<br>(Pro Se) |