IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MAURA O'NEILL, <br><br> Plaintiff, <br><br> v. <br><br> NYU LANGONE MEDICAL CENTER, <br> NEW YORK PRESBYTERIAN QUEENES, <br> LENOK HILL HOSPITAL, <br> GRADY HEALTH SYSTEM, <br> MOUNT SINAI BETH ISRALE, <br> NORTHSIDE HOSPITAL FORSYTH, and <br> COLLEGE PARK POLICE DEPARTMENT, <br><br> Defendants. | CIVIL ACTION NO. <br><br> 1:22-CV-0011-SEG |

## **DEFENDANT GRADY MEMORIAL HOSPITAL CORPORATION'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT**

Pursuant to Fed. R. Civ. P. 7.1 and Local Rule 3.3, and in accordance with the Court's Order of July 20, 2022 [Doc., 42], Defendant Grady Memorial Hospital Corporation provides the following information:

(1) The undersigned counsel of record for a party to this action certifies that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party:

Plaintiff

    Maura O'Neill

Defendants

    NYU Langone Medical Center

    New York-Presbyterian Queens

    Lenox Hill Hospital

    Grady Memorial Hospital Corporation d/b/a Grady Health System

    Mount Sinai Beth Israel

    Northside Hospital Forsyth

    College Park Police Department

Grady Memorial Hospital Corporation does not issue stock.

(2) The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

There are no other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interests which could be substantially affected by the outcome of this case.

(3) The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

Plaintiff Maura O'Neill is *pro se*

Defendant Grady Memorial Hospital Corporation is represented by:

>Jeffrey E. Tompkins
>Ebonie B. Simpkins
>Thomas Kennedy Sampson & Tompkins LLP

Defendant NYU Langone Medical Center is represented by:

>Michael R. Boorman
>Erika J. Harris
>Watson Spence LLP

Defendant New York-Presbyterian Queens is represented by:

>Parks K. Stone
>Wilson, Elser, Moskowitz, Edelman & Dicker, LLP

Defendant Lenox Hill Hospital is represented by:

>Brantley Cole Rowlen
>Steven Parker
>Lewis Brisbois Bisgaard & Smith LLP

*Signature Appears on Next Page*

Respectfully submitted,

THOMAS KENNEDY SAMPSON & TOMPKINS LLP

/s/ Jeffrey E. Tompkins
JEFFREY E. TOMPKINS
Georgia Bar No. 714608
EBONEI B. SIMPKINS
Georgia Bar No. 837066
Attorneys for Defendant
Grady Memorial Hospital Corporation

3355 Main Street
Atlanta, Georgia 30337
(404) 688-4503 Telephone
(404) 761-3224 Telecopier
j.tompkins@tkstlaw.com
e.simpson@tkstlaw.com

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| MAURA O'NEILL, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | |
| | * | |
| NYU LANGONE MEDICAL CENTER, | * | CIVIL ACTION NO. |
| NEW YORK PRESBYTERIAN QUEENES, | * | |
| LENOK HILL HOSPITAL, | * | 1:22-CV-0011-SEG |
| GRADY HEALTH SYSTEM, | * | |
| MOUNT SINAI BETH ISRALE, | * | |
| NORTHSIDE HOSPITAL FORSYTH, and | * | |
| COLLEGE PARK POLICE DEPARTMENT, | * | |
| | * | |
| Defendants. | * | |

**CERTIFICATE OF SERVICE**

This is to certify that on this 26th day of July, 2022, the undersigned electronically filed **Defendant Grady Memorial Hospital Corporation's Certificate of Interested Persons and Corporate Disclosure Statement** with the Clerk of Court using the CM/ECF system and served a copy of the foregoing upon Plaintiff by depositing a true and correct copy of same in the United States Mail with adequate postage affixed thereto, addressed as follows:

> Ms. Maura O'Neill
> 712 H Street, N.E.
> Apt. 1707
> Washington, D.C. 20002

Michael R. Boorman, Esquire
Erika J. Harris, Esquire
Watson Spence LLP
999 Peachtree Street, N.E.
Suite 1130
Atlanta, Georgia, 30309
mboorman@watsonspence.com
eharris@watsonspence.com

Parks K. Stone, Esquire
Wilson, Elser, Moskowitz, Edelman & Dicker, LLP
3348 Peachtree Road, N.E.
Suite 1400
Atlanta, Georgia 30326
parks.stone@wilsonelser.com

Brantley Cole Rowlen, Esquire
Chase Parker, Esquire
Lewis Brisbois Bisgaard & Smith LLP
24 Drayton Street, Suite 300
Savannah, Georgia 31401
brantley.rowlen@lbbslaw.com
chase.parker@lbbslaw.com

This 26th day of July, 2022.

/s/ Jeffrey E. Tompkins
JEFFREY E. TOMPKINS