AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of Georgia

| | |
|---|---|
| Maura O'Neill<br>*Plaintiff*<br>v.<br>NYU Langone Medical Center, New York-Presbyterian Queens, Lenox Hill Hospital, Grady Health System, Mount Sinai Beth Israel, Northside Hospital Forsyth, and College Park Police Department<br>*Defendants* | Case No. 1:22-CV-0011-SEG |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Beth Israel Medical Center, improperly named in the suit as Mount Sinai Beth Israel.

Date: 08/04/2022

/s/ *Tiffany R. Winks*
*Attorney's Signature*

Tiffany Winks #626413
*Printed Name and Bar Number*

191 Peachtree Street, N.E.
Suite 2900
Atlanta, GA 30303
*Address*

twinks@hallboothsmith.com
*E-mail Address*

(404) 954 - 6923
*Telephone Number*

## **CERTIFICATE OF SERVICE**

I hereby certify that I electronically file the foregoing with the Clerk of the Court using the CM/ECF system which will automatically send email notification of such filing to the following participants and serve a copy upon Plaintiff via U.S. Mail:

| Maura O'Neil<br>712 H Street, NE<br>Apt. 1707<br>Washington, DC 20002<br>*Pro Se Plaintiff* | Erika Janae Harris<br>Michael R. Boorman<br>**Watson Spence LLP**<br>999 Peachtree Street, N.E.<br>Suite 1130<br>Atlanta, GA 30309<br>eharris@watsonspence.com<br>mboorman@watsonspence.com<br>*Attorneys for NYU Langone Medical Center* | Parks Kalervo Stone<br>**Wilson Elser Moskowitz Edelman & Dicker**<br>3348 Peachtree Road NE Ste 1400<br>Atlanta, GA 30326<br>Parks.stone@wilsonelser.com<br>*Attorney for New York Presbyterian Queens* |
|---|---|---|
| Brantley Cole Rowlen<br>Steven Parker<br>**Lewis Brisbois Bisgard & Smith LLC**<br>24 Drayton Street Suite 300<br>Savannah, GA 31401<br>rowlen@lbbslaw.com<br>chase.parker@lewisbrisbois.com<br>*Attorneys for Lenox Hill Hospital* | | Jeffrey Emery Tompkins<br>**Thomas Kennedy Sampson & Tompkins, LLP**<br>3355 Main Street<br>Atlanta, GA 30337<br>j.tompkins@tkstlaw.com<br>*Attorney for Grady Health System* |

Respectfully submitted this 4th day of August, 2022.

3

                         **HALL BOOTH SMITH, P.C**.

                         */s/ Tiffany R. Winks*
                         Tiffany R. Winks
                         Georgia Bar No. 626413
                         *Attorney for Beth Israel Medical Center*

191 Peachtree Street, NE, Suite 2900
Atlanta, Georgia  30303
Phone:  (404) 954-5000
Fax:  (404) 954-5020
twinks@hallboothsmith.com

3