# EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MAURA O'NEILL, | ) |
| | ) |
| Plaintiff, | ) CIVIL ACTION NO. 1:22-cv-00011-SEG |
| | ) |
| vs. | ) |
| | ) |
| NYU LANGONE MEDICAL CENTER, NEW YORK-PRESBYTERIAN QUEENS, LENOX HILL HOSPITAL, GRADY HEALTH SYSTEM, MOUNT SINAI BETH ISRAEL, NORTHSIDE HOSPITAL FORSYTH, and COLLEGE PARK POLICE DEPARTMENT, | ) ) ) ) ) ) ) |
| | ) |
| Defendants. | ) |

## AFFIDAVIT OF CHERYL PRUITT

COMES NOW the undersigned, Cheryl Pruitt, who, after first being duly sworn, deposes and states as follows:

1.

My name is Cheryl Pruitt. I am over eighteen years of age, am suffering from no disabilities, physical or mental, and am competent to give this affidavit.

2.

I make this Affidavit based on my personal knowledge of the facts and events described herein. I understand that this Affidavit will be used in connection with the above-referenced case.

3.

I am employed as a secretary at Northside Hospital, Inc. in the administrative office at the Forsyth campus in Cumming, Georgia.

4.

I have reviewed the return of service attached as Exhibit "A" to this Affidavit. I have also reviewed the Summons attached as Exhibit "B".

5.

To the best of my recollection, I was never served with the Summons attached as Exhibit "B" as reflected in the return of service attached as Exhibit "A".

6.

I am an administrative employee of Northside Hospital, Inc. and, as such, I do not have and have never had authority to accept service of process on behalf of Northside Hospital, Inc.

7.

I would not, and have never, accepted service of any lawsuit on behalf of Northside Hospital, Inc.

8.

I am not an officer, director, or managing agent of Northside Hospital, Inc. As secretary, I do not have managerial or supervisory authority at Northside Hospital, Inc.

[SIGNATURE FOLLOWS ON NEXT PAGE]

2

**FURTHER AFFIANT SAYETH NOT.**

_____
Cheryl Pruitt

Sworn to and subscribed before me
this 02 day of August, 2022.

_____
NOTARY PUBLIC

My commission expires: January 31, 2023



EXHIBIT "A"

## AFFIDAVIT OF SERVICE

### UNITED STATES DISTRICT COURT
### NORTHERN District of Georgia

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

APR 15 2022

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

Case Number: 1:22-CV-0011

Plaintiff:
**MAURA O'NEILL**

vs.

Defendant:
**NYU LANGONE MEDICAL CENTER, et al**

For:
N/A

Received by ATLANTA PROCESS SERVERS on the 4th day of April, 2022 at 8:24 am to be served on **Northside hospital Forsyth, 200 Northside Forsyth drive, Cumming, GA 30041.**

I, Jason Garmon GA CPS #356, being duly sworn, depose and say that on the **4th day of April, 2022** at **8:47 am, I:**

served a **CORPORATION** by delivering a true copy of the **SUMMONS IN A CIVIL ACTION, COMPLAINT, CIVIL COVER SHEET.** with the date and hour of service endorsed thereon by me, to: **Cheryl Pruitt SECRETARY, ADMIN OFFICE** as **SECRETARY** for **Northside hospital Forsyth**, at the address of: **200 Northside Fosyth Drive, Cumming, GA 30041**, and informed said person of the contents therein, in compliance with state statutes.

**Additional Information pertaining to this Service:**
4/4/2022 8:36 am Cheryl Pruitt, Secretary Admin Office.

**Description of Person Served:** Age: 51-56, Sex: F, Race/Skin Color: CAUCASIAN, Height: 5'3-5'6, Weight: 175-180, Hair: AUBURN, Glasses: Y, Eyes: BROWN, Other: SECRETARY, ADMIN OFFICE

Subscribed and Sworn to before me on the 4th day of April, 2022 by the affiant who is personally known to me.

NOTARY PUBLIC

Jason Garmon GA CPS #356
Process Server

**ATLANTA PROCESS SERVERS**
**730 Peachtree Street Ne, # 570**
**ATLANTA, GA 30308**
**(678) 391-4770**

Our Job Serial Number: PTU-2022000159

Copyright © 1992-2022 Database Services, Inc. - Process Server's Toolbox V8.2l

EXHIBIT "B"

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Georgia

| | |
|---|---|
| MAURA O'NEILL | ) |
| | ) |
| | ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. 1:22-CV-0011 |
| NYU LANGONE MEDICAL CENTER, ETAL | ) |
| | ) |
| | ) |
| *Defendant(s)* | ) |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*
Northside Hospital Forsyth
200 Northside Forsyth Drive
Cumming, GA 30041

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Maura O'Neill
712 H Street, NE, #1707
Washington, DC 20002

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

KEVIN P. WEIMER

CLERK OF COURT

Date: APR 01 2022

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:22-CV-0011

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: