# EXHIBIT 2

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **MAURA O'NEILL,** | ) |
| | ) |
| **Plaintiff,** | ) CIVIL ACTION NO. 1:22-cv-00011-SEG |
| | ) |
| vs. | ) |
| | ) |
| NYU LANGONE MEDICAL CENTER, | ) |
| NEW YORK-PRESBYTERIAN | ) |
| QUEENS, LENOX HILL HOSPITAL, | ) |
| GRADY HEALTH SYSTEM, MOUNT | ) |
| SINAI BETH ISRAEL, NORTHSIDE | ) |
| HOSPITAL FORSYTH, and COLLEGE | ) |
| PARK POLICE DEPARTMENT, | ) |
| | ) |
| **Defendants.** | ) |

## AFFIDAVIT OF MADISON RADAKE

COMES NOW the undersigned, Madison Radake, who, after first being duly sworn, deposes and states as follows:

1.

My name is Madison Radake. I am over eighteen years of age, am suffering from no disabilities, physical or mental, and am competent to give this affidavit.

2.

I make this Affidavit based on my personal knowledge of the facts and events described herein. I understand that this Affidavit will be used in connection with the above-referenced case.

3.

I am an Executive Assistant employed by Northside Hospital, Inc.

4.

In my position of Executive Assistant at Northside Hospital, Inc., I have personal knowledge of and access to information regarding who is authorized to accept service on behalf of Northside Hospital, Inc. I also have personal knowledge of and access to information regarding employees, their job titles, and their job responsibilities.

5.

I am familiar with Cheryl Pruitt, who is employed by Northside Hospital, Inc. as a secretary in the administrative office of the campus located in Forsyth County, Georgia.

6.

Ms. Pruitt is not an officer, director, or managing agent of Northside Hospital, Inc., and has no managerial or supervisory authority at Northside Hospital, Inc.

7.

Ms. Pruitt cannot accept service of Plaintiff's Summons and Complaint and has never been authorized to accept service of legal process on behalf of Northside Hospital, Inc.

8.

Ms. Pruitt did not have authority to accept service of Plaintiff's Summons and Complaint and has never had authority to accept any service of legal process on behalf Northside Hospital, Inc.

9.

Northside Hospital, Inc. maintains a registered agent with the Georgia Secretary of State who is authorized to accept legal service of process on behalf of Northside Hospital, Inc.

10.

Northside Hospital, Inc. owns and operates hospitals at several locations, including the campus in Cumming, Forsyth County, Georgia. There is no entity with the legal name "Northside Hospital Forsyth".

**FURTHER AFFIANT SAYETH NOT.**

_____
Madison Radake

Sworn to and subscribed before me this 8th day of August, 2022.

_____
NOTARY PUBLIC

My commission expires: January 31, 2023

3