IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MAURA O'NEILL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No.: |
| v. ) | 1:22-CV-0011-SEG |
| ) | |
| NYU LANGONE MEDICAL ) | |
| CENTER, NEW YORK ) | |
| PRESBYTERIAN QUEENS, ) | |
| LENOX HILL HOSPITAL, GRADY ) | |
| HEALTH SYSTEM, MOUNT ) | |
| SINAI BETH ISRAEL, ) | |
| NORTHSIDE HOSPITAL ) | |
| FORSYTH, and COLLEGE PARK ) | |
| POLICE DEPARTMENT, ) | |
| ) | |
| Defendants. ) | |

### MOTION TO SET ASIDE CLERK'S ENTRY OF DEFAULT OF NORTHSIDE HOSPITAL, INC.

COMES NOW Northside Hospital, Inc., Defendant in the above-styled action, incorrectly identified as "Northside Hospital Forsyth," and files this motion to set aside the clerk's entry of default. In support thereof, Defendant relies on its memorandum of law supporting said motion along with all matters of record.

### LOCAL RULE 7.1(D) CERTIFICATION

I hereby certify that this document has been prepared in accordance with Local Rule 5.1(B) of the Northern District of Georgia.

Respectfully submitted this 9th day of August, 2022.

**SCRUDDER, BASS, QUILLIAN, HORLOCK, LAZARUS & ADELE LLP**

*/s/ Henry E. Scrudder, Jr.*
_____
Henry E. Scrudder, Jr.
Georgia Bar No.: 632825
Teddy L. Sutherland
Georgia Bar No.: 693189
Sophia Welf
Georgia Bar No.: 237556
*Attorneys for Defendant Northside Hospital, Inc.*

900 Circle 75 Parkway
Suite 850
Atlanta, Georgia 30339-3053
Telephone: (770) 612-9200
Facsimile: (770) 612-9201
hscrudder@scrudderbass.com
tsutherland@scrudderbass.com
swelf@scrudderbass.com

## CERTIFICATE OF SERVICE

I hereby certify that I have this day electronically filed the within and foregoing **MOTION TO SET ASIDE CLERK'S ENTRY OF DEFAULT OF NORTHSIDE HOSPITAL, INC.** using the CM/ECF system which will automatically send e-mail notification of such filing to the following attorneys of record:

Erika J. Harris
Watson Spence LLP
999 Peachtree St., NE
Suite 1130
Atlanta, GA  30309
*Attorney for Defendant NYU Langone Hospitals*

Parks K. Stone
Wilson, Elser, Moskowitz, Edelman & Dicker LLP
3348 Peachtree Rd., NE, Suite 1400
Atlanta, GA  30326
*Attorney for New York Presbyterian Hospital/Queens*

S. Chase Parker
Brantley C. Rowlen
Lewis Brisbois Bisgaard & Smith LLP
24 Drayton St., Suite 300
Savannah, GA  31401
*Attorneys for Lenox Hill Hospital*

3

Jeffrey E. Tompkins  
Candance J. Rodgers  
Ebonei B. Simpkins  
Thomas Kennedy Sampson & Tompkins, LLP  
3355 Main St.  
Atlanta, GA  30337  
***Attorneys for Grady Memorial Hospital***

and by placing a copy of same in the U.S. Mail, postage pre-paid, addressed as follows:

Maura O'Neill  
712 H Street, NE  
#1707  
Washington, DC  20002  
***Pro Se Plaintiff***

This 9th day of August, 2022.

*/s/ Henry E. Scrudder, Jr.*
_____
Henry E. Scrudder, Jr.