IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MAURA O'NEILL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No.: |
| v. ) | 1:22-CV-0011-SEG |
| ) | |
| NYU LANGONE MEDICAL ) | |
| CENTER, NEW YORK ) | |
| PRESBYTERIAN QUEENS, ) | |
| LENOX HILL HOSPITAL, GRADY ) | |
| HEALTH SYSTEM, MOUNT ) | |
| SINAI BETH ISRAEL, ) | |
| NORTHSIDE HOSPITAL ) | |
| FORSYTH, and COLLEGE PARK ) | |
| POLICE DEPARTMENT, ) | |
| ) | |
| Defendants. ) | |

**DEFENDANT NORTHSIDE HOSPITAL, INC.'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT[1]**

COMES NOW Defendant Northside Hospital, Inc. and files its disclosure statement pursuant to Federal Rule of Civil Procedure 7.1.

1. The undersigned counsel of record for a party to this action certifies that the following is a full and complete list of all parties in this action, including

---

[1] This is to certify that this document has been typed in Times New Roman 14-point font in accordance with Local Rule 5.1.

any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party:

**Plaintiff Maura O'Neill**

**Defendant NYU Langone Medical Center**

**Defendant New York Presbyterian Queens**

**Defendant Lenox Hill Hospital**

**Defendant Grady Health System**

**Defendant Mount Sinai Beth Israel**

**Defendant Northside Hospital, Inc.  Northside Health Services, Inc. is the parent corporation of Defendant Northside Hospital, Inc.  There is no publicly held corporation that owns 10% or more of the stock of Northside Hospital, Inc.**

**Defendant College Park Police Department**

2. The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

**None for Defendant Northside Hospital, Inc.**

3. The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

**For Defendant Northside Hospital, Inc.:**

Henry E. Scrudder, Jr.
Georgia Bar No.: 632825
Teddy L. Sutherland
Georgia Bar No.: 693189
Sophia K. Welf
Georgia Bar No.: 237556
Scrudder, Bass, Quillian, Horlock, Lazarus, & Adele, LLP
900 Circle 75 Parkway, Suite 850
Atlanta, Georgia 30339

Submitted this 9th day of August, 2022.

**SCRUDDER, BASS, QUILLIAN, HORLOCK, LAZARUS & ADELE LLP**

*/s/ Henry E. Scrudder, Jr.*
_____
Henry E. Scrudder, Jr.
Georgia Bar No.: 632825
Teddy L. Sutherland
Georgia Bar No.: 693189
Sophia Welf
Georgia Bar No.: 237556
*Attorneys for Defendant Northside Hospital, Inc.*

900 Circle 75 Parkway, Suite 850
Atlanta, Georgia 30339-3053
Telephone: (770) 612-9200
Facsimile: (770) 612-9201
hscrudder@scrudderbass.com
tsutherland@scrudderbass.com
swelf@scrudderbass.com

## CERTIFICATE OF SERVICE

I hereby certify that I have this day electronically filed the within and foregoing **DEFENDANT NORTHSIDE HOSPITAL, INC.'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT** using the CM/ECF system which will automatically send e-mail notification of such filing to the following attorneys of record:

Erika J. Harris
Watson Spence LLP
999 Peachtree St., NE
Suite 1130
Atlanta, GA  30309
*Attorney for Defendant NYU Langone Hospitals*

Parks K. Stone
Wilson, Elser, Moskowitz, Edelman & Dicker LLP
3348 Peachtree Rd., NE, Suite 1400
Atlanta, GA  30326
*Attorney for New York Presbyterian Hospital/Queens*

S. Chase Parker
Brantley C. Rowlen
Lewis Brisbois Bisgaard & Smith LLP
24 Drayton St., Suite 300
Savannah, GA  31401
*Attorneys for Lenox Hill Hospital*

Jeffrey E. Tompkins
Candance J. Rodgers
Ebonei B. Simpkins
Thomas Kennedy Sampson & Tompkins, LLP
3355 Main St.
Atlanta, GA  30337
***Attorneys for Grady Memorial Hospital***

and by placing a copy of same in the U.S. Mail, postage pre-paid, addressed as follows:

Maura O'Neill
712 H Street, NE
#1707
Washington, DC  20002
***Pro Se Plaintiff***

This 9th day of August, 2022.

*/s/ Henry E. Scrudder, Jr.*
_____
Henry E. Scrudder, Jr.