IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MAURA O'NEILL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No.: |
| v. ) | 1:22-CV-0011-SEG |
| ) | |
| NYU LANGONE MEDICAL ) | |
| CENTER, NEW YORK ) | |
| PRESBYTERIAN QUEENS, ) | |
| LENOX HILL HOSPITAL, GRADY ) | |
| HEALTH SYSTEM, MOUNT ) | |
| SINAI BETH ISRAEL, ) | |
| NORTHSIDE HOSPITAL ) | |
| FORSYTH, and COLLEGE PARK ) | |
| POLICE DEPARTMENT, ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF ENTRY OF APPEARANCE

Notice is hereby given that Teddy L. Sutherland of the law firm of Scrudder, Bass, Quillian, Horlock, Lazarus & Adele LLP hereby makes an entry of appearance in this case as additional counsel of record for Defendant Northside Hospital, Inc. The undersigned would respectfully request that the Clerk mark the following as additional counsel of record for this Defendant and requests that he be copied on all pleadings and correspondence in this matter. The Bar number, address and telephone number for Mr. Sutherland are as follows:

Teddy L. Sutherland, Esq.
Georgia Bar No. 693189
Scrudder, Bass, Quillian, Horlock, Lazarus & Adele LLP
900 Circle 75 Parkway
Suite 850
Atlanta, GA  30339-3512
Tel:  (770) 612-9200
Fax:  (770) 612-9201
Email: tsutherland@scrudderbass.com

This 10th day of August, 2022.

**SCRUDDER, BASS, QUILLIAN, HORLOCK, LAZARUS & ADELE LLP**

*/s/ Teddy L. Sutherland*

_____

Henry E. Scrudder, Jr.
Georgia Bar No.: 632825
Teddy L. Sutherland
Georgia Bar No.: 693189
Sophia Welf
Georgia Bar No.: 237556
*Attorneys for Defendant Northside Hospital, Inc.*

900 Circle 75 Parkway
Suite 850
Atlanta, Georgia 30339-3053
Telephone: (770) 612-9200
Facsimile: (770) 612-9201
hscrudder@scrudderbass.com
tsutherland@scrudderbass.com
swelf@scrudderbass.com

# **CERTIFICATE OF SERVICE**

I hereby certify that I have this day electronically filed the within and foregoing **NOTICE OF ENTRY OF APPEARANCE** using the CM/ECF system which will automatically send e-mail notification of such filing to the following attorneys of record:

Erika J. Harris
Watson Spence LLP
999 Peachtree St., NE
Suite 1130
Atlanta, GA  30309
*Attorney for Defendant NYU Langone Hospitals*

Parks K. Stone
Wilson, Elser, Moskowitz, Edelman & Dicker LLP
3348 Peachtree Rd., NE, Suite 1400
Atlanta, GA  30326
*Attorney for New York Presbyterian Hospital/Queens*

S. Chase Parker
Brantley C. Rowlen
Lewis Brisbois Bisgaard & Smith LLP
24 Drayton St., Suite 300
Savannah, GA  31401
*Attorneys for Lenox Hill Hospital*

Jeffrey E. Tompkins
Candance J. Rodgers
Ebonei B. Simpkins
Thomas Kennedy Sampson & Tompkins, LLP
3355 Main St.
Atlanta, GA  30337
*Attorneys for Grady Memorial Hospital*

and by placing a copy of same in the U.S. Mail, postage pre-paid, addressed as follows:

>Maura O'Neill
>712 H Street, NE
>#1707
>Washington, DC  20002
>***Pro Se Plaintiff***

This 10th day of August, 2022.

>*/s/ Teddy L. Sutherland*
>_____
>Teddy L. Sutherland