# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| MAURA O'NEILL,<br><br>    Plaintiff,<br><br>v.<br><br>MOUNT SINAI BETH ISRAEL et al.,<br><br>    Defendants. | NO.: 1:22-CV-00011-SEG |

## DEFENDANT MOUNT SINAI BETH ISRAEL'S
## MOTION SET ASIDE DEFAULT

In accordance with Federal Rule of Civil Procedure 55(c), Defendant Mount Sinai Beth Israel respectfully moves the Court to set aside the default entered against it. Doc. 42. Beth Israel is filing with this motion:

1. Mount Sinai Beth Israel's Brief in Support of Its Motion to Set Aside Default.

2. The Affidavit of Deborah Korzenik on Behalf of Mount Sinai Beth Israel.

3. Mount Sinai Beth Israel's Motion to Dismiss and Brief in Support (which Beth Israel requests the Court deem filed at the time the Court sets aside the default if it does).

Respectfully submitted on August 19, 2022.

      */s/   Austin Atkinson*
      Tiffany R. Winks
      Georgia Bar No. 626413
      Austin Atkinson
      Georgia Bar No. 935864
      HALL BOOTH SMITH, PC
      191 Peachtree St. NE
      Suite 2900
      Atlanta, GA 30303
      404-954-5000
      twinks@hallboothsmith.com
      aatkinson@hallboothsmith.com

## CERTIFICATE OF SERVICE

I hereby certify that I have filed a copy of the foregoing **MOUNT SINAI BETH ISRAEL'S MOTION TO SET ASIDE DEFAULT** on counsel of using the Court's ECF/CM E-file system and on Plaintiff via mail to the address Plaintiff has provided to the Court:

Maura O'Neill
712 H. Street, NE
No. 1707
Washington, DC 20002

Dated August 19, 2022.

                                          */s/   Austin Atkinson*
                                          Tiffany R. Winks
                                          Georgia Bar No. 626413
                                          Austin Atkinson
                                          Georgia Bar No. 935864
                                          HALL BOOTH SMITH, PC
                                          191 Peachtree St. NE
                                          Suite 2900
                                          Atlanta, GA 30303
                                          404-954-5000
                                          twinks@hallboothsmith.com
                                          aatkinson@hallboothsmith.com