IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MAURA O'NEILL,<br><br>    Plaintiff,<br><br>v.<br><br>MOUNT SINAI BETH ISRAEL et al.,<br><br>    Defendants. | No.: 1:22-CV-0011-SEG |

### AFFIDAVIT OF DEBORAH KORZENIK
### ON BEHALF OF MOUNT SINAI BETH ISRAEL

On behalf of Mount Sinai Beth Israel, Deborah Korzenik provides the following affidavit in this matter.

1. My name is Deborah Korzenik. I am employed as Senior Associate General Counsel for Mount Sinai Health System, a hospital system in New York. I am over the age of 18, am suffering no disabilities, and am competent to execute this affidavit.

2. I am authorized to testify on behalf of Mount Sinai Health System and Defendant Mount Sinai Beth Israel.

3. The facts contained in this Affidavit are based on either my personal knowledge or knowledge acquired as Senior Associate General Counsel, including knowledge obtained while investigating the facts surrounding service of process in this matter.

4. As Senior Associate General Counsel, I am a member of the Legal Department of the Mount Sinai Health System ("Mount Sinai Legal").

5. Mount Sinai Legal serves all hospitals in the Mount Sinai Health System, including Defendant Mount Sinai Beth Israel.

6. Mount Sinai Beth Israel is a hospital located in New York, New York. Mount Sinai Beth Israel is not registered to do business in Georgia, does not maintain a registered agent in Georgia, and does not regularly transact any business in Georgia.

7. Plaintiff served the summons in this case on Mount Sinai Beth Israel by leaving it with someone in the hospital's security office. According to the proof of service Plaintiff filed, she served the summons in this case on April 4, 2022 at Mount Sinai Beth Israel 281 First Avenue, New York, New York 10003, and the person in the security office who received the documents was Frite Fils-Aime

8. In accordance with the protocols Mount Sinai Beth Israel established because of the COVID-19 pandemic, the security office accepted the documents served and forwarded them to the Mount Sinai Beth Israel Office of Risk Management ("MSBI Risk").

9. On April 5, 2022, MSBI Risk emailed a copy of the summons and complaint to Mount Sinai Legal. The Mount Sinai Legal administrator then forwarded that email to me on April 11, 2022.

10. The email indicated that a MSBI Risk wanted to discuss the summons and complaint with Mount Sinai Legal.

11. I recall that, in response to the email from MSBI Risk, I called and left a message with MSBI Risk late in the day. I now know that the MSBI Risk employee who sent the email had either just begun paid time off ("PTO") at the time I called or began PTO soon thereafter. I was not aware of this at the time, and I do not recall hearing back from MSBI Risk.

12. MSBI Risk typically forwards summonses and complaints to the appropriate insurance carrier. I assumed that had occurred in this case and had no reason to think otherwise.

13. It turns out that MSBI Risk did not send the summons and complaint in this case to an insurance carrier. The MSBI Risk employee who emailed copies of the summons and complaint thought that Mount Sinai Legal was handling the matter, while Mount Sinai Legal was under the impression that MSBI Risk had sent the summons and complaint to the proper insurance carrier.

14. On July 21, 2022, I received notice that a default had been entered against Mount Sinai Beth Israel in this matter. This was the first time Mount Sinai Legal or MSBI Risk realized the Mount Sinai Beth Israel had not responded to Plaintiff's complaint because the summons and complaint had never been received by the appropriate insurance carrier, which would have assigned counsel.

15. Mount Sinai Beth Israel did not intentionally fail to respond to Plaintiff's complaint or otherwise disregard its responsibilities. And immediately after learning about the entry of default, Mount Sinai Beth Israel began preparing

to ask the Court to set aside the entry of default. Mount Sinai Beth Israel began investigating what led to this result, contacted the appropriate insurance carrier, and outside counsel was retained on August 3, 2022.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Date: August 19, 2022

By: _____
Deborah Korzenik
Senior Associate General Counsel
Mount Sinai Health System

STATE OF NEW YORK
COUNTY OF Suffolk

_____
Notary Public
This 19th day of August, 2022.

My commission expires:

August 15, 2026

McKinley Stacker IV
Notary Public - State of New York
No. 01ST6437910
Qualified in Suffolk County
My Commission Expires Aug. 15, 2026