FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

AUG 2 5 2022

KEVIN P. WEIMER, Clerk
By: _Kimberly Halohy_ Deputy Clerk

# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| **MAURA O'NEILL,** | **CIVIL ACTION FILE NO.** |
| Plaintiff, | **1:22-cv-00011-SEG** |
| v. | |
| **NYU LANGONE MEDICAL CENTER, NEW YORK-PRESBYTERIAN QUEENS, LENOX HILL HOSPITAL, GRADY HEALTH SYSTEM, MOUNT SINAI BETH ISRAEL, NORTHSIDE HOSPITAL FORSYTH, COLLEGE PARK POLICE DEPARTMENT,** | |
| Defendants. | |

## <u>NOTICE OF CHANGE OF ADDRESS</u>

**PLEASE TAKE NOTICE**, Plaintiff's mailing address has changed.

Plaintiff's new mailing address is:

Maura O'Neill
Plaintiff
601 King Street, Suite 200, #465
Alexandria, VA 22314

Dated:  Alexandria, VA
August 2, 2022

Respectfully submitted,

BY: *Maura O'Neill*

Maura O'Neill, Plaintiff
601 King Street, Suite 200, #465
Alexandria, VA 22314
moneill@rahillco.com

## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

**MAURA O'NEILL,**

       Plaintiff,

   v.

**NYU LANGONE MEDICAL CENTER, NEW YORK-PRESBYTERIAN QUEENS, LENOX HILL HOSPITAL, GRADY HEALTH SYSTEM, MOUNT SINAI BETH ISRAEL, NORTHSIDE HOSPITAL FORSYTH, COLLEGE PARK POLICE DEPARTMENT,**

      Defendants.

**CIVIL ACTION FILE NO.
1:22-cv-00011-SEG**

### LR 7.1(D) FONT COMPLIANCE CERTIFICATION

The undersigned certifies that the within and foregoing **CHANGE OF ADDRESS** was prepared using Times New Roman 14 point font in accordance with Local Rule 5.1 of the United States District Court for the Northern District of Georgia.

1

Dated:  Alexandria, VA
August 2, 2022

Respectfully submitted,

BY: _____
Maura O'Neill, Plaintiff
601 King Street, Suite 200-#465
Alexandra, VA 22314
moneill@rahillco.com

2

## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

MAURA O'NEILL,

        Plaintiff,

   v.

NYU LANGONE MEDICAL
CENTER, NEW YORK-
PRESBYTERIAN QUEENS,
LENOX HILL HOSPITAL, GRADY
HEALTH SYSTEM, MOUNT
SINAI BETH ISRAEL,
NORTHSIDE HOSPITAL
FORSYTH, COLLEGE PARK
POLICE DEPARTMENT,

        Defendants.

CIVIL ACTION FILE NO.
1:22-cv-00011-SEG

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that I have this day caused to be served a true and correct copy of the foregoing by emailing and mailing a copy of the foregoing to each Defendant at the following addresses:

3

**LEWIS BRISBOIS BISGAARD & SMITH LLP**
Brantley Rowlen, Esq.
Chase Parker, Esq.
24 Drayton Street, Suite 300
Savannah, GA 31401
Telephone: 912.525.4960
E-Mail:  rowlen@lbbslaw.com
E-Mail:  chase.parker@lewisbrisbois.com

**WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP**
Parks Kalervo Stone, Esq.
3348 Peachtree Road NE
Suite 1400
Atlanta, GA 30326
Telephone: 470.419.6651
E-Mail: parks.stone@wilsonelser.com

**WATSON SPENCE LLP**
Michael R. Boorman, Esq.
999 Peachtree Road, N.E.
Suite 1130
Atlanta, GA 30309
Telephone: 229.436.1545
E-Mail: mboorman@watsonspence.com

**THOMAS KENNEDY SAMPSON & TOMPKINS, LLP**
Jeffrey Emery Tompkins, Esq.
Candance J. Rodgers, Esq.
3355 Main Street
Atlanta, GA 30337
Telephone: 404.688.4503
E-Mail: j.tompkins@tkstlaw.com
E-Mail: c.rodgers@tkstlaw.com

4

Dated:  Alexandria, VA                    Respectfully submitted,
August 2, 2022

                                          BY: Maura O'Neil
                                          Maura O'Neill, Plaintiff
                                          601 King Street, Suite 200-#465
                                          Alexandra, VA 22314
                                          moneill@rahillco.com

5