FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

AUG 25 2022

KEVIN P. WEIMER, Clerk
By: Kimberly H. Deputy Clerk

### IN THE UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | |
|---|---|
| MAURA O'NEILL,<br><br>Plaintiff,<br><br>v.<br><br>NYU LANGONE MEDICAL CENTER, NEW YORK-PRESBYTERIAN QUEENS, LENOX HILL HOSPITAL, GRADY HEALTH SYSTEM, MOUNT SINAI BETH ISRAEL, NORTHSIDE HOSPITAL FORSYTH, COLLEGE PARK POLICE DEPARTMENT,<br><br>Defendants. | CIVIL ACTION FILE NO.<br>1:22-cv-00011-SEG |

## STIPULATION REGARDING SERVICE

**IT IS HEREBY STIPULATED AND AGREED** by and between Plaintiff Maura O'Neill ("Plaintiff") and the attorneys for the Defendant NYU Langone Medical Center ("Defendant") that, pursuant to Federal Rule of Civil Procedure 5(b)(2)(E), the parties agree to accept service by email for all papers in the above-captioned proceeding in lieu of service of hard copies by mail,

overnight delivery service, personal service, or any other form of service authorized by the Federal Rules of Civil Procedure and the Local Rules of the United States District Court for the Northern District of Georgia; and

**IT IS FURTHER STIPULATED AND AGREED** that email service toPlaintiff shall be made as follows:

> moneill@rahillco.com

**IT IS FURTHER STIPULATED AND AGREED** that email service to Defendant shall be made as follows:

> mboorman@watsonspence.com

> eharris@watsonspence.com; and

**IT IS FURTHER STIPULATED AND AGREED** that this Stipulation maybe filed without further notice to the Clerk of Court.

This 20th day of July, 2022.

Respectfully submitted,

**MAURA O'NEILL**

*Maura O'Neill*

Maura O'Neill
Plaintiff
712 H Street, NE, #1707
Washington, D.C. 20002
Phone: (754) 228-9105
E-Mail: moneill@rahillco.com


**WATSON SPENCE LLP**

s/Michael Boorman
Michael R. Boorman, Esq.
Georgia Bar No. 067798
999 Peachtree Road, N.E.
Suite 1130
Atlanta, GA 30309
Telephone: 229.436.1545
E-Mail: mboorman@watsonspence.com
E-Mail: eharris@watsonspence.com