## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| MAURA O'NEILL,<br><br>  Plaintiff,<br><br>v.<br><br>MOUNT SINAI BETH ISRAEL et al.,<br><br>  Defendants. | NO.: 1:22-CV-00011-SEG |

## CERTIFICATE OF SERVICE

1. On August 4, 2022, counsel for Beth Israel filed their entries of appearance. Docs. 47, 48. Beth Israel then filed its Motion to Set Aside Default on August 19, 2022. Doc. 55.

2. In accordance with Federal Rule of Civil Procedure 5(b)(2)(C), Beth Israel served these documents on Plaintiff by mailing them to Plaintiff's last-known address:

> 712 H. Street, NE,
> Apartment 1707,
> Washington, D.C. 20002

3. After Beth Israel filed and served these documents, Plaintiff filed a Notice of Change of Address. Doc. 56.

4. Counsel has now received notice that the entries of appearance were undeliverable and expect to receive a similar notice for Beth Israel's Motion to Set Aside Default.

5. To avoid any confusion, counsel has now mailed these documents to Plaintiff's new address.

6. Accordingly, counsel hereby certifies that, on August 31, 2022, counsel served file-stamped copies of the entries of appearance (Docs. 47, 48), file-stamped copies of Beth Israel's Motion to Set Aside Default and accompanying documents (Docs. 55, 55-1, 55-2, 55-3), and a copy of this filing on Plaintiff via mail at the address found in Plaintiff's Notice of Change of Address:

> 601 King Street
> Suite 200, #465
> Alexandria, VA 22314

*[Signature on following page.]*

Respectfully submitted on August 31, 2022.

                                                   */s/   Austin Atkinson*
                                                   Tiffany R. Winks
                                                   Georgia Bar No. 626413
                                                   Austin Atkinson
                                                   Georgia Bar No. 935864
                                                   HALL BOOTH SMITH, PC
                                                   191 Peachtree St. NE
                                                   Suite 2900
                                                   Atlanta, GA 30303
                                                   404-954-5000
                                                   twinks@hallboothsmith.com
                                                   aatkinson@hallboothsmith.com