## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| MAURA O'NEILL,<br><br>         Plaintiff,<br><br>v.<br><br>MOUNT SINAI BETH ISRAEL et al.,<br><br>         Defendants. | NO.: 1:22-CV-00011-SEG |

## DEFENDANT BETH ISRAEL'S
## CERTIFICATE OF INTERESTED PERSONS AND
## CORPORATE DISCLOSURE STATEMENT

In accordance with Federal Rule of Civil Procedure 7.1 and Local Rule 3.3, Defendant Beth Israel[1] respectfully provides this Certificate of Interested Persons and Corporate Disclosure Statement.

1.     The undersigned counsel of record for a party to this action certifies that the following is a full and complete list of all parties in this action,

---

[1] Plaintiff has named Mount Sinai Beth Israel, but the entity's correct name is Beth Israel Medical Center. This filing refers to this Defendant as Beth Israel. Beth Israel intends to move the Court to amend the style of the case.

including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party:

      a.     College Park Police Department, Defendant.

      b.     Grady Health System, Defendant.

      c.     Lenox Hill Hospital, Defendant.

      d.     Maura O'Neill, Plaintiff.

      e.     Beth Israel, Defendant.

      f.     Mount Sinai Hospitals Group, which is the parent company of Beth Israel.

      g.     New York-Presbyterian Queens, Defendant.

      h.     Northside Hospital Forsyth, Defendant.

      i.     NYU Langone Medical Center, Defendant.

2.     The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

      a.     Beth Israel is unaware of any such persons or entities.

3.     The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

a.  Austin Atkinson, Counsel for Beth Israel.

b.  Tiffany Winks, Counsel for Beth Israel.

c.  Brantley Cole Rowlen, Counsel for Lenox Hill Hospital.

d.  Erika Janae Harris, Counsel for NYU Langone Medical Center.

e.  Michael R. Boorman, Counsel for NYU Langone Medical Center.

f.  Henry E. Scrudder , Jr., Counsel for Northside Hospital Forsyth.

g.  Sophia Kathryn Welf, Counsel for Northside Hospital Forsyth.

h.  Jeffrey Emery Tompkins, Counsel for Grady Health System.

i.  Parks Kalervo Stone, Counsel for New York-Presbyterian Queens.

Respectfully submitted on September 8, 2022.

> */s/ Austin Atkinson*
> Tiffany R. Winks
> Georgia Bar No. 626413
> Austin Atkinson
> Georgia Bar No. 935864
> HALL BOOTH SMITH, PC
> 191 Peachtree St. NE
> Suite 2900
> Atlanta, GA 30303
> 404-954-5000
> twinks@hallboothsmith.com
> aatkinson@hallboothsmith.com

## CERTIFICATE OF SERVICE

I hereby certify that I have filed a copy of the foregoing **BETH ISRAEL'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT** on counsel of using the Court's ECF/CM E-file system and on Plaintiff via mail to the address Plaintiff has provided to the Court:

Maura O'Neill
601 King Street
Suite 200, #465
Alexandria, VA 22314

Dated September 8, 2022.

*/s/ Austin Atkinson*
Tiffany R. Winks
Georgia Bar No. 626413
Austin Atkinson
Georgia Bar No. 935864
HALL BOOTH SMITH, PC
191 Peachtree St. NE
Suite 2900
Atlanta, GA 30303
404-954-5000
twinks@hallboothsmith.com
aatkinson@hallboothsmith.com

Certificate of Service