UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MAURA O'NEILL,<br><br>    Plaintiff,<br><br>v.<br><br>NYU LANGONE MEDICAL CENTER, NEW YORK-PRESBYTERIAN QUEEENS, LENOX HILL HOSPITAL, GRADY HEALTH SYSTEM, MOUNT SINAI BETH ISRAEL, NORTHSIDE HOSPITAL FORSYTH, and COLLEGE PARK POLICE DEPARTMENT,<br><br>    Defendants. | CIVIL ACTION NO.<br>1:22-CV-0011-SEG |

**O R D E R**

This case is currently before the Court on Plaintiff Maura O'Neill's motion for an extension of time to respond to the Defendants' respective motions to dismiss. (Doc. 60.) O'Neill states that she has good cause for not filing her responses by the August 8, 2022, deadline in the Court's order of July 20, 2022. (Doc. 42.) Specifically, she asserts that she never received a copy of the Court's order. (Doc. 60 at 2.) A review of the docket shows that the Court's order was returned to the Clerk's Office as undeliverable on

August 5, 2022. (Doc. 49.) The Court also notes that O'Neill has since filed a notice of change of address. (Doc. 56.)

For good cause shown, the Court GRANTS O'Neill's request for an extension of time to file her responses to Defendants' pending motions to dismiss. The responses shall be due by October 11, 2022. Because this extension is more than twice the normal 14-day response time allowed under the rules, the Court does not find it necessary to stagger the deadlines for each individual response as O'Neill requests. She may file her responses as soon as they are ready, so long as they are filed on or before October 11, 2022.

In her motion (Doc. 60), O'Neill further states that "[a]ccording to Rule 15, [she] has the right to submit an Amended Complaint by September 2, 2022." (Doc. 60 at 5.) She asks the Court to extend this deadline as well. Federal Rule of Civil Procedure 15(a) states:

> (a)   AMENDMENTS BEFORE TRIAL.
> (1) *Amending as a Matter of Course.* A party may amend its pleading once as a matter of course within:
>   (A) 21 days after serving it, or
>   (B) if the pleading is one to which a responsive pleading is required, 21 days after service of a responsive pleading or 21 days after service of a motion under Rule 12(b), (e), or (f), whichever is earlier.

O'Neill's complaint was filed on January 4, 2022. (Doc. 1.) Four motions to dismiss were filed on April 21, 2022, and April 25, 2022, respectively. (Doc.

16, 20, 23, 24.)  Another motion to dismiss was filed on August 9, 2022, by Northside Hospital Forsyth. (Doc. 50.)[1]  Thus, O'Neill's deadline to amend her complaint as a matter of course under Rule 15 has long since expired.  O'Neill has not explained why she wants to file an amended complaint or what it would allege, and even states that "filing an Amended Complaint will be a waste of time for both plaintiff and Defendants at this juncture" of the case. (Doc. 60 at 5.)  If O'Neill wishes to amend the complaint, she may seek either Defendants' consent or this Court's leave, as explained in Federal Rule of Civil Procedure 15(a)(2).  The Court therefore DENIES her request to extend the time to file an amended complaint under Rule 15(a)(1).

For the foregoing reasons, O'Neill's motion for an extension of time is GRANTED IN PART AND DENIED IN PART.  (Doc. 60.)  O'Neill shall have until October 11, 2022, to file her responses to the pending motions to dismiss.  Her request to extend the time to file an amended complaint as a matter of course under Rule 15 is DENIED.

---

[1] Northside Hospital Forsyth has moved to set aside the Clerk's entry of default. (Doc. 51.)  That motion is still pending.

3

**SO ORDERED** this 9th day of September, 2022.

_____
SARAH E. GERAGHTY
United States District Judge