

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MAURA O'NEILL,<br><br>   Plaintiff,<br><br>v.<br><br>NYU LANGONE MEDICAL CENTER, NEW YORK-PRESBYTERIAN QUEENS, LENOX HILL HOSPITAL, GRADY HEALTH SYSTEM, MOUNT SINAI BETH ISRAEL, NORTHSIDE HOSPITAL FORSYTH, COLLEGE PARK POLICE DEPARTMENT,<br><br>   Defendants. | CIVIL ACTION FILE NO.<br>1:22-cv-00011-SEG |

## STIPULATION REGARDING SERVICE

**IT IS HEREBY STIPULATED AND AGREED** by and between Plaintiff Maura O'Neill ("Plaintiff") and the attorneys for the Defendant Mount Sinai Beth Israel ("Defendant") that, pursuant to Federal Rule of Civil Procedure 5(b)(2)(E), the parties agree to accept service by email for all papers in the above-captioned proceeding in lieu of service of hard copies by mail, overnight

1

delivery service, personal service, or any other form of service authorized by the Federal Rules of Civil Procedure and the Local Rules of the United States District Court for the Northern District of Georgia; and

**IT IS FURTHER STIPULATED AND AGREED** that email service to Plaintiff shall be made as follows:

> moneill@rahillco.com

**IT IS FURTHER STIPULATED AND AGREED** that email service to Defendant shall be made as follows:

> twinks@hallboothsmith.com
> aatkinson@hallboothsmith.com; and

**IT IS FURTHER STIPULATED AND AGREED** that this Stipulation maybe filed without further notice to the Clerk of Court.

This 2nd day of September, 2022.

Respectfully submitted,

**MAURA O'NEILL**

*Maura O'Neill*
Maura O'Neill
Plaintiff
601 King Street, Suite 200-#465
Alexandria, VA 22314
Phone: (754) 228-9105
E-Mail: moneill@rahillco.com


**HALL BOOTH SMITH, PC**

s/ Tiffany R. Winks
Tiffany R. Winks
Georgia Bar No. 626413
Austin Atkinson
Georgia Bar No. 935864
191 Peachtree St. NE
Suite 2900
Atlanta, GA 30303
404-954-5000
twinks@hallboothsmith.com
aatkinson@hallboothsmith.com