IN THE UNITED STATES DISTRICT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MAURA O'NEILL,<br><br>　　Plaintiff,<br><br>v.<br><br>NYU LANGONE MEDICAL CENTER,<br>NEW YORK PRESBYTERIAN QUEENS,<br>LENOX HILL HOSPITAL,<br>GRADY HELATH SYSTEM,<br>MOUNT SINAI BETH ISREAL,<br>NORTHSIDE HOSPITAL FORSYTH, and<br>COLLEGE PARK POLICE DEPARTMENT,<br><br>　　Defendants. | CIVIL ACTION FILE<br>1:22-CV-00011-SEG |

## **RESPONSE TO MOTION TO COMPEL**

COME NOW, Defendant New York Presbyterian Queens, by and through the undersigned counsel, and hereby states that it joins and adopts the arguments made by the other Defendants in opposition to Plaintiff's motion to compel (Doc. 58). Specifically – and simply put – the discovery period in this case is not open. (See Defendants' Responses, at Docs. 61, 63, 64, and 65).

Defendant therefore respectfully requests that the Court deny Plaintiff's motion to compel.

*(Signature of Counsel on following page)*

1

272625080v.1

Respectfully submitted, this 20th day of September, 2022.

                                          **WILSON, ELSER, MOSKOWITZ,
EDELMAN AND DICKER, LLP**

| | |
|---|---|
| 3348 Peachtree Rd. NE | */s/ Parks K. Stone* |
| Suite 1400 | Parks K. Stone |
| Atlanta, GA 30326 | Georgia Bar No. 547930 |
| Telephone:(470) 419-6650 | *Attorneys for Defendant* |
| Fascimile: (470) 419-6651 | *New York-Presbyterian Hospital* |
| parks.stone@wilsonelser.com | *Queens* |

## **CERTIFICATE OF SERVICE**

I hereby certify that on this date the foregoing **Response to Motion to Compel** was filed with the Clerk of Court using the CM/ECF filing system, which will automatically serve all counsel of record as follows:

|  |  |
|---|---|
| Michael R. Boorman, Esquire | Brantley Cole Rowlen, Esquire |
| Erika J. Harris, Esquire | Chase Parker, Esquire |
| Watson Spence LLP | Lewis Brisbois Bisgaard & Smith LLP |
| 999 Peachtree Street, N.E. | 24 Drayton Street, Suite 300 |
| Suite 1130 | Savannah, Georgia 31401 |
| Atlanta, Georgia, 30309 | brantley.rowlen@lbbslaw.com |
| mboorman@watsonspence.com | chase.parker@lbbslaw.com |
| eharris@watsonspence.com |  |

And via Regular Mail to the following:

Ms. Maura O'Neill
601 King Street, Suite 200, #465
Alexandria, Virginia 22314

Dated: September 20, 2022

*/s/ Parks K. Stone*
Parks K. Stone
GA Bar No. 547930