IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MAURA O'NEILL,<br><br>    Plaintiff,<br><br>v.<br><br>MOUNT SINAI BETH ISRAEL et al.,<br><br>    Defendants. | NO.: 1:22-CV-0011-SEG |

**DEFENDANT BETH ISRAEL'S NOTICE OF
ITS INTENT TO REPLY IN SUPPORT OF ITS
MOTION TO SET ASIDE AS NECESSARY**

**RELEVANT BACKGROUND**

1. Plaintiff filed this lawsuit in January 2022 naming, among others, Defendant Beth Israel.[1] Doc. 1.

2. The Court directed the Clerk to enter a default against Beth Israel July 20, 2022. Doc. 42. And on August 19, 2022, Beth Israel moved to set aside the entry of default. Doc. 55.

---

[1] Plaintiff named Mount Sinai Beth Israel. This entity's formal name is Beth Israel Medical Center, and to avoid confusion, this filing refers to the hospital as Beth Israel. Counsel for Beth Israel intends to move the Court to correct the style of the case.

1

3. Plaintiff's response to Beth Israel's motion to set aside was thus due September 2, 2022. LR 7.1(B), NDGa. Although Plaintiff responded to Defendant Northside Hospital, Inc.'s motion to set aside (Docs. 51, 59), Plaintiff has not filed a response to Beth Israel's motion.

4. On September 7, 2022, to be sure, Plaintiff *emailed* a copy of a document Plaintiff referred to as a response to Beth Israel's motion to set aside to counsel of record and to the Court. Plaintiff, however, has not filed that document.

## RELIEF REQUESTED

5. Because no response to Beth Israel's motion has been docketed, Beth Israel has not filed a reply in support of its motion. *See Revere v. Harvey*, No. 1:06-CV-2485-CAP-RGV, 2009 WL 10688928, at *1 (N.D. Ga. May 4, 2009) ("[T]he cited exhibits were not properly filed and therefore not considered by the court."); *Clay v. Dep't of the Navy*, No. 3:17-CV-777-J-34JRK, 2018 WL 1704468, at *2 (M.D. Fla. Apr. 9, 2018) ("The Court reviews and considers only those matters properly filed on the Court docket.").

6. To the extent Plaintiff later files a response or the Court considers the emailed document, however, Beth Israel respectfully requests an opportunity to file a reply before the Court rules on its motion.

Respectfully submitted on September 21, 2022.

                                                       */s/  Austin Atkinson*  
                                                      Tiffany R. Winks  
                                                      Georgia Bar No. 626413  
                                                      Austin Atkinson  
                                                      Georgia Bar No. 935864  
                                                      HALL BOOTH SMITH, PC  
                                                      191 Peachtree St. NE  
                                                      Suite 2900  
                                                      Atlanta, GA 30303  
                                                      404-954-5000  
                                                      twinks@hallboothsmith.com  
                                                      aatkinson@hallboothsmith.com

## LOCAL RULE 7.1(D) CERTIFICATE OF COMPLIANCE

Counsel for Beth Israel certifies that this filing is prepared with one of the font and point selections approved by the Court in Local Rule 5.1(B).

Dated September 21, 2022.

*/s/ Austin Atkinson*
Tiffany R. Winks
Georgia Bar No. 626413
Austin Atkinson
Georgia Bar No. 935864
HALL BOOTH SMITH, PC
191 Peachtree St. NE
Suite 2900
Atlanta, GA 30303
404-954-5000
twinks@hallboothsmith.com
aatkinson@hallboothsmith.com

## CERTIFICATE OF SERVICE

I hereby certify that I have filed a copy of the foregoing on counsel of using the Court's ECF/CM E-file system and on Plaintiff via mail and email as follows:

> Maura O'Neill
> 601 King Street
> Suite 200, #465
> Alexandria, VA 22314
> moneill@rahillco.com

Dated September 21, 2022.

>  /s/   Austin Atkinson
> Tiffany R. Winks
> Georgia Bar No. 626413
> Austin Atkinson
> Georgia Bar No. 935864
> HALL BOOTH SMITH, PC
> 191 Peachtree St. NE
> Suite 2900
> Atlanta, GA 30303
> 404-954-5000
> twinks@hallboothsmith.com
> aatkinson@hallboothsmith.com