# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MAURA O'NEILL,<br><br>    Plaintiff,<br><br>v.<br><br>NYU LANGONE MEDICAL CENTER, NEW YORK-PRESBYTERIAN QUEENS, LENOX HILL HOSPITAL, GRADY HEALTH SYSTEM, MOUNT SINAI BETH ISRAEL, NORTHSIDE HOSPITAL FORSYTH, COLLEGE PARK POLICE DEPARTMENT,<br><br>    Defendants. | CIVIL ACTION FILE NO.<br>1:22-cv-00011-SEG |

## AFFIDAVIT OF JASON GARMON

**COMES NOW** the undersigned, Jason Garmon, who, after first being duly sworn, deposes and states as follows:

1. My name is Jason Garmon. I am over eighteen years of age. I am not a party to the above captioned action. I do not suffer from any disabilities, physical or mental, and am competent to give this affidavit.

1

2. I am a certified process server. I passed the state of Georgia's examination to be a process server (GA CPS #365), and know the statutes, rules, and regulations governing service of process in the state of Georgia.

3. On April 4, 2022, a few minutes past 8:30 A.M., I arrived at Northside Hospital in Forsyth County ("Northside Hospital").

4. After arriving at Northside Hospital, I informed Cheryl Pruitt, a secretary at Northside Hospital, of the contents of the package I needed to serve on Northside Hospital, including the SUMMONS IN A CIVIL ACTION, COMPLAINT, and CIVIL COVER SHEET for the above captioned matter.

5. Ms. Pruitt informed me she was authorized to accept service of process on behalf of Northside Hospital, and had authority to accept the SUMMONS IN A CIVIL ACTION, COMPLAINT, and CIVIL COVER SHEET for the above captioned action.

6. In compliance with state statutes, I left the SUMMONS IN A CIVIL ACTION, COMPLAINT, and CIVIL COVER SHEET with Ms. Pruitt and properly served process to initiate this action.

2

7. If subpoenaed, I will testify at a hearing that Ms. Pruitt informed me she was authorized to accept service of process for the above captioned action on behalf of Northside Hospital.

Dated: Atlanta, GA
August 24, 2022

Respectfully submitted,

BY: *Jason Garmon*
Jason Garmon, GA CPS #356
Process Server
ATLANTA PROCESS SERVERS
730 Peachtree Street NE, #570
Atlanta, GA 30308
(678) 391-4770

Sworn to before me this
24th day of August, 2022

*Daylien Garmon*
Notary Public

3