IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MAURA O'NEILL,<br><br>Plaintiff,<br>v.<br><br>NYU LANGONE HOSPITALS, NEW YORK- PRESBYTERIAN QUEENS, LENOX HILL HOSPITAL, GRADY MEMORIAL HOSPITAL CORPORATION, BETH ISRAEL MEDICL CENTER, NORTHSIDE HOSPITAL, INC., COLLEGE PARK POLICE DEPARTMENT,<br><br>Defendants. | CIVIL ACTION FILE NO.<br>1:22-cv-00011-SEG |

## ORDER

Upon the motion of Plaintiff, Maura O'Neill, and for good cause shown, it is hereby:

**ORDERED** that Plaintiff will have until October 18, 2022 to submit opposing papers to the Motions to Dismiss filed by Northside Hospital, Inc. and New York-Presbyterian Queens.

Date: October 7, 2022

*Sarah E. Geraghty* (signature)
SARAH GERAGHTY
United States District Judge