IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MAURA O'NEILL,<br><br>    Plaintiff,<br><br>v.<br><br>MOUNT SINAI BETH ISRAEL et al.,<br><br>    Defendants. | NO.: 1:22-CV-0011-SEG |

MOTION FOR CLARIFICATION

RELEVANT BACKGROUND

1. Plaintiff is proceeding pro se in this litigation. She does not have access to the Court's CM/ECF system and therefore must mail her filings to the clerk's office for docketing. *See* Fed. R. Civ. P. 5(d)(2); Doc. 25 at 10–11.

2. Under Federal Rule of Civil Procedure 5(b), counsel for Defendants were initially required to serve Plaintiff by mail. At Plaintiff's request, though, Defendant Beth Israel[1] (among others) stipulated to electronic service under

---

[1] Plaintiff named Mount Sinai Beth Israel. This entity's formal name is Beth Israel Medical Center, and to avoid confusion, this filing refers to hospital as Beth Israel. Counsel for Beth Israel intends to move the Court to correct the style of the case.

1

Rule 5(b)(2)(E). Doc. 68. Since then, Plaintiff has sought to serve Defendants with all potential filings via email.

3.  This has unfortunately caused some confusion. For example, Beth Israel filed its motion to set aside on August 19, 2022. Doc. 55. And on September 7, Plaintiff emailed to the Court and defense counsel a document titled "Memorandum of Law in Opposition to Set Aside Default Judgment." That document, though, had not been docketed 14 days later.

4.  So Beth Israel filed a notice explaining that it intended to file a reply brief if Plaintiff ultimately filed her response brief. Doc. 72. Then, on October 3, the clerk's office docketed Plaintiff's response brief. Doc. 74. That document, however, is stamped as filed on September 26. *Id.*

5.  Plaintiff has now filed her response to Beth Israel's notice. Doc. 75. In that filing, Plaintiff says she mailed her response to Beth Israel's motion to set aside on September 7, though she acknowledges that document must not have reached the clerk's office. *Id.* at 2, 5.

6.  And after Plaintiff received Beth Israel's notice, according to her response, Plaintiff attempted to have someone personally deliver her response to Beth Israel's motion to set aside to the clerk's office. *Id.* at 5. But Plaintiff sent that person to the Court's Gainesville courthouse, which may explain the six-day lag in docketing. *Id.*

7. Still, Plaintiff suggests Beth Israel's deadline to reply in support of its motion to set aside began to run on September 7. *Id.* at 6. And she contends Defendants' deadlines always run from the date Plaintiff emails any proposed filing. *Id.*

**RELIEF REQUESTED**

8. As an initial matter, Beth Israel requests that the Court set its deadline to file a reply brief in support of its motion to set aside as October 17, 2022, which is 14 days after the clerk docketed Plaintiff's response.

9. Because this issue will likely arise again, moreover, Beth Israel requests that the Court issue an order clarifying all future response deadlines. Beth Israel respectfully proposes that, going forward, the deadline for any Defendant to respond to any filing from Plaintiff run from the date of docketing. And to avoid any confusion or issues with this plan, Beth Israel proposes that defense counsel list and certify the date of docketing in each such response.

10. Counsel for Beth Israel is authorized to note that counsel for all other Defendants agree to this request.

Respectfully submitted on October 7, 2022.

      */s/  Austin Atkinson*
      Tiffany R. Winks
      Georgia Bar No. 626413
      Austin Atkinson
      Georgia Bar No. 935864
      HALL BOOTH SMITH, PC
      191 Peachtree St. NE
      Suite 2900
      Atlanta, GA 30303
      404-954-5000
      twinks@hallboothsmith.com
      aatkinson@hallboothsmith.com

## LOCAL RULE 7.1(D) CERTIFICATE OF COMPLIANCE

Counsel for Beth Israel certifies that this filing is prepared with one of the font and point selections approved by the Court in Local Rule 5.1(B).

Dated October 7, 2022.

/s/  Austin Atkinson
Tiffany R. Winks
Georgia Bar No. 626413
Austin Atkinson
Georgia Bar No. 935864
HALL BOOTH SMITH, PC
191 Peachtree St. NE
Suite 2900
Atlanta, GA 30303
404-954-5000
twinks@hallboothsmith.com
aatkinson@hallboothsmith.com

## CERTIFICATE OF SERVICE

I hereby certify that I have filed a copy of the foregoing on counsel of using the Court's ECF/CM E-file system and on Plaintiff via email:

> Maura O'Neill
> 601 King Street
> Suite 200, #465
> Alexandria, VA 22314
> moneill@rahillco.com

Dated October 7, 2022.

>  /s/   *Austin Atkinson*
> Tiffany R. Winks
> Georgia Bar No. 626413
> Austin Atkinson
> Georgia Bar No. 935864
> HALL BOOTH SMITH, PC
> 191 Peachtree St. NE
> Suite 2900
> Atlanta, GA 30303
> 404-954-5000
> twinks@hallboothsmith.com
> aatkinson@hallboothsmith.com