## NOTICE OF LEAVE OF ABSENCE

| | |
|---|---|
| TO: | All Judges, Clerks of Court and Counsel of Record |
| FROM: | Jeffrey E. Tompkins |
| RE: | Notice of Leave of Absence |
| DATE: | October 10, 2022 |

COMES NOW Jeffrey E. Tompkins and respectfully notifies all judges before whom he has cases pending, all affected clerks of court, and all opposing counsel, that he will be on leave pursuant to Georgia Uniform Court Rule 16.

1. The periods of leave during which time applicant will be away from the practice of law is as follows: November 28-30, 2022; December 22-23, 2022; January 3-6 and 9-10, 2023; March 6-15, 2023; and April 20-25, 2023.

2. The purpose of this leave is vacation.

3. All affected judges and opposing counsel shall have ten days from the date of this Notice to object to it. If no objections are filed, the leave shall be granted without entry of an order.

Respectfully submitted this 10th day of October 2022.

THOMAS KENNEDY SAMPSON & TOMPKINS LLP

*/s/ Jeffrey E. Tompkins*
JEFFREY E. TOMPKINS
Georgia Bar No. 714608

3355 Main Street
Atlanta, Georgia 30337
Telephone: (404) 688-4503
j.tompkins@tkstlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that I have this date served a copy of the foregoing **NOTICE OF LEAVE OF ABSENCE** upon all judges, clerks and opposing counsel listed on the attached Exhibit "A" by filing same with the Court's Odyssey eFileGA filing system, which will deliver electronic notification of same.

This 10th day of October 2022.

        THOMAS KENNEDY SAMPSON & TOMPKINS LLP

        */s/ Jeffrey E. Tompkins*
        JEFFREY E. TOMPKINS
        Georgia Bar No. 714608

3355 Main Street
Atlanta, Georgia 30337
Telephone: (404) 688-4503
Facsimile: (404)
j.tompkins@tkstlaw.com

# EXHIBIT "A"

## *State Court of Fulton County, Georgia*

| Case Style | Judge Presiding | Counsel |
|---|---|---|
| *Mynika Brown, and on behalf of minor child, Ma'Kiyah Page v. Georgia Power Company*<br>State Court of Fulton County, Georgia<br>Civil Action File No. 22EV004665 | Hon. Jay M. Roth | Summit S. Tucker, Esq.<br>Law Office of W. Calvin Smith, II P.C.<br>3560 Lenox Road, Ste. 3020<br>Atlanta, Georgia 30326 |
| *Curonda Armstrong v. BellSouth Telecommunications, LLC, The Southern Company, Georgia Power Company, XYZ Corporations, and John Does 1-3*<br>State Court of Fulton County, Georgia<br>Civil Action File No. 22EV003689 | Hon. Diane E. Bessen | Alexander D. Perwich III, Esq.<br>Cambre & Associates, LLC<br>2310 Parklake Drive, N.E, Ste. 300<br>Atlanta, Georgia 30345<br><br>John L. McKinley, Jr., Esq.<br>Taylor G. Martin, Esq.<br>Mozley, Finlayson & Loggins LLP<br>1050 Crown Point Parkway, Ste. 1500<br>Atlanta, Georgia 30338-7704 |
| *Andre Health v. BellSouth Telecommunications, LLC, The Southern Company, Georgia Power Company, XYZ Corporations, and John Does 1-3*<br>State Court of Fulton County, Georgia<br>Civil Action File No. 22EV003682 | Hon. Wesley B. Tailor | Alexander D. Perwich III, Esq.<br>Cambre & Associates, LLC<br>2310 Parklake Drive, N.E, Ste. 300<br>Atlanta, Georgia 30345<br><br>John L. McKinley, Jr., Esq.<br>Taylor G. Martin, Esq.<br>Mozley, Finlayson & Loggins LLP<br>1050 Crown Point Parkway, Ste. 1500<br>Atlanta, Georgia 30338-7704 |
| *Francois Lodde v. Georgia Power Company et al.*<br>State Court of Fulton County, Georgia<br>Civil Action File No. 20EV003598 | Hon. John R. Mather | Peter J. Ross, Esq.<br>Jeffrey A. Burmeister, Esq.<br>Peter E. Bennion, Esq.<br>Ross & Pines, LLC<br>5555 Glenridge Connector, Ste. 435<br>Atlanta, Georgia 30342<br><br>James E. Dearing, Jr. Esq.<br>James E. Dearing, Jr., P.C.<br>1596 W. Cleveland Avenue, Ste. 102<br>East Point, Georgia 30344 |
| *Brand Licensing Team v. The Coca-Cola Company and Coca-Cola Limited*<br>State Court of Fulton County, Georgia<br>Civil Action File No. 20EV007578 | Hon. Fred C. Eady | William J. Piercy, Esq.<br>Berman Fink Van Horn P.C.<br>3475 Piedmont Road, N.E., Ste. 1640<br>Atlanta, Georgia 30305 |

| | | |
|---|---|---|
| *Garrett Jacobs v. Atlanta Beltline, Inc. et al.*<br>State Court of Fulton County, Georgia<br>Civil Action File No. 20EV001320 | Hon. Jay M. Roth | Thomas Kenney, Esq.<br>John A. Medina, Esq.<br>Kenney & Medina, P.C.<br>593 Mail Street<br>Swanee, Georgia 30024<br><br>Allison M. McDonald, Esq.<br>Law Office of T. Tamara Gauldin<br>1050 Crown Pointe Parkway, Ste. 550A<br>Atlanta, Georgia 30338<br><br>Brad C. Parrott, Esq.<br>Vicki Bass Holzer, Esq.<br>Claire Williamson, Esq.<br>Hudson Lambert Parrott Walker, LLC<br>3575 Piedmont Road, NE<br>15 Piedmont Center, Ste. 850<br>Atlanta, Georgia 30305<br><br>Staci J. Miller, Esq.<br>City of Atlanta, - Dept. of Law<br>55 Trinity Avenue, Ste. 5000<br>Atlanta, Georgia 30303<br><br>Reginald Snyder, Esq.<br>Taylor English Duma LLP<br>1600 Parkwood Circle, Ste. 200<br>Atlanta, Georgia 30339<br><br>Stephanie Glickauf, Esq.<br>Goodman McGuffey LLP<br>3340 Peachtree Road NE, Ste. 2100<br>Atlanta, Georgia 30326-1084 |
| *State Farm Mutual Automobile Insurance Co. as Subrogee of Elizabeth Altman v. Georgia Power Company*<br>State Court of Fulton County, Georgia<br>Civil Action File No. 21EV003342 | Hon. Eric Richardson | Keshia N. Townsend, Esq.<br>Boutwell & Associates LLC<br>2280 Satellite Blvd, Bldg. B<br>Duluth, Georgia 30097 |
| *Tijuwana Jackson v. Grady Memorial Hospital Corporation*<br>State Court of Fulton County, Georgia<br>Civil Action File No. 20EV000133 | Hon. Wesley B. Tailor | William S. Stone, Esq.<br>James W. Stone, Esq.<br>The Stone Law Group Trial Lawyers, LLC<br>5229 Roswell Road NE<br>Atlanta, Georgia 30342 |

| | | |
|---|---|---|
| *Anthony Kingston and Marinda Kingston v. The Southeast Permanente Medical Group, Inc. et al*<br>*State Court of Fulton County, Georgia*<br>*Civil Action File No. 19EV006906* | Hon. Diane E. Bessen | Robin Frazer Clark, Esquire<br>Robin Frazer Clark, P.C.<br>2300 Centennial Tower<br>101 Marietta Street, NW<br>Atlanta, Georgia 30303<br><br>R. Page Powell, Esquire<br>Vicki M. McGinty, Esq.<br>Huff, Powell & Bailey, LLC<br>999 Peachtree Street, Ste. 950<br>Atlanta, Georgia 30309 |
| *Kimberly Cannon and Allen Cannon v. Kaiser Foundation Health Plan of Georgia, Inc., et al*<br>*State Court of Fulton County, Georgia*<br>*Civil Action File No. 20EV004579* | Hon. Susan E. Edlein | W. Bryant Green, III<br>Law Office of W. Bryant Green, III, P.C.<br>303 Peachtree Street, NE, Ste. 4100<br>Atlanta, Georgia 30308 |

### *State Court of Dekalb County, Georgia*

| *Case Style* | *Judge Presiding* | *Counsel* |
|---|---|---|
| *LM General Insurance Company a/s/o Zachary D. Glover v. Christopher A. Pearson v. Georgia Power Company*<br>*State Court of DeKalb County, Georgia*<br>*Civil Action File No. 21A05505* | Hon. Johnny Panos | J. David Stuart, Esq.<br>1825 Barrett Lakes Blvd., Ste. 500<br>Kennesaw, Georgia 30144 |
| *Lisa K. Vines, as Surviving Spouse and Next Kin of John C. Vines, deceased, and Lisa K. Vines, as Administrator of the Estate of John C. Vines, deceased vs. Emory Healthcare, Inc., et al*<br>*State Court of DeKalb County, Georgia*<br>*Civil Action File No. 20A81389* | Hon. Alvin T. Wong | Lindsey S. Macon, Esq.<br>McArthur Law Firm<br>1201 Peachtree Street, N.E., Ste 2000<br>Atlanta, Georgia 30361 |
| *Marion Simon and Passionay Carter, Individually, and as the Natural Parents of Kamya Simon a minor v. Children's Healthcare of Atlanta, Inc. d/b/a Hughes Spalding Hospital, et al*<br>*State Court of DeKalb County, Georgia*<br>*Civil Action File No. 21A02208* | Hon. Ana Maria Martinez | R. Page Powell, Jr. Esq.<br>Julye Johns Bailey, Esq.<br>Vicki McGinity, Esq.<br>Huff Powell & Bailey, LLC<br>999 Peachtree Street, Ste 950<br>Atlanta, Georgia 30339 |

## *Superior Court of Fulton County, Georgia*

| *Case Style* | *Judge Presiding* | *Counsel* |
|---|---|---|
| *Johnesia L. Cofield v. Metropolitan Atlanta Rapid Transit Authority a/k/a MARTA and Chauncy Lee Daniels*<br>*Superior Court of Fulton County, Georgia*<br>*Civil Action File No. 2022cv360608* | *Hon. Rachel Krause* | *Michael A. Mills, Esq.*<br>*1349 West Peachtree Street*<br>*Two Midtown Plaza, Ste. 1995*<br>*Atlanta, Georgia 30309*<br><br>*Michael E. Pierce*<br>*Pierce Chaman Skrabanek Bruera, PLLC*<br>*3701 Kirby Drive, Ste. 760*<br>*Houston, TX 77098* |
| *Alisha Clopton, Individually and as Surviving Spouse and next of kin of Zachariah Hunnicutt v. Metropolitan Transit Authority a/k/a MARTA and Chauncey Lee Daniels*<br>*Superior Court of Fulton County, Georgia*<br>*Civil Action File No. 2022cv360751* | *Hon. Rachel Krause* | *Michael A. Mills, Esq.*<br>*1349 West Peachtree Street*<br>*Two Midtown Plaza, Ste. 1995*<br>*Atlanta, Georgia 30309*<br><br>*Michael E. Pierce*<br>*Pierce Chaman Skrabanek Bruera, PLLC*<br>*3701 Kirby Drive, Ste. 760*<br>*Houston, TX 77098* |
| *Ernest Butler v. Metropolitan Atlanta Rapid Transit Authority a/k/a MARAT*<br>*Superior Court of Fulton County, Georgia*<br>*Civil Action File No. 2017cv293221* | *Hon. Rachel Krause* | *Michael Smith, Esq.*<br>*Mark R. Johnson, Esq.*<br>*Daniel Beer, Esq.*<br>*Nicole Bigman, Esq.*<br>*Sinton Scott Minock & Kerew*<br>*3438 Peachtree Road, Ste. 925*<br>*Atlanta, Georgia 30326* |
| *Mohamed Diallo and Dienabou Balde, Spouse of Mohamed Diallo and as Personal Representative v. Grady Memorial Hospital Corporation, Sahar Taghvaei, M.D., and John Does 1-3* | | *James E. Dearing, Jr.*<br>*James E. Dearing, P.C.*<br>*1596 W. Cleveland Avenue*<br>*Suite 102*<br>*East Point, Georgia 30344* |

## *Superior Court of Henry County, Georgia*

| *Case Style* | *Judge Presiding* | *Counsel* |
|---|---|---|
| *Marques Holloman and Felicia Holloman v. Georgia Power Company*<br>*Superior Cout of Henry County, Georgia*<br>*Civil Action File No. SUCV2022000721* | *Hon. Danielle Roberts* | *Katrina L. Williams*<br>*The Williams Watson Law Firm, LLC*<br>*265 South Culver*<br>*Lawrenceville, Georgia 30046* |

## *United States District Court for the Northern District of Georgia*

| *Case Style* | *Judge Presiding* | *Counsel* |
|---|---|---|
| *Eryk Radical v. City of Atlanta, et al.* United States District Court for the Northern District of Georgia Civil Action File No. 1: 19-cv-04530-TCB | Hon. Victoria M. Calver | Jay D. Ellwanger, Esq. David W. Henderson, Esq. Esha Rajendran, Esq. Ellwanger Law LLP 8310-1 N. Capital of Texas Hwy., Ste 190 Austin, TX 78731<br><br>Reginald Martin, Esq. Shirnelle Council, Esq. City of Atlanta, Law Department 55 Trinity Avenue, Ste 5000 Atlanta, Georgia 30303 |
| *Maura O'Neill v. NYU Langone Hospitals, et al.* United Staes District Court for the Northern District of Georgia Civil Action File No. 1:22-cv-00011-SEG | Hon. Sarah E. Geraghty | Erika Janae Harris, Esquire Watson Spence LLP 999 Peachtree Street, Ste. 1130 Atlanta, Georgia 30309<br><br>Michael R. Boorman, Esquire Watson Spence LLP 999 Peachtree Street, N.E., Ste. 1130 Atlanta, Georgia 30309<br><br>Henry E. Scrudder, Jr., Esquire Teddy L. Sutherland, Esquire Sophia Welf, Esquire Scrudder, Bass, Quillian, Horlock, Lazarus & Adele LLP 900 Circle 75 Parkway, Ste. 850 Atlanta, Georgia 30339-3053<br><br>Tiffany R. Winks, Esquire Austin Aaron Atkinson, Esquire Hall Booth Smith, P.C. 191 Peachtree St. NE, Ste. 2900 Atlanta, Georgia 30303<br><br>Brantley Cole Rowlen, Esquire Steven Parker, Esquire Lewis Brisbois Bisgaard & Smith LLP 600 Peachtree Street, NE, Ste. 4700 Atlanta, Georgia 30308 |

|  |  | Parks Kalervo Stone, Esq. Wilson Elser Moskowitz Edelman & Dicker 3348 Peachtree Road NE, Ste. 1400 Atlanta, Georgia 30326 |
|---|---|---|
| *Shanita D. Swanson, Natural Mother and Administrator of the Estate of Anthony J. Mitchell v. Fulton County, Georgia, et al* United States District Court for the Northern District of Georgia Civil Action File No. 1:21-cv-00996-AT | Hon. Amy Totenberg | Michael D. Harper, Esquire Michael D. Harper, P.C. 3481 Lakeside Dr. NE, Ste. 2406 Atlanta, Georgia 30326 |
| *Linda Robinson v. Macy's Systems and Technology, Inc.* United States District Court for the Northern District of Georgia Civil Action File No. 1:22-cv-00164 | Hon. Regina D. Cannon | Evan Drew, Esquire The Kirby G. Smith Law Firm, LLC 4488 North Shallowford Road, Ste. 105 Atlanta, Georgia 30338 |
| *Carolyn Wright v. Macy's Retail Holdings* United States District Court for the Northern District of Georgia Civil Action File No. 1:21-cv-3339-SCJ-AJB | Hon. Steve C. Jones | Ms. Carolyn Wright P. O. Box 1941 Lithonia, Georgia 30058 |

## *Superior Court of Rockdale County, Georgia*

| *Carl Simpson v. Georgia Power Company, et al.* State Court of Rockdale County, Georgia Civil Action File No. 2022-SV-1375 | Hon. Jane Morrison | Ben C. Brodhead, Esq. Brodhead Law, LLC 3350 Riverwood Parkway, Ste. 2230 Atlanta, Georgia 30339 |
|---|---|---|

## *Superior Court of DeKalb County, Georgia*

| **Case Style** | **Judge Presiding** | **Counsel** |
|---|---|---|
| *Joseph Gargiulo v. Georgia Power Company* Superior Court of DeKalb County, Georgia Civil Action File No. 20-CV-5798 | Hon. Mark Anthony Scott | Ann R. Schildhammer, Esq. Taylor English Duma LLP 1600 Parkwood Circle, Ste. 200 Atlanta, Georgia 30339 |

## *Superior Court of Gwinnett County, Georgia*

| Case Style | Judge Presiding | Counsel |
|---|---|---|
| *Tommie Lewis, III v. Home Depot U.S.A., Inc.*<br>*Superior Court of Gwinnett County, Georgia*<br>*Civil Action File No. 21-A-07169-4* | *Hon. Tamela L. Adkins* | *Curtis J. Dickinson, Esq.*<br>*The Dickinson Law Firm, LLC*<br>*1198 Buckhead Crossing, Ste. F*<br>*Woodstock, Georgia 30189* |