IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MAURA O'NEILL,<br><br>        Plaintiff,<br><br>v.<br><br>NYU LANGONE HOSPITALS, NEW YORK- PRESBYTERIAN HOSPITAL QUEENS, LENOX HILL HOSPITAL, GRADY MEMORIAL HOSPITAL CORPORATION, MOUNT SINAI BETH ISRAEL, NORTHSIDE HOSPITAL, INC., COLLEGE PARK POLICE DEPARTMENT,<br><br>        Defendants. | CIVIL ACTION FILE NO.:<br>1:22-cv-00011-SEG |

## ORDER

Upon the motion of Plaintiff, Maura O'Neill, and for good cause shown, it is hereby:

**ORDERED** that Grady Memorial Hospital Corporation ("Grady") and Northside Hospital, Inc. ("Northside") will comply with O.C.G.A. §§ 31-33-1, 31-33-2, O.C.G.A. § 24-12-1 and provide O'Neill with:

- Any and all information [Defendant] used to make decisions about O'Neill's healthcare that is not included in the medical record. If [Defendant] does not have any additional records, data, or information

that [Defendant] used to make decisions about Maura O'Neill that are not included in Maura O'Neill's medical records from her visit(s) to [Defendant] in 2018, then [Defendant] will provide a simple plain language statement showing it does not have any additional records, data or information that [Defendant] used to make decisions about O'Neill.
- [Defendant] will state if it [has / does not have], and [has had since (date) / has never had], a medical release form, Power of Attorney, or other authorization on file that would allow any person or entity to speak to any person at [Defendant] about Maura O'Neill or receive any information about Maura O'Neill's medical records or have access to information about Maura O'Neill's medical care.
- Produce a list of names of all individuals and entities [Defendant] spoke to about O'Neill's health.
- Provide detailed statement of all information procured from any third party about O'Neill's health.
- Provide documentation showing whether [Defendant] [did/did not] have [an authorization] to speak with law enforcement about O'Neill.

**ORDERED** that Grady and Northside will provide O'Neill with plain language responses to requests for information that directly and completely respond to requests for information or plain language letters stating the rationale for withholding protected health information.

Date: _____

_____
United States District Judge

28

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MAURA O'NEILL,<br><br>    Plaintiff,<br>v.<br><br>NYU LANGONE HOSPITALS, NEW YORK- PRESBYTERIAN HOSPITAL QUEENS, LENOX HILL HOSPITAL, GRADY MEMORIAL HOSPITAL CORPORATION, MOUNT SINAI BETH ISRAEL, NORTHSIDE HOSPITAL, INC., COLLEGE PARK POLICE DEPARTMENT,<br><br>    Defendants. | CIVIL ACTION FILE NO.:<br>1:22-cv-00011-SEG |

## ORDER

Upon the motion of Plaintiff, Maura O'Neill, and for good cause shown, it is hereby:

**ORDERED** that a hearing will be set on _____ at _____. The hearing will be held at _____.

**ORDERED** that _____ will appear at the hearing to be held on _____.

29

Date: _____

_____
United States District Judge