## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

**MAURA O'NEILL,**

Plaintiff,

v.

**NYU LANGONE HOSPITALS,
NEW YORK- PRESBYTERIAN
QUEENS, LENOX HILL
HOSPITAL, GRADY MEMORIAL
HOSPITAL CORPORATION,
BETH ISRAEL MEDICL CENTER,
NORTHSIDE HOSPITAL, INC.,
COLLEGE PARK POLICE
DEPARTMENT,**

Defendants.

**CIVIL ACTION FILE NO.
1:22-cv-00011-SEG**

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

**OCT 1 1 2022**

KEVIN P WEIMER, Clerk
By: *Kimberly H* Deputy Clerk

Entered as dismissed pursuant to
Rule 41(a)(1)(i)(ii), F.R.C.P.
KEVIN P. WEIMER, Clerk
By: ___s/ A. Edwards___
Deputy Clerk
Date: ___10/13/2022___



## NOTICE OF VOLUNTARY DISMISSAL UNDER RULE 41(a)(1)(A)(i)

**COMES NOW** Plaintiff, Maura O'Neill, and, pursuant to Rule

41(a)(1)(A)(i) of the *Federal Rules of Civil Procedure*, hereby provides this Notice

of Voluntary Dismissal of her claims originally filed against Defendant "Lenox

Hill Hospital." Defendant Lenox Hill Hosptial has not served an answer or motion

for summary judgment in this action. This Notice of Voluntary Dismissal is not

intended to dismiss or have any other effect on Plaintiff's claims or causes of action asserted against any other Defendant in the above-styled action, and Plaintiff expressly intends for all such claims to remain pending.

In accordance with *Fed.R.Civ.P.* R. 41(a)(1)(B), this voluntary dismissal of Plaintiff's claims and causes of action against "Lenox Hill Hospital," is made **without prejudice**.

Dated:  Atlanta, GA
October 11, 2022

Respectfully submitted,


BY: *Maura O'Neill*
Maura O'Neill, Plaintiff
601 King Street, Suite 200-#465
Alexandria, VA 22314
moneill@rahillco.com

## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| **MAURA O'NEILL,**<br><br>        Plaintiff,<br>    v.<br><br>**NYU LANGONE HOSPITALS, NEW YORK- PRESBYTERIAN QUEENS, LENOX HILL HOSPITAL, GRADY MEMORIAL HOSPITAL CORPORATION, BETH ISRAEL MEDICL CENTER, NORTHSIDE HOSPITAL, INC., COLLEGE PARK POLICE DEPARTMENT,**<br><br>        Defendants. | **CIVIL ACTION FILE NO. 1:22-cv-00011-SEG** |

## LR 7.1(D) FONT COMPLIANCE CERTIFICATION

The undersigned certifies that the within and foregoing **NOTICE OF WITHDRAWAL** was prepared using Times New Roman 14 point font in accordance with Local Rule 5.1 of the United States District Court for the Northern District of Georgia.

Dated:  Atlanta, GA
October 11, 2022

Respectfully submitted,

BY: *Maura O'Neill*

Maura O'Neill, Plaintiff
601 King Street, Suite 200-#465
Alexandria, VA 22314
moneill@rahillco.com

## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| **MAURA O'NEILL,**<br><br>            Plaintiff,<br>      v.<br><br>**NYU LANGONE HOSPITALS, NEW YORK- PRESBYTERIAN QUEENS, LENOX HILL HOSPITAL, GRADY MEMORIAL HOSPITAL CORPORATION, BETH ISRAEL MEDICL CENTER, NORTHSIDE HOSPITAL, INC., COLLEGE PARK POLICE DEPARTMENT,**<br><br>            Defendants. | **CIVIL ACTION FILE NO. 1:22-cv-00011-SEG** |

## CERTIFICATE OF SERVICE

   **I HEREBY CERTIFY** that I have this day caused to be served a true and correct copy of the foregoing by emailing and mailing a copy of the foregoing to each Defendant at the following addresses:

**LEWIS BRISBOIS BISGAARD & SMITH LLP**
Brantley Rowlen, Esq.
Chase Parker, Esq.
24 Drayton Street, Suite 300
Savannah, GA 31401
Telephone: 912.525.4960
E-Mail:  rowlen@lbbslaw.com
E-Mail:  chase.parker@lewisbrisbois.com

**WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP**
Parks Kalervo Stone, Esq.
3348 Peachtree Road NE
Suite 1400
Atlanta, GA 30326
Telephone: 470.419.6651
E-Mail: parks.stone@wilsonelser.com

**WATSON SPENCE LLP**
Michael R. Boorman, Esq.
999 Peachtree Road, N.E.
Suite 1130
Atlanta, GA 30309
Telephone: 229.436.1545
E-Mail: mboorman@watsonspence.com

**THOMAS KENNEDY SAMPSON & TOMPKINS, LLP**
Jeffrey Emery Tompkins, Esq.
Candance J. Rodgers, Esq.
3355 Main Street
Atlanta, GA 30337
Telephone: 404.688.4503
E-Mail: j.tompkins@tkstlaw.com
E-Mail: c.rodgers@tkstlaw.com

**SCRUDDER, BASS, QUILLIAN, HORLOCK,**
**LAZARUS & ADELE LLP**
Henry E. Scrudder, Jr.
Teddy L. Sutherland
Sophia Welf
900 Circle 75 Parkway
Suite 850
Atlanta, Georgia 30339-3053
Telephone: (770) 612-9200
Facsimile: (770) 612-9201
hscrudder@scrudderbass.com
tsutherland@scrudderbass.com
swelf@scrudderbass.com

**HALL BOOTH SMITH, PC**
Tiffany R. Winks
Georgia Bar No. 626413
Austin Atkinson
Georgia Bar No. 935864
191 Peachtree St. NE
Suite 2900
Atlanta, GA 30303
404-954-5000
twinks@hallboothsmith.com
aatkinson@hallboothsmith.com

in accordance with Rule 5(b)(2)(E).

Dated:  Atanta, GA                    Respectfully submitted,
October 11, 2022


                                      BY: _Maura O'Neill_____
                                      Maura O'Neill, Plaintiff
                                      601 King Street, Suite 200-#465
                                      Alexandria, VA 22314
                                      moneill@rahillco.com