IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MAURA O'NEILL,<br><br>    Plaintiff,<br><br>v.<br><br>MOUNT SINAI BETH ISRAEL et al.,<br><br>    Defendants. | NO.: 1:22-CV-00011-SEG |

**MOUNT SINAI BETH ISRAEL'S RESPONSE IN OPPOSITION TO PLAINTIFF'S REQUEST FOR HEARING AND SUBPOENA**

## SUMMARY OF THE ISSUES

Defendant Beth Israel[1] has moved the Court to open the default entered against it for several reasons, which are detailed in Beth Israel's brief on the issue. Doc. 55-1. Plaintiff has responded in opposition, and she now asks the

---

[1] Plaintiff named Mount Sinai Beth Israel. This entity's formal name is Beth Israel Medical Center, and to avoid confusion, this filing refers to the hospital as Beth Israel. Counsel for Beth Israel intends to move the Court to correct the style of the case.

Court to hold an evidentiary hearing on the Beth Israel's motion.[2] Docs. 74, 79. Plaintiff, in short, takes issue with the affidavit Beth Israel attached to its motion to set aside. Doc. 79 at 6–9. Plaintiff raised the same arguments in her response in opposition to setting aside the entry of default. Doc. 74 at 8–11. She claims, for example, that the affiant (Deborah Korzenik) did not adequately explain why Beth Israel failed to timely appear. Doc. 79 at 6–9; *see, e.g.*, Doc. 74 at 8–9.

## ARGUMENT

Plaintiff now asks the Court to hold an evidentiary hearing on Beth Israel's motion and Korzenik's affidavit. Doc. 79 at 12–13. The Court should deny Plaintiff's request.[3]

As an initial matter, Federal Rule of Civil Procedure 43—which Plaintiff relies on—allows a court to consider affidavits or "oral testimony" when a "motion relies on facts outside the record." Fed. R. Civ. P. 43(c). And Beth Israel has, in fact, asked the Court to consider such an affidavit in evaluating its

---

[2] Plaintiff also seeks to subpoena the individual who served Plaintiff's complaint on Defendant Northside Hospital. Doc. 79 at 13. That request is not relevant to Beth Israel.

[3] Beth Israel respectfully incorporates and adopts the arguments raised in Northside Hospital's response explaining why a hearing is not warranted. Doc. 94 at 3–8.

motion to set aside the entry of default. Doc. 55-2. Rule 43, however, does not mandate evidentiary hearings. *See* Fed. R. Civ. P. 43(c).

And the Court need not hold one here. Plaintiff, as noted, claims Korzenik's explanation is insufficient to justify setting aside the entry of default. *See* Doc. 79 at 8–9. To be sure, Plaintiff is free to oppose Beth Israel's motion for this reason, and she has done so. Doc. 74 at 8–11. Plaintiff's opposition to that motion, however, does not entitle her to an evidentiary hearing. *Taylor Grp., Inc. v. Indus. Distributors Int'l Co.*, 859 F. App'x 439, 446 (11th Cir. 2021) ("A district court may resolve a motion without live testimony."). Indeed, the reason Beth Israel did not timely appear is not dispositive of whether the Court should grant its motion because Beth Israel need not show excusable neglect to succeed. *See* Doc. 84 at 2–3 (explaining in more detail that the excusable-neglect standard does not apply to motions to set aside entries of default).

## CONCLUSION

The Court should deny Plaintiff's request for an evidentiary hearing.

Respectfully submitted on October 20, 2022.

*/s/  Austin Atkinson*
Tiffany R. Winks
Georgia Bar No. 626413
Austin Atkinson
Georgia Bar No. 935864
HALL BOOTH SMITH, PC
191 Peachtree St. NE
Suite 2900
Atlanta, GA 30303
404-954-5000
twinks@hallboothsmith.com
aatkinson@hallboothsmith.com

## CERTIFICATE OF SERVICE

I hereby certify that I have filed a copy of the foregoing **MOUNT SINAI BETH ISRAEL'S RESPONSE IN OPPOSITION TO PLAINTIFF'S REQUEST FOR HEARING AND SUBPOENA** using the Court's CM/ECF system, which will serve counsel of record, and that I served the same on Plaintiff via email at moneill@rahillco.com.

Dated October 20, 2022.

> /s/   Austin Atkinson
> Tiffany R. Winks
> Georgia Bar No. 626413
> Austin Atkinson
> Georgia Bar No. 935864
> HALL BOOTH SMITH, PC
> 191 Peachtree St. NE
> Suite 2900
> Atlanta, GA 30303
> 404-954-5000
> twinks@hallboothsmith.com
> aatkinson@hallboothsmith.com