IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| Maura O'Neill, | ) |
| | ) |
| Plaintiff, | ) Case No. 1:22-cv-0011(SEG) |
| | ) |
| v. | ) |
| | ) |
| NYU Langone Medical Center, | ) |
| New York-Presbyterian Queens, | ) |
| Lenox Hill Hospital, | ) |
| Grady Health System, | ) |
| Mount Sinai Beth Israel, | ) |
| Northside Hospital Forsyth, | ) |
| College Park Police Department | ) |
| | ) |
| Defendants. | ) |

### DEFENDANT NEW YORK-PRESBYTERIAN HOSPITAL/QUEENS' MOTION TO STRIKE THE AMENDED COMPLAINT

Defendant New York-Presbyterian Hospital/Queens (s/h/a New York-Presbyterian Queens) moves to strike Plaintiff's amended complaint (Doc. 69) from the docket in this case because it was unauthorized and filed without leave of Court.

### Background

According to the Complaint, Defendant New York-Presbyterian Hospital Queens ("NYPQ") is a hospital in New York City that rendered emergency room care to *pro se* plaintiff Maura O'Neill ("Plaintiff"). It is Plaintiff's claim that the visit was precipitated by her having been raped by a known (and repeat) perpetrator,

1

Mr. Christopher Wilder. Plaintiff alleges that in handling her visit, care and records, NYPQ conspired with Mr. Wilder and others to aid and abet ongoing sex trafficking by Mr. Wilder. Plaintiff's complaint sounds in RICO violations as well as common law fraud. NYPQ made a timely pre-answer motion to dismiss (Doc. 23) and that motion is still pending.

Plaintiff previously requested that the Court extend her time to file an amended complaint as of right. (Doc. 60). By this Court's Order dated September 9, 2022 (Doc. 67), that request was denied. By this time, however, Plaintiff had provided the defendants with her proposed amended complaint by email, and on September 12, 2022, Plaintiff's amended complaint (after apparently having been mailed to the clerk's office) was docketed. (Doc. 69). It remains on this Court's docket to this day.

Plaintiff's amended complaint having been filed without right or leave of court, it is respectfully requested that this Court strike it from the docket or dismiss it, pursuant to Federal Rule of Civil Procedure 15(a).

## The Relevant Facts

Plaintiff filed her original complaint on January 4, 2022. (Doc. 10). NYPQ moved to dismiss on April 25, 2022. (Doc. 23). Plaintiff requested that this Court

extend her time to file an amended complaint as of right under Rule 15. (Doc. 60). That request was denied by this Court on September 12, 2022. (Doc. 67).

Plaintiff's amended complaint – apparently having been mailed to the clerk's office in the meantime – was uploaded to the Court's docket by the clerk's office on September 9, 2022. (Doc. 69). It should be stricken from the docket.

### Argument

Federal Rule 15(a) provides that for amendments to pleadings before trial, "[a] party may amend its pleading once as a matter of course within … (A) 21 days after serving it, or (B) if the pleading is one to which a responsive pleading is required, 21 days after service of a responsive pleading or 21 days after service of a motion under Rule 12(b), (e), or (f), whichever is earlier." For "[o]ther amendments" "a party may amend its pleading only with the opposing party's written consent or the court's leave."

Here, Plaintiff's amended complaint is unauthorized and should be stricken from the docket. The plaintiff's original complaint was served in April and NYPQ's motion to dismiss was served in the same month. Obviously, more than 21 days have elapsed since then. And, this Court has denied Plaintiff's request to extend the time to amend the Complaint. (Doc. 67).

This Court's September 9, 2022 order states plainly that Plaintiff may not file an amended complaint at this juncture. (Doc. 67). Consequently, Plaintiff had neither right nor leave to file her amended complaint (Doc. 69), and it should be stricken from this Court's docket.

Respectfully submitted this 1st day of November, 2022.

**WILSON ELSER MOSKOWITZ EDELMAN & DICKER, LLP**

3348 Peachtree Road, N.E.
Suite 1400
Atlanta, GA 30326
Main: (470) 419-6650
Fax: (470) 419-6651
parks.stone@wilsonelser.com

*/s/ Parks K. Stone*
Parks K. Stone
Georgia Bar No. 547930
*Attorney for New York-Presbyterian Hospital/Queens*

## **CERTIFICATE OF SERVICE**

I hereby certify that I served this filing on all defendants by counsel through the PACER electronic CM/ECF filing system and by USPS first class mail and email to Plaintiff *pro se* to the following:

> Maura O'Neill
> Plaintiff, pro se
> 601 King Street
> Alexandria, VA 22314
> moneill@rahillco.com

Dated: November 1, 2022.

> */s/ Parks K. Stone*
> Parks K. Stone
> GA Bar No. 547930

5