IN THE UNITED STATES DISTRICT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MAURA O'NEILL,<br><br>    Plaintiff,<br><br>v.<br><br>NYU LANGONE MEDICAL CENTER,<br>NEW YORK PRESBYTERIAN QUEENS,<br>LENOX HILL HOSPITAL,<br>GRADY HELATH SYSTEM,<br>MOUNT SINAI BETH ISREAL,<br>NORTHSIDE HOSPITAL FORSYTH, and<br>COLLEGE PARK POLICE DEPARTMENT,<br><br>    Defendants. | CIVIL ACTION FILE<br>1:22-CV-00011-SEG |

## RESPONSE TO PLAINTIFF'S MOTION FOR INJUNCTION

COME NOW, Defendant New York Presbyterian Queens, by and through the undersigned counsel, and hereby states that it joins, incorporates, and adopts the arguments made by the other Defendants in opposition to Plaintiff's "emergency motion for permanent injunction" (Doc. 103). Specifically, Plaintiff's motion should be denied because (1) Plaintiff does not even come close to satisfying the requirements for a permanent injunction, (2) Plaintiff seeks discovery but the discovery period in this case is not open, and (3) personal jurisdiction is lacking. (See Defendants' Responses, at Docs. 105 and 106).

1

Defendant therefore respectfully requests that the Court deny Plaintiff's motion for permanent injunction (Doc 103).

Respectfully submitted this 30th day of November, 2022.

|  |  |
|---|---|
|  | **WILSON ELSER MOSKOWITZ EDELMAN & DICKER, LLP** |
| 3348 Peachtree Road, NE Suite 1400 Atlanta, GA  30326 Telephone: 470-419-6650 Facsimile: 470-419-6651 parks.stone@wilsonelser.com | */s/ Parks K.Stone* Parks K. Stone GA Bar No.: 547930 *Attorneys for Defendant New-York Presbyterian Queens* |

## CERTIFICATE OF SERVICE

I hereby certify that on this date the foregoing **RESPONSE TO PLAINTIFF'S MOTION FOR INJUNCTION** was served upon all counsel of record via statutory electronic service and upon all counsel of record by way of the Court's CM/ECF e-filing system.

| | |
|---|---|
| Michael R. Boorman, Esquire<br>Erika J. Harris, Esquire<br>Watson Spence LLP<br>999 Peachtree Street, N.E.<br>Suite 1130<br>Atlanta, Georgia, 30309<br>mboorman@watsonspence.com<br>eharris@watsonspence.com | Brantley Cole Rowlen, Esquire<br>Chase Parker, Esquire<br>Lewis Brisbois Bisgaard & Smith LLP<br>24 Drayton Street, Suite 300<br>Savannah, Georgia 31401<br>brantley.rowlen@lbbslaw.com<br>chase.parker@lbbslaw.com |

And via email and Regular Mail to the following:

Ms. Maura O'Neill
601 King Street, Suite 200, #465
Alexandria, Virginia 22314

This 30th day of November, 2022.

**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**

*/s/ Parks K. Stone*
Parks K. Stone
Georgia Bar No. 547930