IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

MAR 31 2023

KEVIN P. WEIMER, Clerk
By: Kimberly　Deputy Clerk

MAURA O'NEILL,

Plaintiff,

v.

NORTHEAST GEORGIA MEDICAL CENTER, INC., DENIHAN HOSPITALITY GROUP, CITY OF TALLAHASSEE,

Defendants.

CIVIL ACTION FILE NO.
2:21-CV-00125-SCJ

## ORDER

Upon the motion of Plaintiff, Maura O'Neill, and for good cause shown, it is hereby:

**ORDERED** that Plaintiff will have until after her forthcoming Rule 60 motion, motion for injunction, and motion for clarification are decided to file an Amended Complaint and opposing papers to Beth Israel.

Date: _____

_____
United States District Judge

22