IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MAURA O'NEILL, | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * |
| | * |
| NYU LANGONE MEDICAL CENTER, | *   CIVIL ACTION NO. |
| NEW YORK PRESBYTERIAN QUEENES, | * |
| LENOK HILL HOSPITAL, | *   1:22-CV-0011-SEG |
| GRADY HEALTH SYSTEM, | * |
| MOUNT SINAI BETH ISRALE, | * |
| NORTHSIDE HOSPITAL FORSYTH, and | * |
| COLLEGE PARK POLICE DEPARTMENT, | * |
| | * |
| Defendants. | * |

## MOTION FOR LEAVE OF ABSENCE

COMES NOW Defendant Grady Memorial Hospital Corporation's ("Grady"), incorrectly identified as "Grady Health System" in Plaintiff's Complaint, lead counsel, Jeffrey Tompkins, and pursuant to U.S. District Court for the Northern District of Georgia Local Rule 83.1 and hereby moves the Court for leave of absence for the periods of: May 22-26, 2023; May 30 - June 8, 2023; August 31 – September 6, 2023; November 15-21, 2023; and November 27-29, 2023. The purpose of the requested leave is for vacation and continuing legal education. A proposed Order is attached.

*(Signature on the Following Page)*

This 10ʰ day of April, 2023.

        Respectfully submitted,
        THOMAS KENNEDY SAMPSON & TOMPKINS LLP


        /s/ *Jeffrey E. Tompkins*
        JEFFREY E. TOMPKINS
        Georgia Bar No. 714608
        EBONEI B. SIMPKINS
        Georgia Bar No. 837066
        Attorneys for Defendant
        Grady Memorial Hospital Corporation


3355 Main Street
Atlanta, Georgia 30337
(404) 688-4503 Telephone
(404) 761-3224 Telecopier
j.tompkins@tkstlaw.com
e.simpson@tkstlaw.com

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MAURA O'NEILL, | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * |
| | * |
| NYU LANGONE MEDICAL CENTER, | *   CIVIL ACTION NO. |
| NEW YORK PRESBYTERIAN QUEENES, | * |
| LENOK HILL HOSPITAL, | *   1:22-CV-0011-SEG |
| GRADY HEALTH SYSTEM, | * |
| MOUNT SINAI BETH ISRALE, | * |
| NORTHSIDE HOSPITAL FORSYTH, and | * |
| COLLEGE PARK POLICE DEPARTMENT, | * |
| | * |
| Defendants. | * |

## CERTIFICATE OF FONT, TYPE AND SERVICE

This is to certify that on this 10th day April, 2023, the undersigned electronically filed **MOTION FOR LEAVE OF ABSENCE** (in Times New Roman, 14-point type in accordance with L.R. 5.1(C)), with the Clerk of Court using the CM/ECF system and served a copy of the foregoing upon Plaintiff by depositing a true and correct copy of same in the United States Mail with adequate postage affixed thereto, addressed as follows:

                Ms. Maura O'Neill
                601 King Street, Suite 200, #465
                Alexandria, Virginia 22314

...

Further, the CM/ECF system will serve the following counsel of record:

>Michael R. Boorman, Esquire
>Erika J. Harris, Esquire
>Watson Spence LLP
>999 Peachtree Street, N.E.
>Suite 1130
>Atlanta, Georgia, 30309
>mboorman@watsonspence.com
>eharris@watsonspence.com
>
>Parks K. Stone, Esquire
>Wilson, Elser, Moskowitz, Edelman & Dicker, LLP
>3348 Peachtree Road, N.E.
>Suite 1400
>Atlanta, Georgia 30326
>parks.stone@wilsonelser.com
>
>Brantley Cole Rowlen, Esquire
>Chase Parker, Esquire
>Lewis Brisbois Bisgaard & Smith LLP
>24 Drayton Street, Suite 300
>Savannah, Georgia 31401
>brantley.rowlen@lbbslaw.com
>chase.parker@lbbslaw.com

This 10[h] day of April, 2023.

>/s/ Jeffrey E. Tompkins
>JEFFREY E. TOMPKINS