IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MAURA O'NEILL, * | |
| * | |
| Plaintiff, * | |
| * | |
| v. * | |
| * | |
| NYU LANGONE MEDICAL CENTER, * | CIVIL ACTION NO. |
| NEW YORK PRESBYTERIAN QUEENES, * | |
| LENOK HILL HOSPITAL, * | 1:22-CV-0011-SEG |
| GRADY HEALTH SYSTEM, * | |
| MOUNT SINAI BETH ISRALE, * | |
| NORTHSIDE HOSPITAL FORSYTH, and * | |
| COLLEGE PARK POLICE DEPARTMENT, * | |
| * | |
| Defendants. * | |

## **ORDER**

THEREFORE, having come for consideration, and for good cause shown, IT IS HEREBY ORDERED that Defendant Grady Memorial Hospital Corporation's ("Grady"), incorrectly identified as "Grady Health System" in Plaintiff's Complaint, lead counsel, Jeffrey Tompkins, is permitted a leave of absence for the period of: May 22-26, 2023; May 30 - June 8, 2023; August 31 – September 6, 2023; November 15-21, 2023; and November 27-29, 2023, for the purpose of the vacation and continuing legal education.

SO ORDERED this ____ day of _____, 2023.

_____
Sarah E. Geraghty, Judge
United States District Court, Northern District