UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MAURA O'NEILL, <br><br> Plaintiff, <br><br> v. <br><br> NYU LANGONE MEDICAL CENTER, et al., <br><br> Defendants. | CIVIL ACTION NO. <br><br> 1:22-CV-00011-SEG |

# **O R D E R**

This matter is before the Court on attorney Jeffrey Tompkins' motion for leave of absence for the following dates: May 22–26, 2023; May 30–June 8, 2023; August 31–September 6, 2023; November 15–21, 2023; and November 27–29, 2023. (Doc. 115).[1]

**IT IS ORDERED** that this Court will excuse Mr. Tompkins from any need to make a personal appearance before the Court for the above-stated time period. However, counsel is not relieved from the filing deadlines for any briefs, motions, or other pleadings.

---

[1] Pursuant to Local Rule 83.1(E)(3), NDGa, a motion for leave of absence is necessary only when the leave requested exceeds twenty days in length. Otherwise, a letter to the court requesting that the case not be calendared during any period of absence is sufficient.

**SO ORDERED** this 12th day of April, 2023.

_____
SARAH E. GERAGHTY
United States District Judge