**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| MAURA O'NEILL, <br><br> Plaintiff, <br><br> v. <br><br> MOUNT SINAI BETH ISRAEL et al., <br><br> Defendants. | NO. 1:22-CV-0011-SEG |

**MOUNT SINAI BETH ISRAEL'S RESPONSE TO PLAINTIFF'S MOTION FOR EXTENSION OF TIME**

Defendant Mount Sinai Beth Israel[1] respectfully responds to Plaintiff's Motion for Extension of Time (Doc. 114).

**INTRODUCTION**

1. The Court issued an Order on March 14, 2023, in which it resolved over 10 pending motions. Doc. 112. Among other things, the Court set aside the default entered against Beth Israel, struck Plaintiff's improperly filed amended complaint, and granted Plaintiff limited leave to properly

---

[1] Plaintiff named Mount Sinai Beth Israel. This entity's formal name is Beth Israel Medical Center, so to avoid confusion, this filing refers to the hospital as Beth Israel.

amend her pleading. *Id.* at 6–9 (striking pleading), 14–18 (setting aside default), 38–39 (limited leave to amend), 42–44 (summary of rulings).

2.      Under the Court's Order, Plaintiff's deadline to file an amended complaint was April 4, 2023. *Id.* at 44. Instead of amending her pleading, however, Plaintiff moved for an extension of time and effectively asked the Court to reconsider its decision. Doc. 114.

3.      Plaintiff then filed a notice of appeal on April 13, 2023, appealing the Court's March 14, 2023 Order she asks the Court to reconsider. Doc. 117.

4.      Because Plaintiff is attempting to appeal the Court's decision, it seems likely she no longer seeks an extension or reconsideration. Still, Beth Israel offers this response in opposition to Plaintiff's motion to extend (Doc. 114).[2]

---

[2] The Court's March 14, 2023 Order is not appealable, so this Court likely still has jurisdiction to address Plaintiff's motion if it chooses. *United States v. Riolo*, 398 F. App'x 568, 571 (11th Cir. 2010) ("[A] notice of appeal filed with respect to a non-appealable order does not have any effect on the district court's jurisdiction.").

## ARGUMENT

5.      Plaintiff attempted to amend her complaint on September 9, 2022, which was 21 days after Beth Israel moved to set aside the default entered against it. Docs. 55, 69.

6.      In Plaintiff's view, she could amend as a matter of right under Rule 15(a) because she filed her purported amended complaint within 21 days after Beth Israel moved to dismiss her original complaint. Fed. R. Civ. P. 15(a)(1)(B).

7.      All other issues aside, however, Beth Israel did not file a motion to dismiss 21 days before Plaintiff attempted to amend her complaint. Beth Israel instead attached a *proposed* motion to dismiss to its motion to set aside. Doc. 55-3.

8.      Indeed, the Court deemed the proposed motion to dismiss filed March 14, 2023, the date it set aside the default entered against Beth Israel. Doc. 112 at 42–43. And the Court gave Plaintiff until April 4, 2023 (or 21 days from the date the motion to dismiss was deemed filed) to amend her complaint, which she chose not to do. *Id.*

## CONCLUSION

9.      Thus, if the Court decides to exercise jurisdiction over this matter

while Plaintiff's appeal is pending, it should deny her request to extend and

her request for reconsideration.

## LOCAL RULE 7.1(D) CERTIFICATE OF COMPLIANCE

Counsel for Beth Israel certifies that this filing is prepared with one of

the font and point selections approved by the Court in Local Rule 5.1(B).

Respectfully submitted on April 13, 2023.

/s/  Austin Atkinson
Tiffany R. Winks
Georgia Bar No. 626413
Austin Atkinson
Georgia Bar No. 935864
HALL BOOTH SMITH, PC
191 Peachtree St. NE
Suite 2900
Atlanta, GA 30303
404-954-5000
twinks@hallboothsmith.com
aatkinson@hallboothsmith.com

## CERTIFICATE OF SERVICE

Counsel certifies that he has served a copy of this filing on counsel of record by filing it using the Court's electronic-filing system and on Plaintiff via email at moneill@rahillco.com in accordance with the stipulation regarding service between counsel and Plaintiff. Doc. 68.

Dated April 13, 2023.

/s/  Austin Atkinson
Tiffany R. Winks
Georgia Bar No. 626413
Austin Atkinson
Georgia Bar No. 935864
HALL BOOTH SMITH, PC
191 Peachtree St. NE
Suite 2900
Atlanta, GA 30303
404-954-5000
twinks@hallboothsmith.com
aatkinson@hallboothsmith.com
