IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| MAURA O'NEILL, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | |
| | * | |
| NYU LANGONE MEDICAL CENTER, | * | CIVIL ACTION NO. |
| NEW YORK PRESBYTERIAN QUEENS, | * | |
| LENOK HILL HOSPITAL, | * | 1:22-CV-0011-SEG |
| GRADY HEALTH SYSTEM, | * | |
| MOUNT SINAI BETH ISRALE, | * | |
| NORTHSIDE HOSPITAL FORSYTH, and | * | |
| COLLEGE PARK POLICE DEPARTMENT, | * | |
| | * | |
| Defendants. | * | |

**DEFENDANT GRADY MEMORIAL HOSPITAL CORPORATION'S
RESPONSE TO PLAINTIFF'S MOTION FOR EXTENSION OF TIME**

COMES NOW Grady Memorial Hospital Corporation, incorrectly identified as "Grady Health System" in Plaintiff's Complaint, and pursuant to Local Rule 7.1 respectfully submits this Response to Plaintiff's Motion to Enjoin and Hearing Request, showing the Court as follows:

PROCEDURAL BACKGROUND

Grady moved to dismiss Plaintiff's complaint on April 25, 2022 (Doc. 24.) On May 5, 2022, Plaintiff requested an indefinite extension of time to respond to Grady's motion and to those filed by other Defendants because she said had recently

1

been injured in an assault. (Doc. 26.) By Order dated July 20, 2022, the Court gave Plaintiff until August 8, 2022, to file her responses to the motions to dismiss. (Doc. 42.) On August 29, 2022, Plaintiff filed another motion for an extension of time to respond to the Defendants' respective motions to dismiss (Doc. 60.) because she had not received the Court's July 20, 2022, Order. On September 9, 2022, the Court entered an Order granting Plaintiff's motion for extension of time and giving her until October 11, 2022, to respond to the pending motions to dismiss. (Doc. 67.) Plaintiff subsequently requested and was given an extension through October 18, 2022, to respond to Grady's motion to dismiss. (Doc. 82.) Plaintiff responded to Grady's motion to dismiss on October 18, 2022 (Doc. 91.)

The Court issued its ruling on Grady's motion to dismiss, as well as on numerous other pending motions on March 14, 2023 (Doc. 112.) The Court granted Grady's motion to dismiss but, because of circuit precedent, afforded Plaintiff the opportunity to amend her complaint. The Court ordered that "[a]ny amended complaint must be filed by April 4, 2023." (*Id*. at 38.) Plaintiff did not amend her complaint by the deadline imposed by the Court but instead filed the instant motion for extension of time on March 31, 2023. (Doc. 114.) On April 13, 2023, Plaintiff filed a notice of appeal appealing the Court's March 14, 2023, Order to the Eleventh Circuit Court of Appeals. (Doc. 117.)

The notice of appeal divests this Court of jurisdiction *Blinco v. Green Tree Servicing, LLC*, 366 F.3d 1249, 1251 (11th Cir. 2004) ("a federal district court and a federal court of appeals should not attempt to assert jurisdiction over a case simultaneously. The filing of a notice of appeal is an event of jurisdictional significance—it confers jurisdiction on the court of appeals and divests the district court of its control over those aspects of the case involved in the appeal."). Grady, however, out of an abundance of caution, files this short response to Plaintiff's motion for extension of time.

## ARGUMENT AND CITATION OF AUTHORITY

Plaintiff's motion for extension of time should be denied, and her complaint should be dismissed with prejudice. The Court previously granted Grady's motion to dismiss but afforded Plaintiff the opportunity to amend her complaint. The Court cautioned Plaintiff that any amended complaint had to be filed no later than April 4, 2023, and should not be a shotgun pleading. (Doc. 112 at 38.) The Court further cautioned Plaintiff that it would dismiss any amended complaint that failed to comply with the Court's instructions. (*Id*. at 43-44.) Despite the Court's warning, Plaintiff did not file an amended complaint by the April 4, 2023, deadline. Instead, she filed yet another motion for extension of time, rehashing claims and arguments that had previously been made and rejected.

Throughout the pendency of this action Plaintiff has sought extension after extension of the Court's deadlines. Now she seeks yet another extension. Interestingly, however, Plaintiff has found a way to file numerous motions totaling hundreds of pages (*see, e.g.*, Docs. 38, 41, 58, 58.1, 79, 87, 87.1, 104, 108) but has not found a way to comply with the Court's deadline for the filing of an amended complaint against Grady. Enough is enough. Plaintiff has long had all of the information she needed to prepare an amended complaint. As the Court noted in its July 20, 2022, Order, "[f]inality and certainty of judicial proceedings are 'bedrock principles' of law." (Doc. 42 at 2.) Grady has spent considerable time—and money—responding to Plaintiff's complaint and the various motions and other documents she has filed. Grady is entitled to finality and, to the extent, if any, the Court retains jurisdiction, respectfully asks the Court to dismiss Plaintiff's complaint with prejudice.

This 14th day of April, 2023.

> Respectfully submitted,
> THOMAS KENNEDY SAMPSON & TOMPKINS LLP
>
> /s/ *Jeffrey E. Tompkins*
> JEFFREY E. TOMPKINS
> Georgia Bar No. 714608
> EBONEI B. SIMPKINS
> Georgia Bar No. 837066
> Attorneys for Defendant
> Grady Memorial Hospital Corporation

3355 Main Street
Atlanta, Georgia 30337
(404) 688-4503 Telephone
(404) 761-3224 Telecopier
j.tompkins@tkstlaw.com
e.simpson@tkstlaw.com

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| MAURA O'NEILL, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | |
| | * | |
| NYU LANGONE MEDICAL CENTER, | * | CIVIL ACTION NO. |
| NEW YORK PRESBYTERIAN QUEENS, | * | |
| LENOK HILL HOSPITAL, | * | 1:22-CV-0011-SEG |
| GRADY HEALTH SYSTEM, | * | |
| MOUNT SINAI BETH ISRALE, | * | |
| NORTHSIDE HOSPITAL FORSYTH, and | * | |
| COLLEGE PARK POLICE DEPARTMENT, | * | |
| | * | |
| Defendants. | * | |

## CERTIFICATE OF FONT, TYPE AND SERVICE

This is to certify that on this 14th day April, 2023, the undersigned electronically filed **Defendant Grady Memorial Hospital Corporation's Response to Plaintiff's Motion for Extension of Time** (in Times New Roman, 14-point type in accordance with L.R. 5.1(C)), with the Clerk of Court using the CM/ECF system and served a copy of the foregoing upon Plaintiff by depositing a true and correct copy of same in the United States Mail with adequate postage affixed thereto, addressed as follows:

>  Ms. Maura O'Neill
>  601 King Street, Suite 200, #465
>  Alexandria, Virginia 22314

Further, the CM/ECF system will serve the following counsel of record:

>Michael R. Boorman, Esquire
>Erika J. Harris, Esquire
>Watson Spence LLP
>999 Peachtree Street, N.E.
>Suite 1130
>Atlanta, Georgia, 30309
>mboorman@watsonspence.com
>eharris@watsonspence.com
>
>Parks K. Stone, Esquire
>Wilson, Elser, Moskowitz, Edelman & Dicker, LLP
>3348 Peachtree Road, N.E.
>Suite 1400
>Atlanta, Georgia 30326
>parks.stone@wilsonelser.com
>
>Brantley Cole Rowlen, Esquire
>Chase Parker, Esquire
>Lewis Brisbois Bisgaard & Smith LLP
>24 Drayton Street, Suite 300
>Savannah, Georgia 31401
>brantley.rowlen@lbbslaw.com
>chase.parker@lbbslaw.com
>
>Tiffany R. Winks, Esquire
>Austin Atkinson, Esquire
>Hall Booth Smith, PC
>191 Peachtree Street, N.E.
>Suite 2900
>Atlanta, Georgia 30303
>twinks@hallboothsmith.com
>aatkinson@hallboothsmith.com

This 14th day of April, 2023.

>/s/ *Jeffrey E. Tompkins*
>JEFFREY E. TOMPKINS