IN THE UNITED STATES DISTRICT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MAURA O'NEILL,<br><br>　　Plaintiff,<br><br>v.<br><br>NYU LANGONE MEDICAL CENTER,<br>NEW YORK PRESBYTERIAN QUEENS,<br>LENOX HILL HOSPITAL,<br>GRADY HEALTH SYSTEM,<br>MOUNT SINAI BETH ISRAEL,<br>NORTHSIDE HOSPITAL FORSYTH, and<br>COLLEGE PARK POLICE DEPARTMENT,<br><br>　　Defendants. | CIVIL ACTION FILE<br>1:22-CV-00011-SEG |

## Opposition to the Plaintiff's Request
## for Additional Time to Amend the Complaint

Comes now, defendant New York Presbyterian Queens ("NYPQ"), by and through the undersigned counsel, in opposition to the plaintiff's application for an extension of time in which to amend the complaint, and states as follows:

### The Relevant Procedural History

On March 14, 2023 on NYPQ's motion, this court issued an order that, inter alia, dismissed without prejudice all claims against NYPQ. This court gave the plaintiff until April 4 to file an amended to complaint in an effort to avoid dismissal.

On March 31, 2023, the plaintiff filed a motion for an extension of time in which to file an amended complaint.

275566882v.1

On April 13, 2023, the plaintiff filed a notice of appeal from the March 14, 2023 order.

## Argument

I.  **This Application Should be Deemed Timely**

While it is true that Local Rule 7.1 requires submission of opposition papers within 14 days of the main application, as the court will see below, this opposition is necessitated *not* by the plaintiff's submission of the request for additional time (which, had it been the only thing she submitted, NYPQ would not have opposed) but by the fact that the plaintiff followed that application with a notice of appeal. This application follows the necessitating event, to wit filing of the notice of appeal, in less than a week.

Therefore, the court is respectfully requested to deem it timely.

II.  **The Plaintiff's Appeal Extinguishes her Right to Amend**

It is black letter law that where a complaint is dismissed with leave to amend by filing a notice of appeal from the dismissal order a plaintiff waives the right to amend the complaint. *Bell v. Fla. Highway Patrol*, 589 Fed.Appx. 473 (11th Cir. 2014) (unpublished) (holding that "[o]nce a plaintiff chooses to appeal, [s]he also waives the right to later amend [her] complaint"), citing *Shuurman v. Motor Vessel Betty K V*, 798 F.2d 442, 445 (11th Cir. 1986) and *McKusick v. City of Melbourne, Fla.*, 96 F.3d 478, 482 (11th Cir. 1996).

Here, the plaintiff having filed an appeal from this court's dismissal order, she has waived the right to amend that had been granted by this court in the order now on appeal. Since the plaintiff is no longer entitled to amend the complaint, this court must deny her request for an extension of time in which to amend.

Respectfully submitted, this 19th day of April, 2023.

**WILSON, ELSER, MOSKOWITZ, EDELMAN AND DICKER, LLP**

3348 Peachtree Rd. NE  
Suite 1400  
Atlanta, GA 30326  
Telephone:(470) 419-6650  
Fascimile: (470) 419-6651  
parks.stone@wilsonelser.com

*/s/ Parks K. Stone*  
Parks K. Stone  
Georgia Bar No. 547930  
*Attorneys for Defendant*  
*New York-Presbyterian Hospital*  
*Queens*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this date the foregoing **Opposition to the Plaintiff's Request for Additional Time to Amend the Complaint** was filed with the Clerk of Court using the CM/ECF filing system, which will automatically serve all counsel of record as follows:

| | |
|---|---|
| Michael R. Boorman, Esquire | Brantley Cole Rowlen, Esquire |
| Erika J. Harris, Esquire | Chase Parker, Esquire |
| Watson Spence LLP | Lewis Brisbois Bisgaard & Smith LLP |
| 999 Peachtree Street, N.E. | 24 Drayton Street, Suite 300 |
| Suite 1130 | Savannah, Georgia 31401 |
| Atlanta, Georgia, 30309 | brantley.rowlen@lbbslaw.com |
| mboorman@watsonspence.com | chase.parker@lbbslaw.com |
| eharris@watsonspence.com | |

And via e-mail and Regular Mail to the following:

Ms. Maura O'Neill
601 King Street, Suite 200, #465
Alexandria, Virginia 22314
moneill@rahillco.com

Dated: April 19, 2023.

                                               */s/ Parks K. Stone*
                                               Parks K. Stone
                                               GA Bar No. 547930