UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MAURA O'NEILL,<br><br>        Plaintiff,<br><br>vs.<br><br>NYU LANGONE MEDICAL CENTER, NEW YORK-PRESBYTERIAN QUEENS, GRADY HEALTH SYSTEM, MOUNT SINAI BETH ISRAEL, NORTHSIDE HOSPITAL FORSYTH, and COLLEGE PARK POLICE DEPARTMENT<br><br>        Defendants. | CIVIL ACTION FILE<br><br>NO. 1:22-cv-00011-SEG |

## J U D G M E N T

This action having come before the court, Honorable Sarah E. Geraghty, United States District Judge, for consideration of defendant's motions to dismiss, and the court having granted said motions, it is

**Ordered and Adjudged** that the action be, and the same hereby is, DISMISSED WITHOUT PREJUDICE.

Dated at Atlanta, Georgia, this 15th day of March, 2024.

                                        KEVIN P. WEIMER
                                        CLERK OF COURT

                       By:     s/ A. Edwards
                                Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
March 15, 2024
Kevin P. Weimer
Clerk of Court

By:     s/ A. Edwards
        Deputy Clerk